RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
JENNIFER M. KEIGHLEY
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

April 10, 2014

***By ECF***

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

      Re:     *T.E. v. Pine Bush Cent. Sch. Dist.*, 12-CV-2303(KMK)(PED)

Your Honor:

    We represent plaintiffs in the above-captioned action. To the extent the Court finds it useful, plaintiffs respectfully request oral argument on the partial summary judgment motion by defendants District, Board, Steinberg, Boyle, Winter, Fisch and Hopmayer.

                Respectfully submitted,

                /s/
                Ilann M. Maazel