RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM
R. ORION DANJUMA

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

# MEMO ENDORSED

November 14, 2014

*Via ECF*

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re:  *T.E., et al. v. Pine Bush Central School, et al.*, No. 12 Civ. 2303

Dear Judge Karas:

On behalf of the plaintiffs in the above-referenced matter, we request the Court reschedule the December 16, 2014 pre-trial conference to December 5, 2014 at 12:00 pm noon as plaintiffs' counsel are unable to appear on December 16 due to scheduling issues. Defendants consent to this request, and they are also available on December 5 at 12:00pm noon.

We are available at the Court's convenience should any questions arise.

Respectfully submitted,

O. Andrew F. Wilson

Granted.
So Ordered.
11/14/14