# Exhibit A




S.D.N.Y.—N.Y.C.
12-cv-2303
Karas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand fifteen.

Present:
    Peter W. Hall,
    Raymond J. Lohier, Jr.,
        *Circuit Judges,*
    Jeffrey A. Meyer,*
        *District Judge.*

T. E., by her next friend and parent Sherri Eccleston, *et al.*,

    *Plaintiffs-Appellees*,

v.                                         14-4373

Philip G. Steinberg, Superintendent of Pine Bush Central
School District, in his official and individual capacities, *et al.*,

    *Defendants-Appellants*,

Pine Bush Central School District, *et al.*,

    *Defendants.*

Appellees move to dismiss the appeal. Upon due consideration, it is hereby ORDERED that Appellees' motion is GRANTED and the appeal is DISMISSED. This Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291, *see Coopers & Lybrand v. Livesay*, 437 U.S. 463,

---

* Hon. Jeffrey A. Meyer, of the United States District Court for the District of Connecticut, sitting by designation.



467 (1978), and the order being appealed does not fall within the collateral order doctrine, *see Bolmer v. Oliveira*, 594 F.3d 134, 140 (2d Cir. 2010); *Stephenson v. Doe*, 332 F.3d 68, 81 (2d Cir. 2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

