# Exhibit D

*T.E. v. Pine Bush Central School District*

Case Costs

| Expenses | Totals |
|---|---:|
| **Photocopies** | $18,052.70 |
| **Postage** | $13.70 |
| **Travel** | $3,777.53 |
| **Courier** | $867.75 |
| **Experts** | $26,002.50 |
| **Federal Express** | $698.50 |
| **Legal Research** | $7,389.46 |
| **Meals** | $971.39 |
| **Medical Records** | $1,218.34 |
| **Outside Counsel** | $2,349.00 |
| **Court Reporter** | $14,228.57 |
| **Staff OT** | $1,180.00 |
| **Filing Fee** | $550.00 |
| **Witness Fee** | $75.00 |
| **Legal Notice** | $220.00 |
| **Software** | $43.75 |
| **L.D. Phone Calls** | $9.88 |
| **Total** | **$77,648.07** |