UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| T.E., et al. | |
|---|---|
| Plaintiffs, | |
| -v- | |
| PINE BUSH CENTRAL SCHOOL DISTRICT, et al. | |
| Defendants. | |

Case No. 12-CV-2303 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

WHEREAS Plaintiffs commenced the above-captioned action (the "Action");

WHEREAS all Parties have reached an amicable settlement of the claims in the Action;

WHEREAS the parties submitted to the Court for approval the Settlement and General Release, attached as Exhibit A to the Declaration of Ilann M. Maazel dated June 29, 2015; and

WHEREAS on July 9, 2015, the Court held a hearing and determined that the best interests of the two infant Plaintiffs will be served by the proposed Settlement and General Release for the reasons stated on the record;

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1. The Settlement and General Release, attached as Exhibit A to the Declaration of Ilann M. Maazel dated June 29, 2015, is approved.

2. The proposed trusts for the infant Plaintiffs T.E. and O.C. are approved.

3. Attorneys' fees of $1,493,333 and disbursements of $77,648 are approved, which together amount to a total payment of $1,570,981 to Plaintiffs' counsel.

The Clerk of the Court is respectfully directed to close this case. The Court will retain jurisdiction as per the terms of the Settlement Agreement.

SO ORDERED.

DATED:   July 10, 2015
         White Plains, New York

/KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2