# THOMAS, DROHAN, WAXMAN, PETIGROW & MAYLE, LLP

ATTORNEYS AND COUNSELLORS AT LAW
2517 ROUTE 52
HOPEWELL JUNCTION, NEW YORK 12533

**MEMO ENDORSED**

JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*
JUDITH CRELIN MAYLE
NEELANJAN CHOUDHURY
DAVID H. STRONG**

ALLISON E. SMITH
MELISSA N. KNAPP **
PAMELA D. BASS**

OF COUNSEL
LAWRENCE W. THOMAS
ROSELLE WEISSLANDER
D'ANDREA & GOLDSTEIN
JOAN M. GILBRIDE

Telephone: (845) 592-7000
Fax: (845) 592-7020

www.tdwpm.com

*ADMITTED IN NEW YORK AND NEW JERSEY
**ADMITTED IN NEW YORK AND CONNECTICUT

December 7, 2018

**VIA ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

Re: **T.E. v. Pine Bush Cent. Sch. Dist., 12-CV-2303(KMK)(PED)**

Your Honor:

We are co-counsel with Hogan Lovells US LLP and Kaufman, Borgeest & Ryan, LLP representing the Defendant, Pine Bush Central School District ("District"). In response to your Order, dated November 27, 2018, we are informing you of the following conditions that have been agreed to by the parties regarding plaintiffs' request to unseal the redacted and anonymized survey results administered by the District during the 2017-2018 school year:

- By January 31, 2019, the District will provide a comprehensive report of its efforts to comply with the injunctive relief agreed to in Exhibit 1 of the Settlement Agreement that was entered into on or about June 9, 2015. That report will include, but not be limited to the statistical data in question nos. 1-17 from the March 2017 and October 2018 survey administered by the District to its students at the Pine Bush High School, Crispell Middle School and Circleville Middle School.

- While the parties agree that all of the anonymous comments in response to question no. 18 of the two previous surveys from March 2017 and October 2018 will remain redacted to ensure and protect the confidentiality of the students who responded to that question as promised to them by the District, the comprehensive report will incorporate and contextualize some of those comments, which identified alleged examples of anti-Semitic behavior and the District's efforts at how it has combatted such behavior.

- Plaintiffs will have an opportunity to respond in writing to the District's comprehensive report no later than February 28, 2019, in which they, *inter alia*, can also incorporate and contextualize the comments.

The Plaintiffs' counsel are in agreement with these conditions.

Respectfully yours,

Daniel Petigrow

DP/dll

Cc: All Counsel of Record (via ECF)

The proposed disclosure of the survey results discussed herein is approved.

So Ordered.

12/10/18