



# Comprehensive Report of Efforts Made Since 2015 to Combat Discrimination and Harassment in Our Schools



# SECTION I

## Executive Summary

In 2015, the Pine Bush Central School District ("Pine Bush" or "the District") entered into a Stipulation of Settlement to resolve a lawsuit filed by the parents of five Pine Bush students who had experienced peer to peer anti-Semitic harassment at school. The intent of this agreement was to establish changes in Pine Bush that would directly address anti-Semitic harassment and bullying.  This report -- which is organized in sections corresponding to the substantive portions of the Settlement Agreement (Sections II–X) -- highlights the District's broad response - not simply to comply with the "letter" of the agreement, but to embrace the "spirit" of the agreement. The report details efforts to establish an environment of tolerance and acceptance throughout all seven Pine Bush schools and to create systems that allow the District to monitor that environment in order to intervene when students (or others) behave inappropriately.  The initial goal of confronting anti-Semitism continues, and has been expanded to address all forms of racism, sexism, homophobia, and other forms of bias. Pine Bush, which now celebrates diversity in its mission statement, seeks to create and maintain an environment where human differences are valued, not vilified.

The District's responses have been comprehensive. Policies and procedures were reviewed and revised. A partnership was forged with the Anti-Defamation League (ADL) initially to implement its "No Place for Hate" initiative, and later, to bring other ADL programs to Pine Bush schools. The District has also utilized materials and programs from other organizations dedicated to combatting hate and promoting positive school climate including: the Southern Poverty Law Center, Sandy Hook Promise, and Safe School Ambassadors, as well as the Orange County District Attorney's office. Specific curricula and courses have been designed and implemented, and a variety of extracurricular programs promote the District's goal of inclusivity.  Professional development has been provided to ensure that these initiatives can be implemented with fidelity. New procedures ensure that all graffiti is photographed, documented, removed, and reported within hours of being discovered. A student survey developed with the assistance of the ADL as part of the lawsuit's injunctive

relief has been administered, and its results reviewed by leaders of the District and its schools. Pine Bush was also among the first in New York State to pilot a more evidence-based survey developed by the US Department of Education to assess numerous aspects of "school climate," including perceived safety from harassment and bullying.  Moving forward, the District will re-administer the student survey it developed next fall, and intends to continue to use the US DOE surveys, which are expected to become mandatory by New York State within the next school year with students, staff and parents. Finally, to ensure that all of these responses are both coordinated and placed squarely at the center of the District's educational mission, the Assistant Superintendent for Instruction, Donna Geidel, directly oversees and facilitates all of these efforts and serves as one of the two Title VI Coordinators.

While action was imperative, Pine Bush district leadership considers results even more important. It is clear that the District's comprehensive efforts have had a clear and positive impact. At a time when instances of anti-Semitic harassment and bullying are on the increase in schools nationally, and when both hate crimes and hate speech are also increasing on a national scale, Pine Bush is reporting the opposite trend.  Survey results indicate that how much students see and hear harassment and bullying generally and anti-Semitic harassment and bullying specifically has decreased. There is good reason five of the District's schools have been recognized as No Place for Hate "Gold Star Schools" by the ADL, and that one Pine Bush High School student was recognized as a "Gold Star Student" by the ADL last year.

Many of the efforts reviewed in this document began well before there was a settlement agreement, and most of these initiatives will continue long after the period of injunctive relief has come to an end. The District has been pleased with its progress, yet remains strongly committed to continue all efforts to prevent biased behavior and to address it quickly when it does occur. As long as there is hatred in the world, there is the risk that it will be evidenced in our schools. As an institution for learning, Pine Bush understands that it will always have a responsibility to help its students learn how to understand, accept, and navigate their relationships in our increasingly diverse society.



# SECTION II

## District Policies and Procedures

Section II of the Settlement required Pine Bush to review and revise its written policies regarding discrimination, bullying and harassment to ensure that the policies cover anti-Semitic conduct. The District recognizes that crafting thorough, clear and consistent policies is critical to create and maintain a safe and tolerant educational environment for students. Pine Bush has clarified several of its policies (Policy 3420 "Non-discrimination and Anti-harassment in the School District," Policy 7552 "Bullying in the Schools," and Policy 7554 "Dignity For All Students Act") in order to ensure they specifically target anti-Semitic behavior.

For example, Policy 3420 now states: "The Board of Education is committed to providing an environment free from discrimination and harassment, *including but not limited to anti-Semitic harassment.*" It also states that "The District shall maintain proper records of all discrimination and harassment, *including but not limited to anti-Semitic harassment …*"

Policy 3420 additionally lists as prohibited forms of harassment "*ethnic slurs*" and "d*rawing of offensive symbols such as swastikas*" and obligates Pine Bush to promptly photograph, remove and investigate: "*graffiti that relates to race, religion, color or national origin, including anti-Semitic graffiti.*" Copies of Pine Bush's modified policies addressing discrimination, bullying and harassment are included in **Appendix "1."**

Building on its work with the Anti-Defamation League ("ADL"), which began in 2013-2014, Pine Bush also implemented a "zero indifference" approach for its prevention and intervention efforts in responding to name-calling and bullying in these policies. In addition, Policy 3420 now specifically codifies the role of Pine Bush's No Place For Hate Committee ("NPFH Committee") to "*assist the Pine Bush school community in developing a deeper understanding of how the District is addressing bias, discrimination, bullying, intimidation and harassment and the skills, knowledge and awareness regarding prejudice and bias that are necessary to promote and sustain a culture of understanding and respect among students, staff, parents and community in [Pine Bush].*"[1] The NPFH Committee is discussed further in Section III, below.

New York State law requires each school district to adopt and amend, as appropriate, a code of conduct ("Code of Conduct") that, among other things, governs the conduct of students, staff and visitors on school property, imposes a range of disciplinary penalties for students who violate the Code of Conduct depending on the egregiousness and severity of the violation and requires parents to receive, and other community members to become generally aware of, the key provisions of the Code of Conduct.[2]

Pine Bush's Code of Conduct was revised to include anti-Semitism as a specific example of conduct that endangers individuals' safety, morals health or welfare. The Code of Conduct now also sets forth meaningful, consistent minimum consequences for anti-Semitic and other forms of harassment, and it provides for enhanced disciplinary penalties for repeated instances of such harassment. In recognition that responses to anti-Semitic behavior can also offer "teachable moments," the Code of Conduct also states that: "discipline may include educational components, such as written and/or verbal apologies to the victims, essays or other things deemed academically appropriate by teachers or administrators." A copy of the Code of Conduct is included as **Appendix "2."**

As part of the Settlement, Pine Bush further agreed to track the number and character of anti-Semitic incidents reported in the District, as well as its responses to such reports. The District, therefore, created a Graffiti Incident Report form to be promptly filled out by each building. Each incident of anti-Semitic (or other) graffiti is photographed and then completely removed from school property.

---

[1]  *See, Appendix 1, Policy No. 3420, "Additional Provisions," at 3-4.*
[2]  *See generally, N.Y. Educ .Law, §2801; 8 NYCRR §100.2(l)(2).*

Parents are notified of their option to have a conference with building administrators after such an incident. Central administration receives prompt notice of: (a) each photographed incident and confirmation that the graffiti has been removed; (b) the steps taken to investigate the incident; and (c) the outcome of each investigation.

In addition to tracking incidents of graffiti, all building principals track anti-Semitic harassment annually within their building on a spreadsheet. This data is then reported to Pine Bush's Superintendent of Schools. Pine Bush transposes this data onto the Dignity For All Students Act (DASA) Report for all school buildings, which is filed annually with the Commissioner of Education of the State of New York A sample of the Graffiti Incident Report and Anti-Semitic Incident Report forms can be found in **Appendix "3."**

At the beginning of each school year, the Superintendent sends a letter home to parents:

- informing them that Pine Bush prohibits bullying, harassment and discrimination, including anti-Semitic harassment of students;

- explaining the guidelines and minimum and maximum consequences for engaging in such conduct;

- providing a link to the Code of Conduct;

- notifying them who the DASA coordinators are for each school building and the school district; and

- advising who parents can file a complaint with if they believe their child has been the victim of discrimination.

Parents and students also receive copies of the Code of Conduct at the beginning of each school year.



# SECTION III

## Implementation of the No Place for Hate Committee

In 2013-14, Pine Bush partnered with the ADL to establish the NPFH Committee. Section III of Settlement required Pine Bush to continue operating the NPFH Committee (or a similar committee) in future years for the purpose of assisting the Pine Bush community to develop a deeper knowledge and awareness of bias and prejudice and how to confront it with educational tools to promote and sustain a culture of respect and understanding among students, staff members and the wider Pine Bush community.

Pine Bush has expanded upon the NPFH Committee since its inception in the 2013-14 school year. The NPFH Committee consists of at least one school board member, administrators, students, teachers and a community member. It is chaired by Pine Bush's Assistant Superintendent for Instruction. The NPFH Committee annually develops and implements a district-wide action plan dedicated to accomplishing three objectives:

- designing a comprehensive, consistent and coordinated student education plan that will promote diversity and prevent bullying for all students within Pine Bush's seven schools;

- helping Pine Bush teachers and staff to recognize bias and the harm it inflicts on individuals and society; explore the value of diversity; improve intergroup relations; and combat racism, anti-Semitism and all forms of prejudice and bigotry; and

- engaging the Pine Bush community in a collaborative approach to prepare students to live and work successfully in a diverse society.

The annual action plan identifies the actions necessary to achieve these goals, the resources available to and the parties responsible for initiating and evaluating those actions, and a schedule for evaluating achievement of the goals. The action plan is intended to be a "living document." The action plan requires that the NPFH Committee will meet periodically to review and evaluate the success of the steps taken and, where appropriate, modify and update the plan.

Under the NPFH Committee's initial action plans, Pine Bush, with the assistance of the ADL: (1) trained certain high school and middle school students and promoted them as peer leaders; (2) established student clubs at its two middle schools, which serve as feeders into the already established high school multi-cultural diversity club; (3) required high school and middle school peer leaders to visit elementary school age students at each building to facilitate an NPFH presentation; (4) conducted student assemblies and programs designed to specifically address bullying, bias and discrimination with planned follow up classroom discussions; and (5) developed educational curriculum initiatives such as introducing lesson plans from the ADL website and having elementary school librarians facilitate discussions on the ADL's Book of the Month.

Following review and evaluation of these activities, Pine Bush recently expanded upon them by selecting 4th and 5th graders to be trained in the ADL's "Be an Ally" Program, which challenges students to demonstrate compassion and encouragement to targets of name-calling and bullying; to avoid participating in bullying behavior; to let would-be aggressors know that such behavior is wrong and won't be tolerated; to inform adults when necessary; and to learn how to appreciate peers for who they are rather than based on their appearance. Once trained, these students visit other classrooms in their elementary school building and present a workshop called "How to Be An Ally," and are asked to apply to become peer leaders for the following year.  Copies of the NPFH Committee's action plans are included in **Appendix "4."**

In addition, all seven of Pine Bush's schools have registered with the ADL as No Place for Hate Schools, which requires that students and staff annually pledge to:

- Combat prejudice;

- Stop those who violate the civil rights of others;

- Seek to understand those who are different;

- Speak out against prejudice and discrimination;

- Reach out to victims of hate; and

- Promote harmony, equality and respect.

The No Place For Hate program is so successful that the District has been recognized by the ADL for its anti-bullying initiatives. Five of its seven schools have received the highest designation as No Place for Hate Gold Star Schools, and last school year, one of its high school students was designated in the Hudson Valley Region as the only No Place for Hate Gold Star Student.





# SECTION IV

## Curriculum

Section IV of the Settlement required the District to continue implementing a curriculum "to promote diversity and prevent bullying." Pine Bush has implemented extensive age-appropriate curricula for all students to promote diversity and prevent bullying. It has incorporated a number of different programs into the curriculum, with the assistance of its various partner organizations, as well as the NPFH Committee. Highlighted below are some of the main curricular initiatives undertaken by Pine Bush over the past several years.

Several ADL curricular initiatives were implemented at various grade levels. For example, the program "Empowering Students, Challenging Bias" was implemented in all grades 6-8 English classes. Units within the program included "Identity and Differences," "Analyzing Where We Get Information," "Understanding Bullying, Bias and Injustice," and "Challenging Bias and Injustice." The "Bullying Prevention in Positive Behavior Support" curriculum was utilized throughout all Pine Bush schools to assist students in recognizing and avoiding bullying behavior. Also, the "Anti-Bias Building Blocks" program has been introduced at the elementary schools.

Teachers were provided with an important resource from the ADL called the "No Place for Hate Resource Guide," which educated teachers on the purpose and actions of the NPFH initiative, including how to implement certain NPFH activities within the classroom.

Pine Bush students have taken a variety of field trips relating to the topics of anti-Semitism and anti-bias. In October 2015 and 2016, seventh grade students visited the New York City's Museum of Tolerance. Also, each year, the eighth graders from both middle schools journey to Washington, D.C., where they visit the Holocaust Museum, which interconnects with their unit on the *Diary of Anne Frank.*

Pine Bush has also introduced "Start With  Hello" and "Say Something," two programs developed by Sandy Hook Promise, the not-for-profit organization founded by family members whose children were lost to gun violence at Sandy Hook Elementary School. The "Start With Hello" program for elementary schools teaches children to make connections with and include peers with whom they don't frequently socialize. The "Say Something" program for secondary schools teaches students how to recognize the signs of various at-risk behaviors.

In addition, Pine Bush participated in National Violence Prevention Week in March 2018. Curriculum materials were provided to teachers based on grade level and parents were notified of the program's inception and provided with brochures on the subject matter. Topics of discussion included teaching students how to recognize the signs and signals of at-risk behavior and potential threats in social media.

Pine Bush also participates in the Mix it Up Lunch program, part of the Southern Poverty Law Center's Teaching Tolerance Project. This initiative is designed to get students to identify, question and cross social boundaries during lunchtime in the cafeteria.

In March 2016, a Holocaust survivor addressed Pine Bush eighth grade students, staff, parents and community members. By sharing his experiences growing up during that era and how one overcomes bigotry while continuing to embrace humanity, he taught the audience what it means to be discriminated against or experience bias, and how to handle oneself when confronting intolerance.

In 2017, Pine Bush paid for and sponsored a high school social studies teacher to attend an intensive 80 hour advanced learning seminar, "Echoes & Reflections," taught at the International School for Holocaust Studies at Yad Vashem, the World Holocaust Remembrance Center, located in Jerusalem, Israel. This curriculum was developed by a partnership composed of Yad Vashem, the USC Shoah Foundation and the ADL, and is designed to equip educators with research-based strategies for teaching the Holocaust in the 21st century to middle and high school-aged students. Pine Bush's high school teacher has adapted the curriculum for use in teaching high school students about the Holocaust and an elective course on the subject matter of genocide.

This year, the teacher, together with the program director from the International School for Holocaust Studies, provided a five hour training workshop for Pine Bush middle and high school teachers, and other public school educators from neighboring school districts based in Orange County, New York, to share their insights and pedagogical strategies for how to approach instructing students about the Holocaust and discuss historical foundations for anti-Semitism, its differing forms and the role it played in the rise of political and racial anti-Semitic ideology within Nazi Germany. An outline of this Teacher Training Workshop and pamphlet promoting the Workshop can be found at **Appendix "5."**

In addition to these classroom instructional initiatives, Pine Bush schools have held a number of special events to demonstrate tolerance and respect, such as: Compliment Day (a day focused on peer leaders getting the entire school involved in giving compliments to one other); Celebrate Kindness/No Name-Calling Week; Celebration of RESPECT; Upstander Day (emphasizes the importance for students to stop being bystanders and to become "upstanders" against bullying); Unity Day; Assembly of Hope; and the GLSEN Day of Silence (raising awareness for the rights of gay, lesbian, bi-sexual, transgender communities). In addition, Multicultural Diversity Clubs are offered to 6th-12th graders in the Pine Bush middle and high schools to promote tolerance and diversity within their respective buildings.

Pine Bush is exploring the introduction of a social and emotional learning curriculum (SEL) that will provide a comprehensive approach towards addressing self-regulation and positive social relationships. Finally, Pine Bush is piloting "Safe School Ambassadors" this year at one of its middle schools. This program is designed to build, sustain and maintain a positive school climate through the selection of student leaders and training them, alongside adult mentors, to develop the motivation and skills necessary to defuse and resolve peer conflicts and to support students who may feel isolated or excluded.



# SECTION V
## Professional Development

Section V of the Settlement addressed professional development related to anti-Semitic harassment. Pine Bush revised and improved its professional development plan to include additional education on harassment, discrimination and bullying, including anti-Semitic harassment.

For example, over the last several years, the Professional Development Plans have included, as one of their "Indicators of Achievement," the implementation of a NPFH Committee program in each Pine Bush school. These plans outlined planned assembly programs for students and staff on: character education, bullying and respect; mental health and substance abuse; suicide awareness; and school violence. The implementation of Positive Behavioral Intervention and Support ("PBIS") teams in each building also support NPFH initiatives. Pine Bush also provides professional development for teachers at faculty meetings and for non-teaching staff members on conference days regarding the implementation of ADL's "Be an Ally" and "Anti-Bias Building Blocks" programs and curricula. A copy of these Professional Development Plans can be found at **Appendix "6."**

In order to ensure continued education on these topics, training on discrimination, bullying and harassment is provided annually to faculty in September in each building, and the training is also provided to new teachers at orientation. These trainings include a course on bullying, which advocates the establishment of a positive school climate in order to reduce aggressive behaviors. There is also a course on the Dignity for all Students Act, which is a New York State law protecting students from discrimination, harassment and bullying, including cyberbullying, in the schools.

In addition, the ADL trained Pine Bush teaching assistants on these important topics. Pine Bush administrators then provided the same training to bus drivers, cafeteria staff and school monitors. During these workshops, anti-Semitism was specifically discussed, and examples of anti-Semitic behavior were provided. Topics such as bullying, discrimination, harassment and anti-Semitism were discussed with staff on many other occasions, including at Pine Bush Leadership Team meetings and cabinet and administrative meetings. In addition, staff viewed presentations titled "Workplace Harassment Prevention and Title IX Officer Training," and "Handling and Managing OCR Complaints: Investigations, Strategies and Current Trends to Achieve Successful Results."

Staff will also soon be trained by a new organizational partner, Community Matters, in the "Safe School Ambassadors" program that Pine Bush is piloting at one of its middle schools this school year. See, **Section IV** above.



# SECTION VI
## Reporting and Investigations

Section VI of the Settlement required Pine Bush to review and revise its procedures for investigating reports of anti-Semitic conduct. In response, Pine Bush has developed detailed reporting and investigation procedures for student complaints alleging discrimination, harassment or bullying based upon membership in a protected category. See, **Appendix "1."** At the initial stage, complainants are asked to identify the date, time, place and other specifics describing the incident, and the identities of any witnesses to those incidents who might be able to corroborate the complainant's allegations. A trained compliance officer is responsible for thoroughly and impartially investigating the grievant's allegations, including interviews of the grievant and any named witnesses. Following the completion of that investigation, the compliance officer must issue findings within thirty (30) days of receiving the complaint, whether or not discrimination or harassment occurred.  Complainants who are not satisfied with the outcome of the investigation may appeal the coordinator's findings first to the Superintendent of Schools and then to the Board of Education. If still not satisfied, complainants are informed of their right to appeal to the U.S. Department of Education's Office of Civil Rights and are provided with that agency's contact information.

As social media platforms have become a more widely used format for adolescents to communicate, and the content of those communications can be virally spread into the school community, Pine Bush has taken concrete steps to closely monitor its network operations. Pine Bush purchased and implemented a safety management program called Gaggle, which analyzes content sent over the District's networked resources to flag potentially harmful content. If content is flagged by the program, it is sent to Gaggle's trained personnel who are "on call" to review the content 24/7/365. If the content may violate the District's Code of Conduct, the Gaggle personnel then notify the proper Pine Bush officials. Gaggle personnel also have the ability to contact local law enforcement if necessary. Pine Bush then deals with the content in accordance with its policies and procedures, including the Code of Conduct.

In order to ensure that students, parents and the community have a variety of means to report allegations of bullying, discrimination and harassment, integrated with the Gaggle program is the SpeakUp!® tip line, a web and mobile-based application which enables students and parents to anonymously report bullying, planned fights, students in crisis, threats of violence and other urgent situations via voicemail or email. Trained professionals evaluate the content 24/7/365 and notify the proper school officials and have the ability to contact local law enforcement. SpeakUp!®, is advertised to all students and parents throughout the District.



# SECTION VII

## Title VI Coordinator

Section VII of the Settlement required that Pine Bush designate at least one employee to serve as Title VI Coordinator. Title VI is a federal law that prohibits discrimination on the basis of race, color or national origin in programs or activities that receive federal funds, including school districts. Pine Bush appointed two employees, the Assistant Superintendent for Instruction and the Executive Director of Human Resources and Data, as Title VI Coordinators.

In compliance with the Settlement, the District also developed a specific job description as to those individuals' roles and responsibilities. A copy of the Title  VI Coordinator Job Description can be found in **Appendix "7."**

The Title VI Coordinators' responsibilities include:

- Receiving reports and complaints raising Title VI issues;

- Monitoring outcomes, identifying and addressing any patterns of discrimination and assessing the effects of such reports on the campus climate;

- Having knowledge of and assisting in drafting policies and procedures on discrimination and harassment on the basis of race, color and national origin;

- Making themselves visible throughout the school community; and

- Receiving appropriate training and possessing comprehensive knowledge in all areas over which they have responsibility, including harassment and discrimination on the basis of race, color and national origin, including anti-Semitism.

The Title VI Coordinators have completed training on investigating discrimination and harassment complaints The Title VI Coordinators' names and contact information are included with the Non-Discrimination Statement that is included in mailings that Pine Bush annually sends out to families. This information is also readily available on the District's website at: https://www.pinebushschools.org/parent-community/annual-notifications/#nondiscrim and can be found in **Appendix "8."**

# SECTION VIII
## Anti-Bullying Survey

Section VIII of the Settlement required the District to develop and administer annually an anonymous "Anti-Bullying Survey" for all students starting in 6th grade. Since the Settlement went into effect, Pine Bush has administered a number of school climate surveys addressing, among other things, racial, ethnic and religious-based bullying and harassment, including anti-Semitic harassment. At a time when reports of anti-Semitic behavior have dramatically increased throughout the United States, including on K-12 school campuses,[3] the Pine Bush survey results, by contrast, show some positive trends. These trends include: how welcome students feel in their schools; how willing students are to engage with and accept their peers despite differences in ethnic and religious backgrounds; and how aware students are of their obligation to report harassing and bullying behavior and to whom to report such behavior.

In the Spring of 2017 and the Fall of 2018, students in grades 6-12 were asked to participate in an anonymous anti-bullying survey developed with the assistance of the ADL, Pine Bush's objective was to monitor the impact of its programs to raise awareness of and combat harassment in its schools. The survey included specific questions about students' observations of anti-Semitic slurs and graffiti. Copies of the survey questions and the statistical responses from 2017 and 2018 can be found in **Appendix "9."**

The results should be cautiously interpreted, given that only two surveys have been administered and survey participants were not offered the opportunity to seek clarification regarding any of the questions being asked. Nonetheless, a comparison of the 2017 and 2018 responses reveal some encouraging trends. For instance, a large number of surveyed students feel as though they get along with each other; interact with students other than those that look like themselves; and know how to report harassment or discrimination. The responses also indicate that teachers actively work to create a safe and welcoming environment; schools create opportunities for the students to get to know each other; there are consequences for bullying; and many students have not witnessed any biased vandalism or graffiti.

Two statements in these surveys to which students were asked to respond explicitly focused on anti-Semitic behavior:

- "Students in our school have heard anti-Semitic slurs, observed inappropriate actions in conjunction with anti-Semitic epithets or observed swastikas in our buildings;" and

- "Have you ever heard anti-Semitic slurs, Holocaust "jokes", the word "Jew" in a pejorative sense or white power chants, seen Hitler salutes, other students throwing pennies or observed swastikas in your school?"

Student responses to these statements were broken down by the following categories: "Strongly Agreed," "Agreed," "Neutral," "Disagreed" or "Strongly Disagreed." Based on the student responses to these questions, there was a twenty-eight percent (28%) decrease in the percentage of students who "frequently" and "often" report hearing Holocaust jokes, seeing Hitler salutes and other students throwing pennies or observed swastikas, and nearly a forty-seven percent (47%) decrease in the percentage of students who "strongly agree" or "agree" that they have heard anti-Semitic slurs or observed inappropriate actions in conjunction with anti-Semitic epithets. A statistical comparison of the results can be found in **Appendix "10."**

---

[3]  An audit completed by the ADL shows a 94% rise in anti-Semitic incidents reported on K-12 campuses in 2017. *2017 Audit of Anti-Semitic Incidents,* Anti-Defamation League, *available at* https://www.adl.org/resourc-es/reports/2017-audit-of-anti-semitic-incidents (last viewed January 17, 2019).  See also https://www.nytimes.com/2018/10/29/us/anti-semitism-attacks.html (reporting ADL finding of 57 percent rise in anti-Semitic incidents in United States in 2017).



The survey also solicited (but did not mandate) anonymous comments from participants about examples of bullying and harassment, including anti-Semitic bullying and harassment, they wanted school officials to be aware of. While a small percentage of these comments refer to jokes, taunts and other demeaning behavior -- mostly based on categories other than anti-Semitism -- the responses are difficult to interpret since it is not always clear that the commenters are describing behavior they observed or reported happening in school or are generally acknowledging that such behavior is wrong.

Pine Bush recognizes the growing research showing a correlation between the quality of school climate and student achievement. In 2018, as part of a pilot program in New York State, Pine Bush conducted a separate District-wide school climate survey using an evidence-based tool developed by the United States Department of Education ("USDOE") and reviewed by the District's ADL consultant, to measure its school climate. Pine Bush plans to continue using this survey instrument and studying the data to determine what additional initiatives may be introduced to build, maintain and sustain a positive and healthy school climate. Beginning in the 2019-2020 school year, all New York State school districts will be required to assess school climate by use of reliable and validated surveys endorsed by the USDOE.

Pine Bush aspires to promote a school climate that is fully free from all harassment and bullying based on race, ethnicity and ancestry, including anti-Semitism, Pine Bush firmly believes that it has made great strides in improving the attitudes of its students and school community, but acknowledges that further improvement will require a continuation of its professional development, training and curricular initiatives to promote anti-bias.

# SECTION IX

## Consultants/Partners

Section IX of the Settlement Agreement required Pine Bush to continue partnering with the ADL and to seek assistance from other organizations with addressing harassment and bullying.[4] Pine Bush has partnered with many outstanding organizations to ensure that it provides quality programming to both staff and students that focuses on discrimination and harassment, including anti-Semitic harassment. These groups include the ADL (an organization whose mission is to "stop the defamation of the Jewish people and to secure justice and fair treatment for all"), the Simon Wiesenthal Center (a global human rights organization focusing, among other things, on confronting anti-Semitism, hate and terrorism), and the International School for Holocaust Studies at Yad Vashem in Israel. Pine Bush also uses the educational resources and materials on "Teaching Tolerance" from the Southern Poverty Law Center, an organization dedicated to fighting hate and bigotry and seeking justice for vulnerable members of society. Additionally, Pine Bush has adopted programs developed by Sandy Hook Promise and Community Matters, two organizations that have worked to foster a more positive school climate.

As continuing partners with the ADL, the District's No Place for Hate Coordinators receive timely notifications of nationally reported anti-Semitic and other bias-related incidents, along with educational resources that teachers can access in order to instruct their students. These notifications are distributed to all teachers so that they can implement current events and these educational resources into their lessons on tolerance and acceptance. The Southern Poverty Law Center provides similar current event updates to the District and these too are passed on to teachers.

Finally, Pine Bush is working with Orange County and The Jewish Federation of Greater Orange County in its "Hate Crime Awareness Initiative," which is designed to educate the public about how to speak up and stand up against bias.

---

[4] The Settlement Agreement required Pine Bush to also consult annually with the USDOE's Office of Civil Rights ("OCR"). However, when contacted by school representatives, OCR advised that it would not review and consult on Pine Bush's efforts at compliance with a settlement agreement where OCR was not an active participant or in the absence of any additional complaints alleging anti-Semitic harassment or bullying.

# SECTION X

## Mental Health Needs of Students

Section X of the Settlement required Pine Bush to review and develop a plan to provide mental health services to middle and high school students who are targets of harassment. Pine Bush has worked to strengthen its mental health program in order to address, among other issues, the mental health needs of students who believe they are targets of harassment. In partnership with the Orange County Department of Mental Health, Pine Bush now offers a school-based satellite clinic at both middle schools and the high school to provide students with access to mental health services such as psychotherapy sessions, group therapy, crisis intervention, psycho-educational services, outreach and engagement, and evaluations and assessment at school. The primary goals of the services include addressing classroom/school behavior and discipline, promoting students' academic success, and supporting students' social and emotional needs. Educational outcomes are greatly improved when students who receive mental health services are able to avail themselves of these services in coordination with the educational services they receive at school "in the moment," as opposed to having to wait until their parents take them for services after school. Many students have taken advantage of this outstanding resource, and Pine Bush believes that this is a successful partnership that has positively impacted its students.

Also, as part of its NPFH Action Plans, Pine Bush school psychologists and social workers at the elementary school level have developed and implemented social skill lessons designed to promote peer-peer relationships and to assist those children in learning to accept others for their differences. Pine Bush has additionally developed a relationship with Tri-County Community Partnership, a local organization dedicated to raise awareness of the risks in using and abusing alcohol, drugs and tobacco, to promote programs for students regarding self-injurious behaviors such as substance abuse and teen suicide, which are engaged in more frequently by victims of harassment, bullying and cyber-bullying.

Finally, Pine Bush has developed an "Options Program" located at the high school and delivered after school, which assists those students who have become school avoidant or exhibit school anxiety, perhaps because they have been the victims of peer bullying or harassment, as well as for other reasons. This program provides these students with a very personalized plan for instruction taught by qualified content area and special education teachers and enables them to remain on the pathway to high school graduation. Students who qualify for this program are provided access to mental health services in school and transition plans to see them successfully re-integrate into the regular high school program.

# Appendix 1

**SUBJECT:**    **NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE SCHOOL DISTRICT**

The Board is committed to providing an environment free from discrimination and harassment. Accordingly, the Board prohibits discrimination and harassment on the basis of race, color, religion, national origin, sex, sexual orientation, age, disability or other legally protected category. Such actions and occurrences are prohibited regardless of whether they take place on District premises or at school-sponsored events, programs, or activities held at other locations.

**Prohibited Conduct**

Determinations as to whether conduct or occurrences constitute discrimination or harassment for the purposes of this Policy and its implementing Administrative Regulations will be made consistent with applicable law. Such determinations may depend upon a number of factors, including but not limited to: the particular conduct or occurrence at issue, the ages of the parties involved, the context in which the conduct or occurrence takes place, the relationship of the parties to one another, the category or characteristic that is alleged to have been the basis for the action or occurrence, and other considerations as are necessary and consistent with law. The characterizations and examples below are intended to serve as a general guide for individuals in determining whether to file a complaint of discrimination or harassment, and should not be construed to add or limit the rights individuals and entities possess as a matter of law.

It is intended that this policy apply to the dealings between or among employees with employees; employees with students; students with students; employees/students with vendors/contractors and others who do business with the District, as well as school volunteers, visitors, guests and other third parties.

Discrimination is, generally, the practice of conferring or denying privileges on the basis of membership in a legally protected class. Discriminatory actions may include, but are not limited to: refusing to promote or hire an individual on the basis of his or her membership in a protected class, denying an individual access to facilities or educational benefits on the basis of his or her membership in a protected class, or impermissibly instituting policies or practices that disproportionately and adversely impact members of a protected class.

Harassment generally consists of subjecting an individual, on the basis of his or her membership in a protected class, to conduct and/or communications that are sufficiently severe, pervasive, or persistent as to have the purpose or effect of: creating an intimidating, hostile, or offensive environment; substantially or unreasonably interfering with an individual's work or a student's educational performance, opportunities, benefits, or well-being; or otherwise adversely affecting an individual's employment or educational opportunities.

(Continued)

**SUBJECT:   NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE SCHOOL DISTRICT  (Cont'd.)**

Harassment can include unwelcome verbal, written, or physical conduct which offends, denigrates, or belittles an individual because of his or her membership in a protected class. Such conduct includes, but is not limited to: derogatory remarks, jokes, demeaning comments or behavior, slurs, mimicking, name calling, graffiti, innuendo, gestures, physical contact, stalking, threatening, bullying, extorting, or the display or circulation of written materials or pictures.

**Civil Rights Compliance Officer**

The District will designate one or more individuals to serve as Civil Rights Compliance Officer. The Civil Rights Compliance Officer will be responsible for coordinating the District's efforts to comply with and carry out its responsibilities regarding non-discrimination and anti-harassment, including investigations of complaints alleging discrimination, harassment, or the failure of the District to comply with its obligations under relevant non-discrimination and anti-harassment laws and regulations (e.g., the Americans with Disabilities Act, Title IX of the Education Amendments of 1972, and Section 504 of the Rehabilitation Act of 1973).

Prior to the beginning of each school year, the District will issue an appropriate public announcement or publication which advises students, parents/guardians, employees and other relevant individuals of the District's established grievance procedures for resolving complaints of discrimination and harassment. Included in such announcement or publication will be the name, address, telephone number, and email address of the Civil Rights Compliance Officer(s). The District's website will reflect current and complete contact information for the Civil Rights Compliance Officer(s).

The Civil Rights Compliance Officer(s) for the District are:

**Title VI Compliance Officers:**  Assistant Superintendent for Instruction and Executive Director of Human Resources and Data; **Title IX Compliance Offers:**  Assistant Superintendent for Instruction and Executive Director of Human Resources and Data; **Section 504 Compliance Officers:**  Assistant Superintendent for Instruction, Director of Special Programs (including IDEA/ADA); Assistant Director of Special Programs (including IDEA/ADA).

**Investigation of Complaints and Grievances**

The District will act to promptly, thoroughly, and equitably investigate all complaints, whether verbal or written, of discrimination and/or harassment based on any of the characteristics described above, and will promptly take appropriate action to protect individuals from further discrimination or harassment. In the event an anonymous complaint is filed, the District will respond to the extent possible.

(Continued)

**SUBJECT:**   **NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE SCHOOL DISTRICT  (Cont'd.)**

It is essential that any individual who is aware of a possible occurrence of discrimination or harassment immediately report such occurrence. All reports will be directed or forwarded to the District's designated Civil Rights Compliance Officer(s). Such complaints are recommended to be in writing, although verbal complaints of discrimination or harassment will also be promptly investigated in accordance with applicable law and District policy and procedure. In the event the Civil Rights Compliance Officer is the alleged offender, the report will be directed to another Civil Rights Compliance Officer, if the District has designated another individual to serve in such a capacity, or to the Superintendent.

Any occurrence of discrimination or harassment involving graffiti that relates to race, religion, color or national origin, including anti-Semitic graffiti, in addition to being promptly investigated, will be promptly photographed and removed.

To the extent possible, all complaints will be treated as confidential. Disclosure may, however, be necessary to complete a thorough investigation of the charges and/or notify law enforcement officials.

If an investigation reveals that discrimination or harassment has occurred, the District will take immediate corrective action as warranted. Such action will be taken in accordance with applicable laws and regulations, as well as any and all relevant codes of conduct, District policies and administrative regulations, collective bargaining agreements, and/or third-party contracts.

**Knowingly Makes False Accusations**

Any employee or student who *knowingly* makes false accusations against another individual as to allegations of discrimination or harassment will face appropriate disciplinary action.

**Prohibition of Retaliatory Behavior**

The Board prohibits any retaliatory behavior directed against complainants, victims, witnesses, and/or any other individuals who participated in the investigation of a complaint of discrimination and/or harassment. Complaints of retaliation may be directed to the Civil Rights Compliance Officer. In the event the Civil Rights Compliance Officer is the alleged offender, the report will be directed to another Civil Rights Compliance Officer, if the District has designated another individual to serve in such a capacity, or to the Superintendent.

Where appropriate, follow-up inquiries will be made to ensure that discrimination and/or harassment has not resumed and that those involved in the investigation have not suffered retaliation.

**SUBJECT:   NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE SCHOOL
DISTRICT  (Cont'd.)**

**Additional Provisions**

Regulations will be developed for reporting, investigating, and remedying allegations of discrimination and/or harassment.

The District will maintain a No Place for Hate Committee, or similar committee, which will assist the Pine Bush school community in developing a deeper understanding of how the District is addressing bias, discrimination, bullying, intimidation and harassment and the skills, knowledge and awareness regarding prejudice and bias that are necessary to promote and sustain a culture of understanding and respect among students, staff, parents and community in our District.

In order to promote familiarity with issues pertaining to discrimination and harassment in the schools, and to help reduce incidents of prohibited conduct, the District will provide appropriate information and/or training to staff and students. As may be necessary, special training will be provided for individuals involved in the investigation of discrimination and/or harassment complaints.

A copy of this policy and its accompanying regulations will be available upon request and will be posted and/or published in appropriate locations and/or school publications. In addition, parents will be notified at the beginning of each school year about the District's policies and procedures regarding bullying and harassment.

The District will maintain proper records of all discrimination and harassment, including but not limited to anti-Semitic harassment, in accordance with the Violent and Disruptive Incident Reporting (VADIR), the requirements of the United States Department of Education's Office for Civil Rights and the District's internal recordkeeping requirements.

This policy should not be read to abrogate other District policies and/or regulations or the District *Code of Conduct* prohibiting other forms of unlawful discrimination, harassment, and/or inappropriate behavior within this District. It is the intention of the District that all such policies and/or regulations be read consistently to provide protection from unlawful discrimination and harassment. However, different treatment of any individual which has a legitimate, legal, and nondiscriminatory reason will not be considered a violation of District policy.

Age Discrimination in Employment Act, 29 USC Section 621
Americans with Disabilities Act, 42 USC Section 12101 et seq.
Section 504 of the Rehabilitation Act of 1973, 29 USC Section 794 et seq.
Title VI of the Civil Rights Act of 1964, 42 USC Section 2000d et seq.
Title VII of the Civil Rights Act of 1964, 42 USC Section 2000e et seq.

(Continued)

2015  3420
     5 of 5

Community Relations

**SUBJECT:**   **NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE SCHOOL DISTRICT  (Cont'd.)**

Education Law Section 2801(1)
Executive Law Section 290 et seq.
Title IX of the Education Amendments of 1972, 20 USC Section 1681 et seq.

NOTE:   Refer also to Policies #6120 -- <u>Equal Employment Opportunity</u>
         #6121 -- <u>Sexual Harassment of District Personnel</u>
         #6122 -- <u>Employee Grievances</u>
         #7551 -- <u>Sexual Harassment of Students</u>
         #7554 -- <u>Dignity for All Students Act</u>
         District *Code of Conduct*

Adopted:  2011
Revised:  9/24/12; 10/8/13; 12/8/15

2018          3420R
              1 of 4
              Community Relations

PINE BUSH CENTRAL SCHOOL DISTRICT
STUDENT NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE SCHOOL DISTRICT
GRIEVANCE PROCEDURE

**Statement of Non-Discrimination**

The District is committed to providing an educational environment that is free from all forms of discrimination and harassment and does not discriminate on the basis of a student's race, color, weight, ethnicity, national origin (including anti-Semitic discrimination or harassment), religion, religious practice, gender (identity and expression), physical or mental disability, sexual orientation, age, sex (including sexual harassment), or any other legally protected characteristic by State or Federal law in admission to, participation in, or employment in its education programs or activities. As such, the District has a strong commitment to providing an environment conducive to maintaining the dignity of all its students and encourages a productive and creative learning environment.

Inquiries to the District concerning the application of Title IX and its implementing regulations may be referred to the District's Compliance Officer ("Compliance Officer"), who also serves as the District's Title IX Coordinator, or to the U.S. Department of Education, Office for Civil Rights (contact information contained herein).

Students, employees and third parties are prohibited from engaging in discriminatory acts. The District considers compliance with this discrimination policy to be essential and hereby instructs all of its students, employees and agents to conduct themselves in accordance with this policy. Students who believe they have witnessed or been subjected to discrimination in the educational environment by another student, district employee or third party, such as volunteers, vendors, contractors or visitors, must promptly report such alleged discrimination in accordance with the complaint procedure set forth below:

1. **Grievant** shall mean a student who alleges that s/he has been discriminated against based on his/her membership in a protected category.

2. **Grievance** shall mean any alleged violation/discrimination based on one's membership in a protected category.

3. **Compliance Officer** shall mean the employee designated by the Board of Education to coordinate efforts to comply with any carry out responsibilities under State and Federal law with regard to non-discrimination. The District's current Compliance Officers are:

    Donna Geidel (845) 744-2031, ext. 4011, email: donna.geidel@pinebushschools.org
        Issues pertaining to: race, color, national origin, sex, age, and disability (Title IX & VI
        Compliance Officer and Section 504 Compliance Officer)

    Ryan Reed (845) 744-2031, ext. 3508, email: ryan.reed@pinebushschools.org
        Issues pertaining to: race, color, national origin, sex, age, and disability (Title IX & VI
        Compliance Officer)

    Terrilyn Cohn (845) 744-2031, ext. 4801, email:terrilyn.cohn@pinebushschools.org
        Issues pertaining to disability (IDEA/ADA and Section 504 Compliance Officer)

Rosemary Mannino (845) 744-2031, ext. 4802, email: rosemary.mannino@pinebushschools.org
Issues pertaining to disability (IDEA/ADA and Section 504 Compliance Officer).

Individual complaints and grievances shall be handled in accordance with the following guidelines:

## Stages

A.  **Stage I – Compliance Officer or his/her Designee**

1.  Within thirty (30) days after the events giving rise to the grievance, the grievant shall file a grievance in writing with the Compliance Officer and/or his/her designee including the date, time, place and specifics of the incident, including the names of witnesses, if any, who may be able to corroborate the student's allegations regarding the discriminatory actions, and any evidence that may be relevant to the grievance. (Oral grievances shall also be accepted but may be reduced to writing in order to ensure accuracy and consistency). The Compliance Officer and/or his/her designee shall promptly investigate the complaint and discuss the grievance with the grievant. All parties to the complaint, including any student, district employee and/or third party, shall cooperate in such investigation.

2.  The Compliance Officer and/or his/her designee shall promptly initiate and coordinate a thorough and impartial investigation and shall review any evidence that has been presented, and meet with the grievant, the accused/respondent, and any named witnesses. The Compliance Officer and/or his/her designee will also meet with any named district employee and/or third parties offered by the student or any other individual that the Compliance Officer and/or his/her designee believes will aid in the investigation.

3.  Within thirty (30) days of the receipt of the grievance, the Compliance Officer shall make a finding that discrimination based on the grievant's membership in a protected category has or has not occurred and shall inform the grievant and the accused/respondent of the outcome of the investigation. The findings shall be issued in writing as to whether the allegations were substantiated or unsubstantiated. (Should the Compliance Officer be unable to render his/her decision in the specified amount of time, the Compliance Officer shall notify the grievant and the accused/respondent of such delay). In the event the Compliance Officer finds that there has been a violation, s/he shall propose a resolution of the complaint.

4.  If the grievant or the accused/respondent is not satisfied with the finding of the Compliance Officer, or with the proposed resolution of the grievance, the grievant or the accused/respondent may, within thirty (30) days after s/he has received the report of the Compliance Officer, file a written request for review by the Superintendent.

B.  **Stage II – Superintendent of Schools**

1.  The Superintendent may request that the grievant, the accused/respondent, the Compliance Officer, student, third party or any member of the school district staff present a written statement setting forth any information that such person has relative to the grievance and the facts surrounding it.

2. The Superintendent shall notify all parties concerned as to the time and place when an informal hearing will be held where such parties may appear and present oral and/or written statements supplementing their position in the complaint. Such hearing shall be held within thirty (30) days of receipt of the appeal by the Superintendent.

3. Within thirty (30) days of the hearing, the Superintendent shall render his/her determination in writing. Such determination shall include a finding that there has or has not been discrimination based on the grievant's membership in a protected category, and/or a proposal for equitably resolving the complaint. The grievant and the accused/respondent shall be informed of the outcome of the Superintendent's determination.

4. If either the grievant or the accused/respondent is not satisfied with the determination of the Superintendent, the grievant or the accused/respondent may, within thirty (30) days after the date of the determination, file with the Clerk of the Board of Education, a written request for review by the Board.

C. **Stage III – Board of Education**

1. When a request for review by the Board of Education has been made, the Superintendent shall submit all materials relative to the case to the president of the Board.

2. The Board shall notify all parties concerned of the time and place when review of the record will be held. Such hearing will be held within thirty (30) days of the receipt of the request for review. The Board shall only review those documents that have been presented during Stages I and II of the grievance procedure.

3. The Board shall render a decision in writing within thirty (30) days after the hearing has been concluded. The grievant and the accused/respondent shall be informed of the outcome of the Board's decision.

### Discipline

Any student found to have violated this policy may be subject to disciplinary action in accordance with the applicable law and/or the District Code of Conduct. Any employee found to have violated this policy may be subject to disciplinary action in accordance with the applicable law and/or his/her collective bargaining agreement.

Any third party found to have violated this policy (third parties may access the District's grievance procedures available to employees) may also be subject to disciplinary action in accordance with the applicable law and the District Code of Conduct.

The District will take steps to prevent further harassment and to correct the effects of any harassment or discrimination.

### Non-Retaliation

The Pine Bush Central School district prohibits any retaliatory behavior, including, but not limited to intimidation, reprisal, and harassment, directed against the grievant and any participants and/or witnesses in an investigation pursuant to this grievance procedure. Follow-up inquiries shall be made to ensure that discrimination has not resumed and that the grievant and any participants and/or witnesses have not suffered retaliation.

3

**Confidentiality**

All grievances shall be held in confidence and disclosed only to the extent necessary for purposes of investigation or as required by law.

**Student Complaints to Governmental Agencies**

The District acknowledges that while it would like students to raise issues of discrimination pursuant to this policy and regulation so that they can be addressed by the District, any student or his/her parent/guardian has the legal right to immediately make a complaint to the appropriate governmental entity:

> U.S. Department of Education
> Office for Civil Rights
> New York Regional Office
> 32 Old Slip, 26th Floor
> New York, NY  10005
> (646) 428-3800

Please take notice that the failure to file a complaint within the statutory period may result in the loss of your legal rights.

3420F
1 of 2

## PINE BUSH CENTRAL SCHOOL DISTRICT
## COMPLAINT FORM

*In order to assist the Pine Bush Central School District in providing for the prompt, thorough, and equitable resolution of discrimination and/or harassment allegations, please fill out the following form to the best of your abilities and submit it to the Civil Rights Compliance Officer, _____,*

*Questions regarding the completion or submission of this form can be directed to the District's Civil Rights Compliance Officer(s) or a trusted staff member with whom you feel comfortable.*

Name of complainant: _____    Date submitted: _____

Address: _____

Home phone: _____    Cell: _____    Work: _____
                                   (please circle the number you'd prefer us to call)

Email: _____

Name of Victim (if different than complainant): _____

The victim is: (check all that apply):

_____ An employee, holding the position of _____ at _____ (location)
_____ A student, grade _____ at _____ (school or location)
_____ A parent or community member
_____ Other (please specify your relationship with or association to the District) _____

Basis of this complaint/grievance:
_____ Race, color, creed, national origin       _____ Sexual harassment       _____ Age
_____ (Including Anti-Semitism)
_____ Sex, gender, sexual orientation           _____ Marital status          _____ Retaliation
_____ Disability                                _____ Genetic status
_____ Military/veteran status                   _____ Religion
_____ Domestic violence victim status           _____ Criminal arrest or conviction record
_____ Other/Not sure (Please briefly explain): _____
       _____

Name and/or description of accused person(s) or offending occurrence: _____
_____

Description of alleged incident or occurrence: _____
_____

Date, time and place of violation(s): _____

(Continued)

3420F
2 of 2

## PINE BUSH CENTRAL SCHOOL DISTRICT
### COMPLAINT FORM  (Cont'd.)

Witnesses, if any, or others who should be contacted with knowledge important to this investigation, including contact information for each:

_____

Others you may have discussed this complaint/grievance/incident with, including contact information for each:

_____

_____

_____

Has this incident or occurrence been previously reported?   [  ] Y    [  ] N    If yes, when and to whom?

_____

If the incident or occurrence has been previously reported, describe the remedy, outcome or resolution:

_____

_____

_____        _____
Date                                          Signature of Complainant

***(This form is to be used for all complaints within the Pine Bush Central School District, including incidents of alleged discrimination or harassment)***

2016            7552
                                1 of 3

Students

## SUBJECT:   BULLYING IN THE SCHOOLS

The Board of Education is committed to providing a safe and productive learning environment within its schools. Bullying of a student by another student is strictly prohibited on school property, in school buildings, on school buses, and at school-sponsored events and/or activities whether occurring on or off campus. The Board of Education shall require the prohibition of bullying - along with the range of possible intervention activities and/or sanctions for such misconduct - to be included in the District *Code of Conduct* for all grade levels.

For purposes of this policy, the term "bullying" among children is defined, in general, as: "a variety of negative acts carried out repeatedly over time. It involves a real or perceived imbalance of power, with a more powerful child or group attacking those who are less powerful." Bullying can take three forms:

a)   Physical (including, but not limited to, hitting, kicking, spitting, pushing, taking personal belongings);

b)   Verbal (including, but not limited to, taunting, malicious teasing, name calling, making threats); and

c)   Psychological (including, but not limited to, spreading rumors; manipulating social relationships; or engaging in social exclusion, extortion, or intimidation).

Although this Policy focuses on the bullying of a student by another student, it should be noted that bullying against any individual is strictly prohibited. This includes bullying of staff members against students, students against staff members, staff members against other staff members, and bullying by or against any parents, persons in parental relation, volunteers, visitors or vendors who may be on school property or at school-sponsored events as defined above.

### Engages in Cyberbullying Behavior

As with other forms of bullying, cyberbullying is an attempt to display power and control over someone perceived as weaker. Cyberbullying involving District students may occur both on campus and off school grounds and may involve student use of the District Internet system or student use of personal digital devices while at school, such as cell phones, digital cameras, and personal computers to engage in bullying.

Cyberbullying includes, but is not limited to, the following misuses of technology: harassing, teasing, intimidating, threatening, or terrorizing another student or staff member by way of any technological tool, such as sending or posting inappropriate or derogatory email messages, instant messages, text messages, digital pictures or images, or website postings (including blogs or social networking sites).

(Continued)

2016                     7552
                         2 of 3

Students

**SUBJECT:    BULLYING IN THE SCHOOLS  (Cont'd.)**

Cyberbullying has the effect of:

a)    Physically, emotionally or mentally harming a student;

b)    Placing a student in reasonable fear of physical, emotional or mental harm;

c)    Placing a student in reasonable fear of damage to or Joss of personal property; and

d)    Creating an intimidating or hostile environment that substantially interferes with a student's educational opportunities.

Also, cyberbullying that occurs off-campus, that causes or threatens to cause a material or substantial disruption in the school, could allow school officials to apply the "***Tinker*** standard" where a student's off-campus "speech" may be subject to formal discipline by school officials when it is determined that the off-campus speech did cause a substantial disruption or threat thereof within the school setting [Tinker v. Des Moines Indep. Sch. Dist. 393 U.S. 503 (1969)]. Such conduct could also be subject to appropriate disciplinary action in accordance with the District *Code of Conduct* and possible referral to local law enforcement authorities.

**Reports of Allegations of Bullying/Cyberbullying Behavior**

Any student who believes that he/she is being subjected to bullying/cyberbullying behavior, as well as any other person who has knowledge of or witnesses any possible occurrence of bullying, shall report the bullying to any staff member or the building principal. The staff member/building principal to whom the report is made (or the staff member/building principal who witnesses bullying behavior) shall promptly, thoroughly and equitably investigate the complaint and take appropriate action to include, as necessary, referral to the next level of supervisory authority and/or other official designated by the District to investigate allegations of bullying. Investigation of allegations of bullying shall follow the procedures utilized for complaints of harassment within the School District. Allegations of bullying shall be promptly and equitably investigated and will be treated as confidential and private to the extent possible within legal constraints.

**Prevention and Intervention**

**The District believes in a "zero indifference" response to name-calling and bullying.**

Personnel at all levels are responsible for taking consistent, corrective action to prevent bullying behavior of which they have been made aware at School District sites or activities and/or reporting such behavior to their immediate supervisor. Further, staff training shall be provided to raise awareness of the problem of bullying within the schools and to facilitate staff identification of and response to such bullying behavior among students.

(Continued)

2016   7552
       3 of 3

Students

**SUBJECT: BULLYING IN THE SCHOOLS  (Cont'd.)**

   Prevention and intervention techniques within the District to prevent bullying behavior and to support and protect victims shall include building-level and classroom-level strategies and activities as determined by administration. Individual intervention will be provided by appropriate staff members to bullies, victims and their parents to help ensure that the bullying stops.

   Rules against bullying shall be publicized District-wide and shall be disseminated as appropriate to staff, students and parents.

**Prohibition of Retaliatory Behavior (Commonly Known as "Whistle-Blower" Protection)**

   The Board prohibits any retaliatory behavior directed against complainants, victims, witnesses, and/or any other individuals who participate in the investigation of allegations of bullying. Follow-up inquiries and/or appropriate monitoring of the alleged bully and victim shall be made to ensure that bullying behavior has not resumed and that all those involved in the investigation of allegations of bullying have not suffered retaliation.

Civil Service Law Section 75-B

NOTE:  Refer also to Policies #3410 -- Code of Conduct on School Property
          #3420 -- Non-Discrimination and Anti-Harassment in the
School
              District
      #7550 -- Dignity for All Students Act
      #7551 -- Sexual Harassment of Students
      #7553 -- Hazing of Students
      #8271 -- Internet Safety/Internet Content Filtering Policy

**\*\* District Internet Safety-Cyberbullying /Bullying in Schools Forum Held on 10/06/2016.**

Adopted:  8/21/12
Revised:  12/8/15; 8/16/16; 10/25/16\*\*

*2014*  7552R
1 of 5

Students

## SUBJECT:   BULLYING IN THE SCHOOLS

The School District is committed to creating and maintaining a learning environment which is free of discrimination and intimidation. Based upon the principle that every student is entitled to be treated with dignity and respect, bullying of a student by another student is strictly prohibited on school property, in school buildings, on school buses, at school sponsored events and/or activities whether occurring on or off campus. Bullying, like other disruptive or violent behavior, is conduct that interferes with the student's ability to learn as well as the school's ability to educate its students in a safe and secure environment. The prohibition of bullying - along with the range of possible intervention activities and/or sanctions for such misconduct - will be included in the *District Code of Conduct* for all grade levels. Any student who is in violation of District policy and/or regulation prohibiting bullying behavior will be subject to appropriate disciplinary measures (and/or intervention strategies as may be determined by administration) in accordance with applicable laws and/or regulations, District policy and administrative regulations and the *District Code of Conduct*.

### Definitions/Examples of Prohibited Conduct

For purposes of this regulation, the term "bullying" among children is defined, in general, as: "a variety of negative acts carried out repeatedly over time. It involves a real or perceived imbalance of power, with a more powerful child or group attacking those who are less powerful." Bullying can take three forms:

1) Physical (including, but not limited to, hitting, kicking, spitting, pushing, taking personal belongings);

2) Verbal (including, but not limited to, taunting, malicious teasing, name calling, making threats);

3) Psychological (including, but not limited to, spreading rumors; manipulating social relationships; or engaging in social exclusion, extortion, or intimidation).

The District also prohibits "Internet bullying" (also referred to as "cyber-bullying") including the use of instant messaging, email, websites, chat rooms, and text messaging when such use interferes with the operation of the school; or infringes upon the general health, safety and welfare of District students or employees.

However, a single negative act as enumerated above may also constitute "bullying" (if not more serious misconduct) based upon the particular circumstances such as the seriousness of the act and/or the intent of the actor.

(Continued)

*2014*              7552R
                    2 of 5

Students

SUBJECT:   BULLYING IN THE SCHOOLS (Cont'd.)

**Reporting of Complaints: General Guidelines**

1)   Any student who believes that he/she is being subjected to bullying behavior, as well as any other person who has knowledge of or witnesses any possible occurrence of bullying, shall report the bullying to any staff member or the Building Principal.

2)   The staff member/Building Principal to whom the report is made (or the staff member/Building Principal who witnesses bullying behavior) shall investigate the complaint and take appropriate action to include, as necessary, a referral to the next level of supervisory authority and/or other official designated by the District to investigate allegations of bullying. *Investigations of allegations of bullying shall follow the procedures utilized for complaints of harassment within the School District, including the filing of "informal" and/or "formal" complaints and levels of appeal.*

3)   All allegations of bullying, whether written or verbal, formal or informal, will be investigated thoroughly, promptly and impartially in accordance with law and/or regulations, District policy, administrative regulations, and the *District Code of Conduct.*

4)   To the extent possible, within legal constraints, all allegations of bullying behavior will be treated as confidentially and privately as possible. However, disclosure may be necessary to complete a thorough investigation of the charges and/or to notify law enforcement officials as warranted, and any disclosure will be provided on a "need to know" basis. *When school officials receive a complaint or report of alleged bullying behavior that may be criminal in nature or that could lead to in-school or out-of-school violence, law authorities should be immediately notified.*

5)   Administration shall also refer to and use, as appropriate, existing policies and administrative regulations (such as those addressing harassment in the school setting, threats of violence in the school, hazing of students), the *District Code of Conduct* and the appropriate School Safety Plan when investigating allegations of bullying.

6)   The Superintendent/designee is to be informed as soon as possible regarding all allegations and/or reports regarding bullying of students and the status of any investigations.

7)   All investigations of allegations of bullying in the school setting, as well as any action taken, shall be appropriately documented in order to create a written record that demonstrates the District's efforts to reduce incidents of bullying and to facilitate the evaluation of the District's efforts to reduce such behavior.

(Continued)

**SUBJECT:    BULLYING IN THE SCHOOLS  (Cont'd.)**

8)  Parents of students subjected to possible bullying behavior and/or students filing a complaint of
    bullying behavior, as well as parents of accused students, may be notified by the appropriate
    administrator of such occurrence and/or allegations as warranted and in accordance with legal
    guidelines. Applicable due process procedures will be followed depending upon the nature of
    the investigation and possible disciplinary sanctions, including due process procedures mandated
    pursuant to federal and state law and regulation if the accused student has been identified as
    having a disability or is suspected of having a disability.

**Prohibition of Retaliatory Behavior (Commonly Known as "Whistle-Blower" Protection)**

The District prohibits any retaliatory behavior directed against complainants, victims, witnesses
and/or any other individuals who participated in the investigation of allegations of bullying. Follow-up
inquiries and/or appropriate monitoring of the alleged bully and victim shall be made to ensure that
bullying behavior has not resumed and that all those involved in the investigation have not suffered
retaliation.

**Knowingly Makes False Accusations**

Any individual who *knowingly* makes false accusations against a student as to allegations of
bullying behavior may also face appropriate disciplinary action.

**District Responsibility/Training**

Principals in each school building and/or program supervisors will be responsible for informing
students and staff on a yearly basis of District policy and regulations regarding the prohibition of
bullying behavior by students.

Personnel at all levels are responsible for taking corrective action to prevent bullying behavior of
which they have been made aware at School District sites or activities and/or reporting such behavior
to their immediate supervisor. Further, staff training shall be provided to raise awareness of the
problem of bullying within the schools and to facilitate staff identification of and response to such
bullying behavior among students.

Prevention and intervention techniques within the District to prevent bullying behavior and to
support and protect victims shall include building-level and classroom-level strategies and activities as
determined by administration. Individual intervention will be provided by appropriate staff members
to bullies, victims and their parents to help ensure that the bullying stops.

(Continued)

**SUBJECT:   BULLYING IN THE SCHOOLS  (Cont'd.)**

Strategies to Reduce Bullying

The following is a list of suggested strategies and training classes to mediate bullying based upon information provided by the *Office of Juvenile Justice and Delinquency Prevention*:

1) Publicize rules against bullying and post them school-wide, accompanied by a range of possible sanctions. (Note: Sanctions for bullying are also to be addressed in the *District Code of Conduct*.)

2) Use student and adult mentors to assist victims and bullies. Build self-esteem and foster mutual understanding of and appreciation for differences in others.

3) Develop a buddy system that pairs students with a particular friend or older buddy with whom they share class schedule information and plans for the school day and on whom they can depend for help.

4) Provide an on-campus parents' center that recruits, coordinates and encourages parents to take part in the educational process, to volunteer and to assist in school activities and projects.

5) Add adult classes in parenting skills and student classes in anger management, assertiveness training and behavior modification training.

6) Disseminate the *District Code of Conduct* to teachers, students and parents as mandated pursuant to law and regulation.

7) Emphasize discipline that stresses appropriate behavior instead of reprimands that focus on punishing wrong behavior.

8) Build friendship groups that support children who are regularly bullied by peers.

9) Create peer mediation programs and teen courts to train students to mediate problems among themselves.

10) Make available conflict and dispute resolution curricula, in an age-appropriate manner, at designated grade levels.

11) Increase staff supervision in areas such as hallways, cafeterias, playgrounds and athletic playing fields, locker rooms, buses, as well as at school sponsored events - whether on or off campus in order to reduce the opportunity for bullying behavior by students.

(Continued)

*2014*                                            7552R
                                                  5 of 5

Students

SUBJECT:   BULLYING IN THE SCHOOLS  (Cont'd.)

12)  Involve school counselors or mental-health professionals where appropriate.

13)  Involve community members in the District's anti-bullying activities (e.g., convene meetings with leaders of the community to discuss the School District's anti-bullying program, involve media to help publicize the District's anti-bullying prevention and intervention activities, and engage community members as appropriate in the development of school-community activities to promote anti-bullying behavior.

**Dissemination/Publication of District's Prohibition against Bullying Behavior by District Students**

The District's policy and regulations prohibiting bullying behavior by students will be published in appropriate school publications such as teacher/employee handbooks, student handbooks and/or school calendars. A copy of District policy and regulations prohibiting bullying behavior by students will be available upon request. Further, the District prohibition of bullying by students - along with the range of possible intervention activities and/or sanctions for such misconduct - shall be included in the *District Code of Conduct* for all grade levels.

NOTE:     Refer also to Regulations #3420R -- Non-Discrimination and Anti-Harassment in the
                                                  School District
                     #7551R -- Sexual Harassment of Students
                     #7552R.1 -- Cyberbullying Behavior in the Schools
                     #7553R -- Hazing of Students
                     *District Code of Conduct*

*2014*     7552R.1
1 of 3

Students

SUBJECT:   CYBERBULLYING BEHAVIOR IN THE SCHOOLS

The Board of Education is committed to providing a safe and productive learning environment within its schools. All forms of bullying, including cyberbullying, are unacceptable and, to the extent such actions are disruptive of the educational process of the School District, offenders shall be subject to appropriate staff intervention, which may result in administrative discipline.

Cyberbullying includes, but is not limited to, the following misuses of technology: harassing, teasing, intimidating, threatening, or terrorizing another student or staff member by way of any technological tool, such as sending or posting inappropriate or derogatory email messages, instant messages, text messages, digital pictures or images, or website postings (including blogs).

The Board of Education shall require the prohibition of cyberbullying - along with the range of possible intervention activities and/or sanctions for such misconduct - to be included in the *District Code of Conduct* for all grade levels.

**Engages in Cyberbullying Behavior**

As with other forms of bullying, cyberbullying is an attempt to display power and control over someone perceived as weaker. Cyberbullying involving District students may occur both on campus and off school grounds and may involve student use of the District Internet system or student use of personal digital devices while at school, such as cell phones, digital cameras, and personal computers to engage in bullying.

Cyberbullying has the effect of:

1)   Physically, emotionally or mentally harming a student;

2)   Placing a student in reasonable fear of physical, emotional or mental harm;

3)   Placing a student in reasonable fear of damage to or loss of personal property; and

4)   Creating an intimidating or hostile environment that substantially interferes with a student's educational opportunities.

Also, cyberbullying that occurs off-campus, that causes or threatens to cause a material or substantial disruption in the school, could allow school officials to apply the "*Tinker* standard" where a student's off-campus "speech" may be subject to formal discipline by school officials when it is determined that the off-campus speech did cause a substantial disruption or threat thereof within the school setting [Tinker v. Des Moines Indep. Sch. Dist. 393 U.S. 503 (1969)]. Such conduct could also be subject to appropriate disciplinary action in accordance with the *District Code of Conduct* and possible referral to local law enforcement authorities.

(Continued)

SUBJECT:   CYBERBULLYING BEHAVIOR IN THE SCHOOLS  (Cont'd.)

**Reports of Allegations of Cyberbullying Behavior**

Any student who believes that he/she is being subjected to cyberbullying behavior, as well as any other person who has knowledge of or witnesses any possible occurrence of cyberbullying, shall report the behavior to any staff member or the Building Principal. The staff member/Building Principal to whom the report is made (or the staff member/Building Principal who witnesses cyberbullying behavior) shall investigate the complaint and take appropriate action to include, as necessary, referral to the next level of supervisory authority and/or other official designated by the District to investigate allegations of cyberbullying. Investigation of allegations of cyberbullying shall follow the procedures utilized for complaints of harassment within the School District. Allegations of cyberbullying shall be promptly investigated and will be treated as confidential and private to the extent possible within legal constraints.

However, it is important to note that a single negative act as enumerated above may also constitute "cyberbullying" (if not more serious misconduct) based upon the particular circumstances such as the seriousness of the act and/or the intent of the actor.

**Prevention/Intervention Techniques**

Personnel at all levels are responsible for taking corrective action to prevent cyberbullying behavior of which they have been made aware at School District sites or activities and/or reporting such behavior to their immediate supervisor. Further, staff training shall be provided to raise awareness of the problem of cyberbullying within the schools and to facilitate staff identification of and response to such cyberbullying behavior among students.

Prevention and intervention techniques within the District to prevent against cyberbullying behavior and to support and protect victims shall include building-level and classroom-level strategies and activities as determined by administration. Individual intervention will be provided by appropriate staff members to bullies, victims and their parents to help ensure the cyberbullying stops.

**Prohibition of Retaliatory Behavior (Commonly Known as "Whistle-Blower" Protection)**

The Board prohibits any retaliatory behavior directed against complainants, victims, witnesses, and/or any other individuals who participate in the investigation of allegations of cyberbullying. Follow-up inquiries and/or appropriate monitoring of the alleged cyberbully and victim shall be made to ensure that cyberbullying behavior has not resumed and that all those involved in the investigation have not suffered retaliation.

(Continued)



*2014*          7552R.1
                3 of 3

Students

**SUBJECT:    CYBERBULLYING BEHAVIOR IN THE SCHOOLS  (Cont'd.)**

**Dissemination of Information**

Rules against cyberbullying shall be publicized District-wide and shall be disseminated as appropriate to staff, students and parents. Disciplinary sanctions for violation of Board policy and administration regulation shall be outlined in the *District Code of Conduct* as enumerated above and may also be incorporated in staff and student handbooks.

NOTE:     Refer also to Regulations #3420R -- <u>Non-Discrimination and Anti-Harassment in the</u>
                                          <u>School District</u>
          #7551R-- <u>Sexual Harassment of Students</u>
          #7553R -- <u>Hazing of Students</u>
          *District Code of Conduct*

**SUBJECT:   DIGNITY FOR ALL STUDENTS**

The District seeks to create an environment free of harassment, bullying, and discrimination, to foster civility in its schools, and to prevent conduct which is inconsistent with its educational mission. The District, therefore, prohibits all forms of harassment and bullying of students by employees or other students on school property and at school functions. The District further prohibits discrimination against students, including but not limited to those acts based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender (including gender identity or expression), or sex by school employees or other students on school property and at school-sponsored activities and events that take place at locations off school property. In addition, other acts of harassment, bullying, and/or discrimination which can reasonably be expected to materially and substantially disrupt the education process may be subject to discipline or other corrective action.

The District believes in a "zero indifference" response to name-calling and bullying.

**Dignity Act Coordinator**

In each of its schools, the District will designate at least one employee holding such licenses and/or certifications as required by the Commissioner to serve as the Dignity Act Coordinator(s) (DAC). Each DAC will be thoroughly trained to handle human relations in the areas of race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender (including gender identity or expression), and sex. Training will also be provided for DACs which addresses: the social patterns of harassment, bullying, and discrimination, including but not limited to those acts based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, and sex; the identification and mitigation of harassment, bullying, and discrimination; strategies for effectively addressing problems of exclusion, bias, and aggression in educational settings. All DAC appointments will be approved by the Board.

The District will share the name, designated school, and contact information of each DAC with all school personnel, students, and parents or persons in parental relation. Such information will be provided by:

a)   Listing such information in the *Code of Conduct,* with updates posted on the District's website; and

b)   Including such information in the plain language summary of the *Code of Conduct* provided to all persons in parental relation to students before the beginning of each school year; and

c)   Providing such information to parents and persons in parental relation in at least one District or school mailing or other method of distribution, including, but not limited to, electronic communication and/or sending information home with each student. If such information

(Continued)

**SUBJECT:   DIGNITY FOR ALL STUDENTS  (Cont'd.)**

changes, parents and persons in parental relation will be notified of the changes in at least one subsequent District or school mailing or other such method of distribution as soon as practicable thereafter; and

d)   Posting such information in highly visible areas of school buildings; and

e)   Making such information available at the District and school-level administrative offices.

If a DAC vacates his or her position, another school employee will immediately be designated for an interim appointment as DAC, pending approval from the Board, within 30 days of the date the position was vacated. In the event a DAC is unable to perform the duties of the position for an extended period of time, another school employee will immediately be designated for an interim appointment as DAC, pending return of the previous individual to the position.

**Training and Awareness**

Each year, employees will be provided with training to promote a supportive school environment that is free from harassment, bullying, and/or discrimination, and to discourage and respond to incidents of harassment, bullying, and/or discrimination. Such training may be provided in conjunction with existing professional development, will be conducted consistent with guidelines approved by the Board, and will:

a)   Raise awareness and sensitivity to potential acts of harassment, bullying, and/or discrimination;

b)   Address social patterns of harassment, bullying, and/or discrimination and the effects on students;

c)   Inform employees on the identification and mitigation of such acts;

d)   Enable employees to prevent and respond to incidents of harassment, bullying, and/or discrimination;

e)   Make school employees aware of the effects of harassment, bullying, cyberbullying, and/or discrimination on students;

f)   Provide strategies for effectively addressing problems of exclusion, bias, and aggression;

g)   Include safe and supportive school climate concepts in curriculum and classroom management; and

h)   Ensure the effective implementation of school policy on conduct and discipline.

(Continued)

**SUBJECT:   DIGNITY FOR ALL STUDENTS  (Cont'd.)**

Rules against bullying, discrimination, and/or harassment will be included in the *Code of Conduct*, publicized District-wide, and disseminated to all staff and parents. Any amendments to the Code will be disseminated as soon as practicable following their adoption. New teachers will be provided a complete copy of the current Code upon their employment, and an age-appropriate summary will be distributed to all students at a school assembly at the beginning of each school year.

**Reports and Investigations of Harassment, Bullying, and/or Discrimination**

Students who have been subjected to harassment, bullying, and/or discrimination, persons in parental relation whose children have been subjected to such behavior, or other students who observe or are told of such behavior, are encouraged and expected to make verbal and/or written reports to the principal, Superintendent, DAC, and/or other school personnel. All District staff who are aware of harassment, bullying, and/or discrimination, are required to orally report the incident(s) within one school day to the principal, Superintendent, or his or her designee and report it in writing within two school days after making an oral report.

Parents will be notified of all incidents reported under DASA involving their child, including incidents of anti-Semitic harassment, bullying and/or discrimination.

The principal, Superintendent, or the principal's or Superintendent's designee will lead and/or supervise a thorough investigation of all reports of harassment, bullying, and/or discrimination, and ensure that such investigations are completed promptly after receipt of any such reports. All investigations will be conducted in accordance with law, the District's *Code of Conduct*, and applicable District policy and procedure. In the event allegations involve harassment, bullying, and/or discrimination on the basis of race, color, religion, national origin, sex, sexual orientation, or disability, the District may utilize the procedures set forth in Policy #3420 -- Non-Discrimination and Anti-Harassment in the School District, and its implementing regulations. Where appropriate, the DAC or other individual conducting the investigation, may seek the assistance of the District's Civil Rights Compliance Officer in investigating, responding to, and remedying complaints of harassment, bullying, and/or discrimination.

In the event any such investigation reveals harassment, bullying, and/or discrimination, the District will take prompt action reasonably calculated to end the harassment, bullying, and/or discrimination, eliminate any hostile environment, create a more positive school culture and climate, prevent recurrence of the behavior, and ensure the safety of the student or students against whom such harassment, bullying, and/or discrimination was directed. Such actions will be taken consistent with applicable laws and regulations, District policies and administrative regulations, and collective bargaining agreements, as well as the District's *Code of Conduct* and any and all applicable guidelines approved by the Board.

The Superintendent, principal, or his or her designee will notify the appropriate local law enforcement agency when it is believed that any incident of harassment, bullying, and/or discrimination constitutes criminal conduct.

(Continued)

**SUBJECT:   DIGNITY FOR ALL STUDENTS  (Cont'd.)**

The principal of each primary and secondary school will provide a regular report (at least once during each school year) on data and trends related to harassment, bullying, and/or discrimination to the Superintendent. Such report will be submitted in a manner prescribed by the District.

The District will annually report material incidents of harassment, bullying, and/or discrimination which occurred during the school year to the State Education Department. Such report will be submitted in a manner prescribed by the Commissioner, on or before the basic educational data system (BEDS) reporting deadline, or such other date as determined by the Commissioner.

**Prohibition of Retaliatory Behavior**

In accordance with Education Law Section 16, any person who has reasonable cause to suspect that a student has been subjected to harassment, bullying, or discrimination by an employee or student on school grounds or at a school function, who acts reasonably and in good faith and reports such information to school officials, the Commissioner of Education, or law enforcement authorities, or otherwise initiates, testifies, participates, or assists in any formal or informal proceedings, will have immunity from any civil liability that may arise from making such report, or from initiating, testifying, participating, or assisting in such proceedings. Furthermore, the Board prohibits any retaliatory action against any person who, acting reasonably and in good faith, makes a report of harassment, bullying, or discrimination, or who otherwise initiates, testifies, participates, or assists in the investigation of a complaint of harassment, bullying, or discrimination.

**Publication of District Policy**

At least once during each school year, all school employees, students, and parents will be provided with a written or electronic copy of this policy, or a plain-language summary thereof, including notification of the process by which students, parents, and school employees may report harassment, bullying, and/or discrimination. Additionally, the District will strive to maintain a current version of this policy on its website at all times.

**Application**

Nothing in this policy or its implementing regulations should be interpreted to preclude or limit any right or cause of action provided under any local, state, or federal ordinance, law or regulation including but not limited to any remedies or rights available under the Individuals with Disabilities Education Act, Title VII of the Civil Rights Law of 1964, Section 504 of the Rehabilitation Act of 1973, or the Americans with Disabilities Act of 1990.

Education Law §§ 10-18, 801-a, 2801 and 3214
8 NYCRR § 100.2

(Continued)

2015          7554
              5 of 5

Students

**SUBJECT:   DIGNITY FOR ALL STUDENTS  (Cont'd.)**

NOTE:      Refer also to Policies  #1330 -- <u>Appointments and Designations by the Board of</u>
<u>Education</u>
                                #3410 -- <u>Code of Conduct on School Property</u>
                                #3420 -- <u>Non-Discrimination and Anti-Harassment in the</u>
                                         <u>School</u>
                                         <u>District</u>
                                #7551 -- <u>Sexual Harassment of Students</u>
                                #7552 -- <u>Bullying in the Schools</u>
                                #7553 -- <u>Hazing of Students</u>
                                #8242 -- <u>Civility, Citizenship and Character</u>
                                         <u>Education/Interpersonal</u>
                                         <u>Violence Prevention Education</u>

Adopted:  8/21/12
Revised:  8/22/13; 12/8/15

SUBJECT:   DIGNITY FOR ALL STUDENTS

The Pine Bush Central School District is committed to creating a learning environment that is safe and supportive of every student. The District, therefore, condemns and prohibits all forms of harassment, bullying, and/or discrimination of students on school property, at school-sponsored activities, and events that take place at locations off school property. Any individual who engages in such conduct will be subject to corrective action and/or disciplinary measures in accordance with applicable laws and/or regulations, District policies and administrative regulations, and collective bargaining agreements, as well as the *District Code of Conduct* and any and all applicable guidelines approved by the Board. In addition, any act of harassment, bullying, and/or discrimination which takes place off of school property or outside of school-sponsored events, and which can reasonably be expected to materially and substantially disrupt the education process, may be subject to corrective action and/or discipline.

**Definitions**

For purposes of this regulation and Policy #7554, the following definitions shall apply:

1)   "Sexual orientation" means actual or perceived heterosexuality, homosexuality, or bisexuality;

2)   "Gender" means actual or perceived sex and shall include a person's gender identity or expression;

3)   "Discrimination" means discrimination against any student by a student or students and/or an employee or employees on school property or at a school function including, but not limited to, discrimination based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, or sex;

4)   "Harassment" and "bullying" mean the creation of a hostile environment by conduct or by threats, intimidation, or abuse, including cyberbullying, that:

   a.   Has or would have the effect of unreasonably and substantially interfering with a student's educational performance, opportunities or benefits, or mental, emotional, or physical well-being; or

   b.   Reasonably causes or would reasonably be expected to cause a student to fear for his or her physical safety; or

   c.   Reasonably causes or would reasonably be expected to cause physical injury or emotional harm to a student; or

(Continued)

**SUBJECT:   DIGNITY FOR ALL STUDENTS (Cont'd.)**

       d.    Occurs off school property and creates or would foreseeably create a risk of substantial disruption within the school environment, where it is foreseeable that the conduct, threats, intimidation, or abuse might reach school property.

    Acts of harassment and bullying include, but are not limited to, those acts based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, or sex. For the purposes of this definition the term "threats, intimidation, or abuse" shall include verbal and non-verbal actions.

    5)    "Cyberbullying" means harassment or bullying that occurs through any form of electronic communication.

    6)    "Material Incident of Harassment, Bullying, and/or Discrimination" means a single verified incident or a series of related verified incidents where a student is subjected to harassment, bullying, and/or discrimination by a student and/or employee on school property or at a school function. In addition, such term shall include a verified incident or series of related incidents of harassment or bullying that occur off school property, where such incident or incidents: create or would foreseeably create a risk of substantial disruption within the school environment, where it is foreseeable that the conduct, threats, intimidation, or abuse might reach school property; and is, or are, the subject of a written or oral complaint to the Superintendent, principal, or their designee, or other school employee. Such conduct shall include, but is not limited to, threats, intimidation, or abuse based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, or sex.

**Reports and Investigations of Harassment, Bullying, and/or Discrimination**

    All reports of harassment, bullying, and/or discrimination will be documented and investigated. The principal, Superintendent, or the principal's or Superintendent's designee will lead and/or supervise the thorough investigation of all reports of harassment, bullying, and/or discrimination, and ensure that such investigations are completed promptly after receipt of such reports. Where appropriate, the Dignity Act Coordinator or such other individual conducting the investigation, may seek the assistance of the District's Civil Rights Compliance Officer in investigating, responding to, and remedying complaints of harassment, bullying, and/or discrimination.

    In the event any such investigation reveals harassment, bullying, and/or discrimination, the District will take prompt action reasonably calculated to end the harassment, bullying, and/or discrimination, eliminate any hostile environment, create a more positive school culture and climate,

(Continued)

*2016*        7554R
              3 of 4

Students


SUBJECT:   **DIGNITY FOR ALL STUDENTS  (Cont'd.)**

prevent recurrence of the behavior, and ensure the safety of the student or students against whom such harassment, bullying, and/or discrimination was directed. Such actions will be taken consistent with applicable laws and regulations, codes of conduct, District policies and administrative regulations, and collective bargaining agreements, as well as any relevant guidelines approved by the Board.

**Reporting of Incidents**

The principal of each primary and secondary school will provide to the Superintendent a regular report (at least once during each school year) on data and trends related to harassment, bullying, and/or discrimination.

Each year, the District will submit to the Commissioner an annual report of material incidents of harassment, bullying, and/or discrimination, in accordance with Education Law Section 15. Such report will be submitted in a manner prescribed by the Commissioner, on or before the basic educational data system (BEDS) reporting deadline or such other date as determined by the Commissioner.

The District will include in its annual report all material incidents of discrimination and/or harassment that:

1)   Are the result of the investigation of a written or oral complaint made to the principal or other school administrator responsible for school discipline, or to any other school employee; or

2)   Are otherwise directly observed by such principal or administrator, or by any other employee regardless of whether a complaint is made.

Such report will include information describing the specific nature of the incident, including, but not limited to:

1)   The type(s) of bias involved (actual or perceived race, color, weight, national origin, ethnic group, religion, religious practices, disability, sexual orientation, gender, sex, or other). Where multiple types of bias are involved, they will all be reported;

2)   Whether the incident resulted from student and/or employee conduct;

3)   Whether the incident involved physical contact and/or verbal threats, intimidation or abuse; and

(Continued)

**SUBJECT:   DIGNITY FOR ALL STUDENTS  (Cont'd.)**

4)   The location where the incident occurred (on school property and/or at a school function).


NOTE:      Refer also to Regulations #3420R -- <u>Non-Discrimination and Anti-Harassment in the</u>
                                     <u>School District</u>
                       #3420F -- <u>Sample Complaint Form</u>
                       #7554R.1 -- <u>Strategies to Prevent Harassment, Bullying,</u>
                                     <u>and Discrimination</u>
                       *District Code of Conduct*

Students

# SUBJECT:   STRATEGIES TO PREVENT HARASSMENT, BULLYING, AND DISCRIMINATION

The Pine Bush Central School District is committed to preventing harassment, bullying, and discrimination in all its forms, including, but not limited to, hazing. Where appropriate, the District will make use of some or all of the following strategies and training classes to prevent the harassment, bullying, and discrimination of its students:

1)   Publicize rules against harassment, bullying, and discrimination, and post them school-wide, accompanied by a range of possible sanctions. (Note: Sanctions for such acts are also to be addressed in the *District Code of Conduct*.)

2)   Use student and adult mentors to assist victims and individuals who engage in harassment, bullying, and/or discrimination, thereby building self-esteem and fostering mutual understanding of, and appreciation for, differences in others.

3)   Develop a buddy system that pairs students with a particular friend or older buddy with whom they share class schedule information and plans for the school day and on whom they can depend for help.

4)   Provide an on-campus parents' center that recruits, coordinates, and encourages parents to take part in the educational process, to volunteer and to assist in school activities and projects.

5)   Add adult classes in parenting skills and student classes in anger management, assertiveness training, and behavior modification training.

6)   Disseminate the *District Code of Conduct* to teachers, students, and parents as mandated by law and regulation.

7)   Emphasize remedial actions that stress appropriate behavior instead of reprimands that focus on punishing wrong behavior.

8)   Build friendship groups that support children who are regularly harassed, bullied, or discriminated against by peers.

9)   Create peer mediation programs and teen courts to train students to mediate problems among themselves.

10)  Make available conflict and dispute resolution curricula, in an age-appropriate manner, at designated grade levels.

(Continued)

*2016*                                            7554R.1
                                                   2 of 2

Students

SUBJECT:     STRATEGIES TO PREVENT HARASSMENT, BULLYING, AND
             DISCRIMINATION  (Cont'd.)

11)  Increase staff supervision in areas such as hallways, cafeterias, playgrounds and athletic
     playing fields, locker rooms, buses, as well as at school sponsored events—whether on or
     off campus—in order to reduce the opportunity for bullying behavior by students.

12)  Involve school counselors or mental-health professionals where appropriate.

13)  Involve community members in the District's anti-bullying activities (e.g., convene
     meetings with leaders of the community to discuss the District's anti-bullying program,
     involve media to help publicize the District's anti-bullying prevention and intervention
     activities, and engage community members as appropriate in the development of school-
     community activities to promote anti-bullying behavior).

NOTE:     Refer also to Regulations #3420R -- Non-Discrimination and Anti-Harassment in the
                                            School District
          #7554R -- Dignity for All Students
          *District Code of Conduct*

Report # _____ (Assigned by the Principal's Office)

7554F
1 of 2

# PINE BUSH CENTRAL SCHOOL DISTRICT
## DIGNITY FOR ALL STUDENTS: BULLYING, CYBERBULLYING, HARASSMENT, AND HAZING REPORT FORM

Bullying is intentional, harmful behavior initiated by one or more students and directed towards another student. Bullying exists when a student with more social and/or physical power deliberately dominates and harasses another who has less power. Bullying is unjustified and typically repeated.

Please complete and return this form to the principal or DASACoordinator.

## Part 1–Complaint

| | |
|---|---|
| 1. Date the report is being filed | |
| 2. Name of Person filling the Report | |
| 3. Identification of person reporting incident | ☐ I am the target of bullying, harassment or hazing <br> ☐ I witnessed bullying, harassment or hazing <br> ☐ I was told about an incident of bullying, harassment or hazing |
| 4. The Best Way To Reach Me (Fill out all that apply) | Phone number: <br><br> Email: |
| 5. Alleged target(s) identity. (List all the names of students who may be the target of the bullying, cyberbullying, harassment or hazing incident. Attach additional information if necessary) | ☐ I am the target of bullying, harassment or hazing and I am in _____ grade <br> ☐ Target(s)name(s) and grade(s) are: <br> 1. Name and grade:_____ <br><br> 2. Name and grade:_____ <br><br> 3. Name and grade:_____ |
| 6. Alleged person(s) committing the bullying, cyberbullying, harassment or hazing (attach additional information if necessary) | 1. Name_____ ☐student or ☐adult <br> 2. Name_____ ☐student or ☐adult <br> 3. Name_____ ☐student or ☐adult |
| 7. I would best describe the incident(s) as related to: (Please check all that apply) | ☐actual or perceived race ☐color ☐weight ☐national origin <br> ☐ethnic group ☐religion ☐religious practice ☐disability ☐sex <br> ☐sexual orientation ☐gender identity ☐ other perceived characteristics |
| 8. The incident(s) have occurred in the following location(s) (check all that apply) | ☐ classroom ☐ hallway/locker ☐ cafeteria ☐ playground ☐ school bus <br> ☐ gymnasium/locker room ☐ library ☐ at an off-campus school event <br> ☐ electronically ☐ athletic field ☐ school entrance/exit ☐ computer lab ☐ <br> off school property ☐ parking lot ☐ other |

———————————— { 1DASA Complaint Form 2013 } ————————————

(Continued)

Report # _____(Assigned by the Principal's Office)

**PINE BUSH CENTRAL SCHOOL DISTRICT**
**DIGNITY FOR ALL STUDENTS: BULLYING, CYBERBULLYING,**
**HARASSMENT, AND HAZING REPORT FORM  (Cont'd.)**

7554F
2 of 2

| | |
|---|---|
| 8) The incident(s) has/have involved the following (check all that apply): | ☐ **Physical (direct)**—hitting; punching; tripping; kicking; pushing; scratching; ganging up; extortion; damaging property<br>☐ **Social/Relational**—excluding or threatening to exclude; spreading rumors/gossiping; ostracizing; alienating; using threatening looks/glances<br>☐ **Verbal (direct)**—name calling; teasing; intimidating; threatening; taunting; making offensive or discriminatory remarks (rude and or lewd)<br>☐ **Cyberbullying**—sending insulting messages or threats by email, text messaging, chat rooms, etc. |
| 10) Please describe the bullying, cyberbullying, harassment or hazing. Describe what was said and or done and by whom? Attach any evidence and any additional sides for description of the incident if applicable. | Is this the first time this has happened? ☐ yes   ☐ no   ☐ unsure<br><br>☐ Date(s) and time(s) of the incident(s)_____<br><br>Description of incident(s): |
| 11) Other Witnesses (Please identify any other people who may have witnessed the incident(s) attach additional sides if necessary): | 1. _____ ☐ student ☐ adult<br><br>2. _____ ☐ student ☐ adult<br><br>3. _____ ☐ student ☐ adult |
| 12) Have you reported this situation to anyone else before this complaint? | ☐ No<br>☐ Yes, I reported this to _____ on _____<br>                    Name            date |
| 13) Did the student require medical treatment as a result of this bullying, cyberbullying, harassment or hazing incident? | ☐ I don't know ☐ No<br>☐ Yes, here is what I know_____ |

*I do hereby attest that this information is true, accurate and complete to the best of my knowledge.*

Signature:_____ Date_____

Please STOP Filling form out, the next page is for administrative use

{  2.DASA Complaint Form 2013  }

# Appendix 2

# PINE BUSH CENTRAL SCHOOL DISTRICT

# CODE OF CONDUCT

BOE Approved:  July 10, 2018
BOE Approved: September 26, 2017
BOE Approved: June 27, 2017
BOE Approved: December 13, 2016
BOE Approved: October 11, 2016
BOE Approved: February 25, 2016

**Pine Bush Central School District**
# CODE OF CONDUCT
### TABLE OF CONTENTS

PAGE

I.    INTRODUCTION ................................................................................................ 1

II.   DEFINITIONS ................................................................................................... 1

      Administrators ................................................................................................ 1
      Assault ........................................................................................................... 1
      Board of Education ......................................................................................... 2
      Bullying .......................................................................................................... 2
      Cyberbullying ................................................................................................. 2
      Discrimination ................................................................................................ 2
      Disruptive Student ......................................................................................... 2
      Disruptive Student (Substantially) ................................................................ 3
      Emotional Harm ............................................................................................. 3
      False Alarm .................................................................................................... 3
      Gender ........................................................................................................... 3
      Harassment and Bullying .............................................................................. 3
      Homicide ........................................................................................................ 3
      Parent ............................................................................................................ 3
      Professional Staff .......................................................................................... 4
      School Bus ..................................................................................................... 4
      School Function ............................................................................................. 4
      School Property ............................................................................................. 4
      Sexting .......................................................................................................... 4
      Sexual Offenses ............................................................................................ 4
      Sexual Orientation ......................................................................................... 5
      Student ........................................................................................................... 5
      Staff ............................................................................................................... 5
      Superintendent .............................................................................................. 5
      Teacher .......................................................................................................... 5
      Violent Student .............................................................................................. 5
      Weapon .......................................................................................................... 5

III.  STUDENT RIGHTS AND RESPONSIBILITIES ............................................. 6

IV.   ESSENTIAL PARTNERS ............................................................................... 7
      Parents ........................................................................................................... 7
      Students ......................................................................................................... 8
      Teachers and Other Professional Staff ........................................................ 9
      Staff ............................................................................................................... 9
      Administrators ............................................................................................... 10
      Superintendents ........................................................................................... 10

      Board of Education ........................................................................................ 11
      Dignity Act Coordinators .............................................................................. 12

V.    STUDENT DRESS CODE .............................................................................. 12

**VI.**    **PROHIBITED STUDENT CONDUCT** ................................................. 12

**VII.**   **REPORTING VIOLATIONS** ......................................................... 15

**VIII.**  **DISCIPLINARY PENALTIES, PROCEDURES & REFERRALS** ........................... 16
    Penalties ......................................................................... 17
    Procedures ....................................................................... 17
    Periods of Suspension for Substantially Disruptive or Violent Acts ............... 24
    Referrals and Counseling ........................................................ 25
    PINS Petitions .................................................................. 25

**IX.**    **ALTERNATIVE INSTRUCTION** ..................................................... 26

**X.**     **DISCIPLINE OF STUDENTS WITH DISABILITIES** ................................... 26
    Authorized Suspensions or Removals of Students with Disabilities ................ 26
    Change of Placement Rule ....................................................... 28
    Special Rules Regarding the Suspension or Removal of Students with Disabilities ....... 28
    Expedited Due Process Hearings ................................................. 30
    Referral to Law Enforcement and Judicial Authorities ........................... 30

**XI.**    **CORPORAL PUNISHMENT** ......................................................... 31

**XII.**   **STUDENT SEARCHES AND INTERROGATIONS** ......................................... 31
    Searches and Seizures .......................................................... 31
    Documentation of Searches ...................................................... 32
    Student Lockers, Desks, and Other School Storage Places ........................ 32
    Questioning of Students ........................................................ 32
    Police Involvement ............................................................. 33
    Child Protective Services Investigations ....................................... 33

**XIII.**  **VISITORS TO THE SCHOOLS** ..................................................... 34

**XIV.**   **PUBLIC CONDUCT ON SCHOOL PROPERTY** ........................................... 34
    Prohibited Conduct ............................................................. 34
    Penalties ...................................................................... 35
    Enforcement .................................................................... 35

**XV.**    **CHART OF PROGRESSIVE DISCIPLINE** ............................................. 36
    Determining the Disciplinary Response .......................................... 36
    Student Discipline Chart ....................................................... 37

**XVI.**   **DISSEMINATION AND REVIEW** .................................................... 40
    Dissemination of Code of Conduct ............................................... 40

# Pine Bush Central School District Code of Conduct

## I.    Introduction

The Board of Education ("Board") is committed to providing a safe and orderly school environment where students may receive, and district personnel may deliver, quality educational services without disruption or interference.  Responsible behavior by students, parents, teachers, administrators, other district personnel, and visitors is essential to achieving this goal.

The district has a long standing set of expectations for conduct on school property and at school functions. These expectations are based on the following principles:

- civility;
- mutual respect;
- citizenship;
- character;
- tolerance;
- fairness;
- honesty;
- integrity;
- non-violence.

The Board recognizes the need to:

- clearly define these expectations for acceptable conduct on school property;
- identify the possible consequences of unacceptable conduct;
- ensure that discipline, when necessary, is administered promptly and fairly.

To this end, the Board adopts the Code of Conduct ("Code"), which, unless otherwise indicated, applies to all students, parents, school personnel, and visitors when on school property or attending school functions.

## II.    Definitions

For the purpose of this code, the following definitions apply:

### A. Administrators

Any certificated person in a supervisory position such as principal, assistant principal, director, or assistant director in the Pine Bush Central School District.

### B. Assault

Engaging in behavior intentionally or recklessly that causes physical injury to another person with or without a weapon, in violation of school district code of conduct and falls under one of these categories:

#### a) Physical Injury

1

Impairment of physical condition or substantial pain and includes, but is not limited to, black eyes, welts, abrasions, bruises, cuts not requiring stitches, swelling and headaches not related to a concussion.

**b) Serious Physical Injury**
Physical injury which creates a substantial risk of death or which causes death or serious and protracted disfigurement or protracted impairment of health or protracted loss or impairment of the function of any bodily organ and requires hospitalization or  treatment in an emergency medical care facility outside of school, including but not limited to, a bullet wound, fractured or broken bones or teeth, concussions, cuts requiring stitches and any other injury involving risk of death or disfigurement.

## C.  Board of Education
A group of elected officials in charge of overseeing the creation and review of the policies and regulations of the Pine Bush Central School District.

## E.  Bullying
Aggressive behavior that is intentional and involves an imbalance of power or strength. Bullying involves actions such as: hitting or punching (physical bullying), teasing or name-calling (verbal bullying), or intimidation through gestures or social exclusion.

## F.  Cyberbullying
Harassment or bullying that occurs through any form of electronic communication, (Ed. Law §11[8]) including, but not limited to, cell phones, computers, and tablets, or other communication tools, including social media sites, text messages, chat rooms, and websites. (See definition of harassment or bullying as defined in section **M** – Harassment and Bullying. and Commissioner's regulation 100.2(kk)(1)(viii))

## G.  Discrimination
Discrimination against any student by another student or students and/or an employee or employees on school property or at a school function including, but not limited to, discrimination based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender or sex.

## H.  Disruptive Student
Any student who:

1. through his/her behavior, prevents another student from completing work, participating in class, or cooperating with the teacher, principal, or staff member;
2. undermines the authority of the teacher, other professional staff, principal, or support staff;
3. engages in any act, that disrupts any learning environment in the school;
4. engages in any behavior that causes instruction, discipline, or learning to be

2

       interrupted;

5. by not adequately preparing for class, disrupts, postpones or otherwise interrupts the instruction and learning that is going on in the classroom.

## I. Disruptive Student (Substantially)

Any student who demonstrates a persistent unwillingness to comply with the teacher's instructions, repeatedly violates the teacher's classroom behavior rules, or persistently interrupts the learning environment of the class.

## J. Emotional Harm

Harm to a student's emotional well-being through creation of a hostile school environment that is so severe or pervasive as to unreasonably and substantially interfere with a student's education.

## K. False Alarm

Causing a fire alarm or other disaster alarm to be activated knowing there is no danger, or through false reporting of a fire or disaster.

## L. Gender

A person's actual or perceived sex which includes a person's gender identity or expression.

## M. Harassment and Bullying

The creation of a hostile environment by conduct or by threats, intimidation or abuse, including cyber bullying, that: (1) has or would have the effect of unreasonably and substantially interfering with a student's education performance, opportunities or benefits, or mental, emotional or physical well-being; or (b) reasonably causes or would reasonably be expected to cause a student to fear for his or her physical safety; or (c) reasonably causes or would reasonably be expected to cause physical injury or emotional harm to a student; or (d) occurs off school property and creates or would foreseeably create a risk of substantial disruption with the school environment, where it is foreseeable that the conduct, threats, intimidation or abuse might reach school property. Acts of harassment and bullying include, but are not limited to, acts based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender or sex. For the purposes of this definition, the term "threats, intimidation or abuse" shall include verbal and non-verbal actions.

## N. Homicide

Any intentional violent conduct that results in the death of another person.

## O. Parent

Any parent, guardian, or other person acting in the capacity of a parent of a student in the Pine Bush Central School District.

## P. Professional Staff

3

Any certificated school personnel such as school counselors, school psychologists, nurses, social workers, therapists, librarians, coaches, trainers, and teaching assistants who deliver services in and out of the classrooms of the Pine Bush Central School District.

**Q.  School Bus**
Every motor vehicle owned by a public or governmental agency or private school and operated for the transportation of pupils, children of pupils, teachers and other persons acting in a supervisory capacity, to or from school or school activities, or, privately owned and operated for compensation for the transportation of pupils, children of pupils, teachers and other persons acting in a supervisory capacity to or from school or school activities.

**R.  School Function**
> Any school sponsored event or activity.

**S.  School Property**
> 1.  Any materials, equipment or internet server on or in any building, structure, athletic playing field, playground, parking lot, or land contained within the real property boundary line of a public elementary or secondary school.
>
> 2.  Any materials or equipment on or in any school bus as defined in Vehicle and Traffic Law §142.

**T.  Sexting**
> Sending, receiving or forwarding sexual, suggestive, nude or nearly nude photos or messages through text messages or e-mails.

**U. Sexual Offenses:**

**a)  Forcible Sex Offenses**
Sex offenses involving forcible compulsion and completed or attempted sexual intercourse, oral sexual conduct, anal sexual conduct or aggravated sexual contact, with or without a weapon including but not limited to penetration with a foreign object, rape and sodomy; or resulting from forcibly touching or grabbing another student on a part of the body that is generally regarded as private, such as buttocks, breast, genitalia.

**b) Other Sex Offenses**
Other non-consensual sex offenses involving inappropriate sexual contact, including, but not limited to, touching another student on a part of the body that is generally regarded as private, which includes, but is not limited to, the buttocks, breasts, and genitalia, removing another student's clothing to reveal underwear or private body parts, or brushing or rubbing against another person in a sexual manner.  Other sex offenses shall also include, but not limited to conduct that may be consensual or involve a child who is incapable of consent by reason of disability or because he or she is under 17 years of age, provided that such term shall not include consensual sexual conduct involving only students, and/or non-students 18 years of age or under,

4

unless at least one of the individuals participating in the conduct is at least four years older than the youngest individual participating in this conduct.

## V. Sexual Orientation
Actual or perceived heterosexuality, homosexuality, or bisexuality.

## W. Student
Any individual under the age of 21 attending an elementary or secondary facility in the Pine Bush Central School District who is governed by this code.

## X. Staff
Any school related personnel such as substitute teachers, custodians, clerical staff, monitors, food service employees, security staff, bus drivers, and volunteers in the Pine Bush Central School District.

## Y. Superintendent
The chief operational officer of the Pine Bush Central School District.

## Z. Teacher
Any person holding a teaching certificate who is delivering classroom instruction in the Pine Bush Central School District.

## AA. Violent Student
Any student who:
1. plans, threatens to commit, attempts to commit, or commits an act of violence against a school employee or their property;
2. plans, threatens to commit, attempts to commit, or commits an act of violence against another student or any other person or their property;
3. plans, threatens to commit, attempts to commit, or commits an act of violence against him/herself;
4. possesses a weapon while on school property or at a school function;
5. displays what appears to be a weapon while on school property or at a school function;
6. threatens the use of a weapon on school property or at a school function;
7. knowingly and intentionally damages or destroys the personal property of a school employee or other person who is lawfully on school property or at a school function;
8. knowingly and intentionally damages or destroys school district property.

## BB. Weapon
Any device, instrument, material, or substance, animate or inanimate, homemade or commercially made, that is used for or readily capable of causing death or serious bodily injury. Such items include but are not limited to the following:

1. firearm as defined in 18 USC §921 of the Gun-Free Schools Act (*also see District Policy #7360 Weapons in School and the Gun-Free Schools Act*);

5

2. any other gun including a pistol, revolver, shotgun, rifle, machine gun, facsimile gun, disguised gun, zip gun, BB gun, pellet gun, or paint ball gun;
3. any knife such as a dagger, razor, stiletto, box cutter, shank, switchblade knife, gravity knife, butterfly knife, knuckle knife, hunting knife, or sword;
4. brass knuckles;
5. sling shot;
6. kung fu star;
7. electronic stun gun or taser;
8. pepper spray or other noxious spray;
9. hazardous chemical substances;
10. any explosive or incendiary bomb.

# III.   Student Rights and Responsibilities

Students of the Pine Bush Central School District shall have the rights afforded them under the following provisions:

· federal and state constitutions, the laws of the State of New York;
· policies of the school district established by the Board of Education;
· rules and regulations established by the school the students attend.

Although the rights of students are not identical to the rights of adults, it is recognized that a student's private, non-school sponsored and/or non-program related conduct cannot be regulated unless the educational community is affected by such conduct.

All persons under the age of 21 who have not received a high school diploma have the right to a free public education as well as the right to:

A. Attend school in an environment that exhibits the following characteristics:
· is safe, orderly, and drug free;
· encourages learning, and allows for maximum academic and personal growth;
· is free of discrimination based on race, color, weight, religion, religious practice, creed, national origin, ethnic group, gender (identity and expression), sex, sexual orientation or disability;
· encourages students to discuss and debate ideas and opinions free from harassment or intimidation;
· protects free speech and expression, provided such speech is not likely to create a material and substantial disruption to the school environment, does not interfere with the orderly conduct of classes, and is not libelous, slanderous, or obscene;
· prepares students to be productive members of society.

B. Present their version of relevant events regarding any Code violation to school personnel authorized to impose a disciplinary penalty in such a situation.

C. Have access to school rules and, when necessary, receive an explanation of those rules from school personnel.

In accordance with these rights, students are held to corresponding responsibilities whether in school, on school grounds, or at school functions. It is expected that students will conduct themselves in accordance with these responsibilities. Furthermore, it is expected that they will contribute in a positive way to the maintenance of an orderly environment in which the safety and welfare of others are protected, and learning is not jeopardized.

# IV.  Essential Partners

Students have important responsibilities to uphold in order to ensure the schools they attend are safe, orderly, and well disciplined. At the same time, the personnel of our school district, parents and the other adults of the community must exercise leadership and authority. They must do what is necessary to maintain a school environment that protects the rights of students and staff while at the same time expecting and providing for high levels of performance.

All essential partners should assist students in maintaining a safe, supportive school environment, a climate of mutual respect and dignity for all students regardless of actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender (identity and expression) or sex, which will strengthen students' self-concept and promote confidence to learn.

All of these individuals and their responsibilities are listed below.

### A. Parents
All parents are expected to:
1. recognize that the education of their children is a joint responsibility of both the parents and the school community;
2. convey to their children a supportive attitude toward education and the district;
3. become familiar with all district and building policies, rules, and regulations pertaining to student conduct and safety;
4. assure that their children arrive at school on time, well rested, prepared, and with necessary materials;
5. provide for their children's health, personal cleanliness, acceptable grooming, and suitable dress in accordance with the school dress code;
6. model the behaviors and attitudes students and other essential partners are expected to exhibit while on school property;
7. help their children understand and exhibit self-respect, respect for law, respect for others, respect for public property, and the importance of all these in a democratic society;
8. help their children deal effectively with peer pressure;
9. provide a place at home that is appropriate for study and ensure the completeness of homework assignments;

7

10. build a good relationship between themselves as well as their children, their children's friends and teachers, and other professional staff, administrators, and support staff;
11. utilize the resources of the school and community to help their children succeed;
12. inform school officials of changes in the home situation that may affect student conduct or performance;
13. assume financial liability for damages resulting from acts of vandalism or theft performed by their children;
14. insist on prompt and regular attendance. If a child is absent, the child's parent must prepare and submit a written excuse for the absence or tardiness. Students may legally be absent from school for the following reasons (See *Comprehensive Student Attendance Policy* for entire excused absence list):
    · illness;
    · death in the family;
    · religious observance;
    · mandatory court appearance;
    · impassable roads.

## B. Students
All students are expected to:
1. allow classroom instruction to take place without interruption or interference
2. work to the best of their ability in all academic and extracurricular pursuits and strive toward their highest level of achievement possible;
3. account for their actions and accept the consequences of those actions;
4. respect the rights of others, including other's right to receive a quality education;
5. respect personal differences, and treat others in ways that neither libel, harass, intimidate, nor endanger the safety, morals, health, or welfare of others;
6. accept the right of all teachers, administrators, and other school personnel to issue directives and react to directions given by them in a respectful and positive manner;
7. communicate to their parents what they are doing in school, what their teachers expect, and how they are meeting those expectations;
8. express themselves and dress in a manner that does not disrupt the orderly operation of the school;
9. attend school regularly and arrive at school and to classes on time with the necessary tools and materials;
10. seek help in solving problems that interfere with personal success;
11. build good working relationships between themselves and peers, their parents, teachers, and other professional staff, administrators, and support staff;
12. utilize the resources of the school and community in order to succeed;
13. conduct themselves as representatives of the district when participating in or attending school sponsored extracurricular events and hold themselves to the highest standards of conduct, demeanor, and sportsmanship;

8

14. become familiar with and abide by all district and school policies, rules, and regulations that pertain to student conduct and safety.

## C. Teachers and Other Professional Staff

All teachers and other professional staff are expected to:

1. ensure the Code of Conduct and district policies are adhered to in the classroom a and throughout the school;
2. promote a climate of mutual respect and dignity;
3. strengthen students' self-concept and promote confidence to learn;
4. treat all essential partners, including students, in a fair and equitable manner;
5. be prepared to teach in a way that respects the individual differences of students;
6. provide a variety of learning activities to diversify instruction in order to promote positive student behavior;
7. demonstrate interest in teaching and concern for student achievement;
8. communicate with students and parents regularly regarding:
   - course objectives and requirements;
   - marking/grading procedures;
   - assignment deadlines;
   - expectations of students;
   - classroom discipline plan;
   - individual student growth, or decline in achievement;

9. model the behaviors and attitudes students and other essential partners are expected to exhibit; build positive working relationships between themselves and students, parents, administrators, and other support staff; build positive working relationships with other teachers and other professional staff and utilize the resources of the school and community to help students succeed; assist, by seeking help or directly intervening, in any emergency situations that threaten students or staff.

## D. Staff

All staff is expected to:

1. provide the many non-instructional services necessary for the safe, smooth, and secure operation of the Pine Bush Central School District;
2. perform their specific duties in a way that supports a positive learning environment;
3. know school policies and rules and either enforce them or seek help in enforcing them in a fair and equitable manner;
4. help maintain a safe and orderly environment;
5. promote a climate of mutual respect and dignity;
6. treat all essential partners, including students, in a fair and equitable manner;

7. build positive working relationships between themselves and students, parents, teachers, and other professional staff, administrators, and other support staff;

8. model the behaviors and attitudes students and other essential partners are expected to exhibit;

9. assist, by seeking help or directly intervening, in any emergency situations that threaten students or staff;

10. promote honest and open communication with all staff members in the district.

## E. Administrators

All administrators are expected to:

1. communicate district discipline policies to students, staff, and members of the community;

2. promote a safe and orderly school environment;

3. ensure the awareness of all teachers and other professional staff as to the individual needs of students;

4. be responsible for enforcing the Code and ensuring that all cases are resolved promptly and fairly;

5. support active teaching and learning in order to create a stimulating academic environment;

6. plan and provide opportunities for teachers to gain and/or reinvigorate classroom management and student discipline skills;

7. meet with the other administrators of the district at least twice a year to evaluate the Code as to its consistent implementation throughout the Pine Bush Central School District;

8. evaluate, on a regular basis, all instructional programs;

9. build positive working relationships between themselves and students, parents, teachers, and other professional staff and support staff;

10. build positive working relationships with other administrators and utilize the resources of the school and community to assist students in being successful;

11. utilize staff appropriately and effectively to ensure proper supervision within the school and on school grounds;

12. model the behaviors and attitudes students and other essential partners are expected to exhibit;

13. ensure that students, parents, and staff have the ability to communicate regularly with the administrators.

## F. Superintendents

The superintendent and all assistant superintendents are expected to:

1. promote a safe and orderly school environment throughout the Pine Bush Central School District;

2. review with all administrators discipline and other policies of the Board of Education, as well as state and federal laws relating to school discipline, operations, and management;
3. work with administrators in enforcing the Code of Conduct;
4. ensure that all student referrals are followed up and brought to closure;
5. ensure that accurate student records are maintained;
6. build positive working relationships between themselves and students, parents, administrators, teachers, and other professional staff and support staff;
7. build positive working relationships with the Board of Education and utilize the resources of the school and community to assist students in being successful;
8. serve as the hearing officer between students, teachers, and parents in the due process procedure, as described by Education Law;
9. ensure that all cases involving violations of the Code of Conduct are resolved promptly and fairly;
10. meet annually with the Code of Conduct committee in order to:
    · evaluate the effectiveness of the code;
    · determine the fairness and consistency of its implementation;
    · suggest any changes that may be necessary to improve the code;
    · present, once a year to the Board of Education, a report from the district's Code of Conduct committee, regarding the code's effectiveness, the fairness and consistency of its implementation, and any recommended changes;
    · model the behaviors and attitudes students and other essential partners are expected to exhibit.

## G.  Board of Education
The members of the Board of Education are expected to:

1. adopt a Code of Conduct for the Pine Bush Central School District;
2. ensure the Code is implemented in all schools in a prudent, fair and equitable manner;
3. provide the necessary financial commitment to ensure the Code of Conduct may be maintained and enforced;
4. review and adopt, on an annual basis, a report from the district's Code of Conduct committee regarding the code's effectiveness, the fairness and consistency of its implementation, and any recommended changes;
5. serve as the highest level of appeal in the district discipline procedure as prescribed by Education Law;
6. model the behaviors and attitudes students and other essential partners are expected to exhibit;
7. affirm the authority of school personnel to maintain order and discipline in the schools;
8. build a positive working relationship between the Board of Education and students, parents, teachers, administrators, and school staff.

11

**H. Dignity Act Coordinators**
Dignity Act Coordinators should oversee bullying prevention measures and address issues surrounding bullying in their building.

# V.   Student Dress Code

All students are expected to give proper attention to personal cleanliness and dress appropriately for school and school functions. Students and their parents have the primary responsibility for acceptable student dress and appearance. Teachers and all other district personnel should exemplify and reinforce acceptable student dress and help students develop an understanding of appropriate appearance in the school setting. A student's dress, grooming, and appearance, shall:

·  be safe, appropriate, and not disrupt or interfere with the educational process;
·  not include revealing garments or see through garments;
·  include safe and appropriate footwear at all times;
·  not include items that are vulgar, obscene, or libelous, or denigrate others on account of race, color, weight, religion, religious practice, creed, national origin, ethnic group, gender (identity and expression), sex, sexual orientation or disability;
·  not promote and/or endorse the use of alcohol, tobacco, or illegal drugs and/or encourage other illegal or violent activities;
·  not include the wearing of hats or head gear in the elementary and middle schools, except for a medical or religious purpose.

Each building principal or his/her designee shall be responsible for informing all students and their parents of the student dress code at the beginning of the school year and any revisions to the dress code made during the school year. Students who violate the student dress code shall be required to modify their appearance by covering or removing the offending item and, if necessary or practical, replacing it with an acceptable item. Any student who refuses to do so shall be subject to discipline, up to and including in-school suspension for the day. Any student who repeatedly fails to comply with the dress code shall be subject to further discipline, up to and including out of school suspension.

# VI.   Prohibited Student Conduct

The Board of Education expects all students to conduct themselves in an appropriate and civil manner, with proper regard for the rights and welfare of other students, district personnel, and other members of the school community, and for the care of school facilities and equipment. The best discipline is self-imposed, and students must learn to assume and accept responsibility for their own behavior, as well as the consequences of their misbehavior. District personnel who interact with students are expected to use disciplinary action only when necessary and to place emphasis on the students' ability to grow in self-discipline. The Board recognizes the need to make its expectations for student conduct while on school property or engaged in a school function specific and clear. The rules of conduct listed below are intended to do that and focus on safety and respect for the rights and property of others. Students who will not accept responsibility for their own behavior and who violate these school rules will be required to accept the penalties for their conduct. Students may be subject to disciplinary action, up to and including suspension from school, when they:

A. Engage in conduct that is disorderly or disruptive as an individual or member of a group. Examples of disorderly conduct include but are not limited to:
  · running in hallways;
  · making unreasonable noise;
  · using language or gestures that are profane, lewd, vulgar, provoking, abusive or discriminating.
  · obstructing vehicular or pedestrian traffic;
  · engaging in any willful act that disrupts the normal operation of the school community;
  · trespassing (students are not permitted in any school building, other than the one they regularly attend, without permission from the administrator in charge of the building);
  · computer/electronic communications misuse, including any unauthorized use of computers, software, or Internet/intranet account, accessing inappropriate websites, or any other violation of the district's acceptable use policy *(also see District Policy #7315 Student Use of Computerized Information Resources);*
  · cell phones and/or other wireless devices visible and/or in use as per grade level regulations specified by the building principal;
  · failing to comply with the reasonable directions of teachers, school administrators, or other school personnel in charge of students.

B. Engage in conduct that is insubordinate as an individual or member of a group. Examples of insubordinate conduct include but are not limited to:
  · failing to comply with the reasonable directions of teachers, school administrators, or other school employees in charge of students or otherwise demonstrating disrespect;
  · lateness for, missing, or leaving school or class without permission or excuse;
  · skipping detention or ignoring penalties imposed by district staff;
  · refusing to do assignments or tasks assigned by district staff.

C. Engage in conduct that is violent as an individual or member of a group. Examples of violent conduct include but are not limited to:
  · threatening, planning, attempting to commit or committing an act of violence, such as hitting, shoving, pushing, pinching, kicking, punching, scratching or spitting, upon a teacher, administrator, or other school employee, or attempting to do so;
  · threatening, planning, attempting to commit or committing an act of violence, such as hitting, shoving, pushing, pinching, kicking, punching, or scratching upon another student or any other person lawfully on school property, or attempting to do so;
  · possessing a weapon (authorized law enforcement officials are the only persons permitted to have a weapon in their possession while on school property or at a school function);
  · displaying what appears to be a weapon or facsimile weapon;
  · threatening to use any weapon;

13

· intentionally damaging or destroying the personal property of a student, teacher, administrator, other district employee, or any person lawfully on school property;
· intentionally damaging or destroying school district property.

D. Engage in any conduct that endangers the safety, morals, health, or welfare of self or any other person as an individual or member of a group. Examples of such conduct include but are not limited to:

· bullying or cyber bullying;
· stealing the property of other students, school personnel, or any other person lawfully on school property or attending a school function;
· defamation, which includes making false or unprivileged statements or representations about an individual or identifiable group of individuals that harm the reputation of the person or the identifiable group by demeaning them;
· discrimination, which includes the use of race, color, weight, religion, religious practice, creed, national origin, ethnic group, gender (identity and expression), sex, sexual orientation or disability as a basis for treating another in a negative manner;
· Anti-Semitism and/or hostility or prejudice toward any religious group;
· harassment, which includes a sufficiently severe action or a persistent, pervasive pattern of actions or statements directed at an identifiable individual or group that are intended to be or that a reasonable person would perceive as ridiculing or demeaning;
· intimidation, which includes engaging in actions or statements that put an individual in fear of bodily harm, and/or emotional harm;
· sending mean, vulgar or threatening messages or images.
· intimidating, threatening, or causing bodily harm to another because that individual was asked to provide testimony or provided testimony to a school official;
· hazing, which includes any intentional or reckless act directed against another for the purpose of initiation into, affiliating with, or maintaining membership in any school sponsored activity, organization, club, or team;
· selling, using, possessing, exhibiting or distributing obscene material;
· use of camera phones or wireless communication devices to capture, store or distribute images without a person's permission (refer to District Policy #7315 Student Use of Computerized Information Resources (Acceptable Use Policy);
· using vulgar or abusive language, cursing or swearing;
· smoking a cigarette, cigar, or pipe, or using chewing or smokeless tobacco; e-cigarettes, vape pens or synthetic cannabis;
· possessing, consuming, selling, distributing, or exchanging alcoholic beverages or illegal substances and drug paraphernalia, or being under the influence of alcohol or an illegal substance. "Illegal substances" include, but are not limited to, inhalants, marijuana, cocaine, lsd, pcp, amphetamines, heroin, steroids, look-alike drugs, and any substance commonly referred to as a "designer drug";
· inappropriately using, sharing or selling prescription or over-the-counter drugs;
· gambling;
· indecent exposure, that is, exposure to sight of the private parts of the body in a lewd or indecent manner, or using an electronic device to send, receive or forward sexually suggestive photos or comment.

14

- · initiating a report warning of fire or other catastrophe without valid cause, misuse of 911, or discharging a fire extinguisher;
- · lying to school personnel.

E.  Engage in misconduct while on a school bus. It is crucial for students to behave appropriately while riding on district buses to ensure their safety and that of other passengers and to avoid distracting the bus driver. Students are required to conduct themselves on the bus in a manner consistent with established standards for classroom behavior. Any distraction to the driver such as: excessive noise, pushing, shoving, throwing objects, fighting, or being out of one's seat while the bus is in motion, will not be tolerated.
- · No bullying or cyber bullying;
- · No discrimination or harassment.

F.  Engage in any form of academic misconduct as an individual or member of a group. Examples of academic misconduct include but are not limited to:
- · plagiarism;
- · cheating, including, but not limited to, copying, using unauthorized help sheets and the like, illegally obtaining test information in advance, substituting for a test taker, and other forms of unauthorized collusion;
- · altering records;
- · assisting another student in any of the above actions.
- · the use of wireless communication, e.g., text messaging, camera phones, smart watches, etc. for the purpose of cheating.

G.  Students may also be disciplined for conduct occurring off school premises (including where actions were precipitated by actions on school premises) which negatively inpacts the health, safety, and/or welfare of students or staff in the Pine Bush Central School District. This would include, but not be limited to, for example, threatening or assaulting another student or staff member off school premises.

# VII. Reporting Violations

All students are expected to promptly report violations of the Code of Conduct to a teacher, guidance counselor, the building principal or his/her designee. Any student observing a student possessing a weapon, alcohol, or illegal substance on school property or at a school function shall report this information immediately to a teacher, the building principal, the principal's designee, or the superintendent. All district staff who are authorized to impose disciplinary sanctions are expected to do so in a prompt, fair, and lawful manner. District staff who are not authorized to impose disciplinary sanctions are expected to promptly report violations of the Code of Conduct to his/her supervisor, who shall impose an appropriate disciplinary sanction, if so authorized, or refer the matter to a staff member who is authorized to impose an appropriate sanction.

Any weapon, alcohol, or illegal substance found shall be confiscated immediately, if possible, followed by notification to the parent of the student involved and the appropriate disciplinary sanction if warranted, which may include long-term suspension and referral for prosecution.

The building principal, or his/her designee, must notify the appropriate local law enforcement agency of those Code violations that constitute a crime and substantially affect the order or security of a school as soon as practical, but in no event later than the close of business the day the principal or his/ her designee learns of the violation. The notification may be made by telephone, followed by a letter mailed on the same day as the telephone call is made. The notification must identify the student and explain the conduct that violated the Code of Conduct and constituted a crime.

Students or staff who wish to report harassment, discrimination or bullying should contact the appropriate compliance officer.  The Dignity Act Coordinators for each building are as follows:
**DISTRICT**, Donna Geidel, 744-2031, ext. 4011, **donna.geidel@pinebushschools.org**
**PBHS**, Brian Lynn, 744-2031 ext. 3602, **brian.lynn@pinebushschools.org**
**CVMS**, Seth Siegel, 744-2031 ext. 5603, **seth.siegel@pinebushschools.org**
**CMS**, Jennifer Lepore, 744-2031 ext. 4402,   **jennifer.lepore@pinebushschools.org**
**STARS**, Chris Mummery, 744-2031 ext. 3680, **christopher.mummery@pinebushschools.org**
**CES**, Joseph Prestianni, 744-2031 ext. 5524, **joseph.prestianni@pinebushschools.org**
**PBE**, Kristin Slover, 744-2031 ext. 4302, **kristin.slover@pinebushschools.org**
**PAK**, Colleen Delles, 744-2031 ext. 5716, **colleen.delles@pinebushschools.org**
**EJR**, Richard Girgenti, 744-2031 ext. 4203, **richard.girgenti@pinebushschools.org**

# VIII. Disciplinary Penalties, Procedures & Referrals

Discipline is most effective when it deals directly with the problem at the time and place it occurs, and in a way that students use as fair and impartial. School personnel who interact with students are expected to use disciplinary action only when necessary and place emphasis on the students' ability to grow in self-discipline. Disciplinary action, when necessary, will be firm, fair, and consistent so as to be the most effective in changing student behavior. In determining the appropriate disciplinary action, school personnel authorized to impose disciplinary penalties will consider the following:
- the student's age;
- the nature of the offense and the circumstances that led to the offense;
- the student's prior disciplinary record;
- the effectiveness of other forms of discipline;
- information from parents, teachers, and/or others, as appropriate;
- other extenuating circumstances.

As a general rule, discipline will be progressive. This means a student's first violation will usually merit a lighter penalty than subsequent violations.  Furthermore, discipline may include educational components, such as written and/or verbal apologies to the victims, essays, or other things deemed academically appropriate by teachers or administrators.  See Section XV for the Student Discipline Chart used by administrators to determine consequences.

## A. Penalties

Students who are found to have violated the district's Code of Conduct, either alone or as a member of a group, may be subject to the following penalties (school personnel identified after each penalty are authorized to impose that penalty consistent with the student's right to due process):

- oral warning – any member of the district staff;
- written warning – bus drivers, hall and lunch monitors, teaching assistants, coaches, school counselors, teachers, administrators, superintendent;
- written notification to parent – bus driver, coaches, school counselors, teachers, administrators, superintendent;
- detention – teachers, principal, superintendent,
  - time-out/lunch detention/after-school detention;
- suspension from transportation – director of transportation, administrators, superintendent; assistant director of transportation;
- suspension from athletic participation – coaches, administrators, director of physical education and athletics, superintendent;
- suspension from social or extracurricular activities – activity director in conjunction with administrators, superintendent;
- suspension of other privileges which may include participation in school field trips, or in any or all graduation activities, events, or other ceremonies – principal, superintendent;
- removal from classroom by teacher – teachers, principal;
- in-school suspension – administrators, superintendent;
- short-term (five days or less) suspension from school – principal, superintendent, Board of Education;
- long-term (more than five days) suspension from school - Superintendent, Board of Education;
- withhold walking at graduation – principal, superintendent.

## B.  Procedures

The amount of due process a student is entitled to receive before a penalty is imposed depends on the severity of the penalty being imposed. In all cases, regardless of the penalty imposed, the school personnel authorized to impose the penalty must inform the student of the alleged misconduct and must investigate, to the extent necessary, the facts surrounding the alleged misconduct. All students will have an opportunity to present their version of the facts to the school personnel imposing the disciplinary penalty.

Students who are to be given penalties other than an oral warning, written warning, or written notification to their parents are entitled to additional rights before the penalty is imposed. These additional rights are explained below.

### 1.  Detention

A special detention room will be designated and staffed at the middle and high schools for one hour after school on Monday through Thursday afternoons. Detention may be assigned at other periods of the day and at other locations at the discretion of the principal. Detention in this room for more than one hour may also be assigned at the high school. Only an administrator may assign a student to detention in this room. At the

17

elementary level, detention shall be at the discretion of the principal and will be supervised by the principal or his/her designee. The administrator must give the student written notice at least 24 hours in advance. Failure to attend assigned detention will result in in-school suspension. If a student is absent on the day the detention was scheduled, the student is still obligated to serve detention when he/she returns. A student's absence from school does not mean the student is excused from detention. Assignment to detention takes precedence over all after-school or extracurricular activities. Students will be permitted to attend after-school or extracurricular activities only after their detention obligation is completed.

2.   Suspension from Transportation
If a student does not conduct himself/herself properly on a bus, the bus driver is expected to bring such misconduct to the building principal's attention. Students who become a serious disciplinary problem may have their riding privileges suspended by the building principal or the superintendent or their designees. In such cases, the student's parents will become responsible for seeing that their child gets to and from school safely. Should the suspension from transportation amount to a suspension from attendance, the district will make appropriate arrangements to provide for the student's education.

A student subjected to a suspension from transportation is not entitled to a full hearing pursuant to Education Law §3214. However, the student and the student's parent will be provided with a reasonable opportunity for an informal conference with the building principal or the principal's designee to discuss the conduct and the penalty involved.

3.   Suspension from Sports and Extracurricular Activities
Students suspended from school for serious offenses, which may include but are not limited to the selling, use, or possession of alcohol, drugs, tobacco, or other controlled substances or drug paraphernalia; possession of a weapon; or the use of violent behavior may also be suspended from all extracurricular activities for a period of time greater than that imposed for suspension from school. The additional amount of time suspended from extracurricular activities will be determined collaboratively by the principal, administrative supervisor (such as the Director of Physical Education and Athletics,) and the coach/advisor.

Any student found to be in violation of any rules stipulated in the Code of Conduct for extracurricular activities, whether or not such violation occurred on school grounds or at school related activities, may be suspended from all extracurricular activities for a period of time to be determined collaboratively by the principal, administrative supervisor (such as the Director of Physical Education and Athletics), and the coach/advisor.

4.   Suspension
As provided in Education Law, the Board of Education, the Superintendent of Schools, a building principal, or in the building principal's absence, an acting building principal,

may suspend a student from attendance upon instruction where it is determined that the student:

· is insubordinate or disorderly, violent or disruptive, or exhibits conduct that endangers the safety, morals, health, or welfare of others;

· exhibits a physical or mental condition that endangers the health, safety or morals of himself/herself or other students.

In addition to the statutory grounds for suspension from attendance upon instruction for misconduct or endangering health or safety conditions, students shall also be subject to suspension from attendance upon instruction based on a violation related to specific disciplinary infractions.

A student assigned to in-school or out-of-school suspension for a total of two or more days may, at the discretion of the building principal, be excluded from attendance at school-related activities such as dances, field trips, and other such functions. Such exclusion will be dependent upon the circumstances associated with the suspension, including the nature of the infraction, subsequent improvement of behavior, and the purpose of the field trip or activity. If such privileges are lost, the student may be provided the opportunity to earn them back in accordance with the following provisions:

· on a weekly basis, an assigned mentor will check the student's grades, behavior, and effort. The mentor will be determined by the administrator in conjunction with the student;

· the student will not engage in behavior that requires a disciplinary write up of any kind for five weeks;

· the student must get a progress report filled out on a weekly basis by all of his/her teachers/supervisors. This report must be taken home on the last school day of each week, signed by a parent, and returned by the student to his/her mentor. Satisfactory effort, conduct, and behavior are expected in all classes for the five-week period;

· if at any time during this five-week period the student fails to meet these goals, the student will be immediately placed back at the beginning of the process for another five-week period.

a. Pre-Suspension Process

Prior to being suspended from attendance upon instruction in one or more classes, the student shall have a conference with a school official empowered to suspend, as referenced above, at which time the evidence upon which the decision to suspend is based shall be stated to the student and the student shall be given the opportunity to explain his/her version of the facts. The student shall also be afforded the right to present other persons to the suspending authority in support of his/her version of the facts. If the circumstances render a pre-suspension conference impossible, such a conference shall occur as soon as is practicable after the suspension has commenced.

b. Teacher Removal of Disruptive Students from a Classroom:

19

A student's behavior can affect a teacher's ability to teach and can make it difficult for other students in the classroom to learn. In most instances the classroom teacher can control a student's behavior and maintain or restore control over the classroom by using good classroom management techniques. These techniques may include practices that involve the teacher directing a student to briefly leave the classroom to give the student an opportunity to regain his/her composure and self-control in an alternative setting. Such practices are time honored classroom management techniques that do not constitute disciplinary removal for purposes of this code.

On occasion, a student's behavior may become disruptive. For purposes of the Code of Conduct, a disruptive student is a student who substantially disrupts the educational process or substantially interferes with the teacher's authority over the classroom. A substantial disruption of the educational process that impedes learning or substantial interference with a teacher's authority occurs when a student demonstrates a persistent unwillingness to comply with the teacher's instructions or repeatedly violates the teacher's classroom behavior rules.

A classroom teacher has the authority to remove a disruptive student from class. The removal from class applies to the class of the removing teacher only. At the secondary level, the teacher may remove the student from class for the remainder of the period during which the disruptive incident occurred, and for a period not to exceed two additional full days.  At the elementary level, a teacher may remove a student for a length of time appropriate to the infraction but not to exceed two days.

If the disruptive student does not pose a danger, the teacher must provide the student with an explanation for why he or she is being removed and an opportunity to explain his or her version of the relevant events before the student is removed. Only after the informal discussion may a teacher remove a student from class.

If the student poses a danger or ongoing threat of disruption, the teacher may order the student to be removed immediately and the student will be escorted out of the class by a staff member. The teacher must, however, explain to the student why he or she was removed from the classroom and give the student a chance to present his or her version of the relevant events within 24-hours.

The teacher must complete a district established disciplinary removal form and confer with the principal or the principal's designee as soon as possible, but no later than the end of the school day, to explain the circumstances of the removal and to present the removal form. If the teacher, principal, or principal's designee is not available to meet by the end of the same school day, the teacher must leave the form with the secretary and confer prior to the beginning of classes on the next school day.

Within 24-hours after the student's removal, the principal or another district administrator designated by the principal must notify the student's parents, in writing,

that the student has been removed from class and why. The notice must also inform the parents that they have the right, upon request, to meet informally with the principal or the principal's designee to discuss the reasons for the removal. The written notice must be provided by personal delivery, express mail delivery, or some other means that is reasonably calculated to assure receipt of the notice within 24 hours of the student's removal at the last known address of the parents. Where possible, notice should also be provided by telephone if the school has been provided with a telephone number for the purpose of contacting a parent.

The principal may require the teacher who ordered the removal to attend the informal conference. If at the informal meeting the student denies the charges, the principal or the principal's designee must explain why the student was removed and give the student and the student's parents a chance to present the student's version of the relevant events. The informal meeting must be held within 48 hours of the student's removal. The timing of the informal meeting may be extended by mutual agreement of the parent and principal.

The principal or the principal's designee may overturn the removal of the student from class if the principal finds any one of the following:
· charges against the student are not supported by substantial evidence;
· student's removal is otherwise in violation of law, including the district's Code of Conduct;
· the conduct warrants suspension from school pursuant to Education Law §3214 and a suspension will be imposed.

The principal or his or her designee may overturn a removal at any point between receiving the referral form issued by the teacher and the close of business on the day following the 48-hour period for the informal conference, if a conference is requested. No student removed from the classroom by the classroom teacher will be permitted to return to the classroom until the principal makes a final determination, and notifies the teacher, or the period of removal expires, whichever is less. Any disruptive student removed from the classroom by the classroom teacher shall be offered continued educational programming and activities until the student is permitted to return to the classroom. Each teacher must keep a complete log (on a district provided form) for all cases of removal of students from the teacher's class. The principal must keep a log of all removal of students from class.

Removal of a student with a disability, under certain circumstances, may constitute a change in the student's placement. Accordingly, classified student's removal from class will be monitored by the school administrator to ensure that the removal does not violate the student's rights.

c. In-School Suspension
   Students from the middle schools and high school who are assigned to In-School Suspension (ISS) will be scheduled into a supervised room for no more than five (5)

21

consecutive days. In addition, such students will be deprived of their usual school privileges during the time they are assigned to ISS, including attendance at all after-school activities. Students assigned to ISS must report directly to the ISS room rather than to their home rooms. They may not leave the ISS room to attend other classes without the express permission of the administrator who assigned the student to ISS. Students scheduled into ISS are expected to complete all class work and homework assigned by their regular teachers, including those assignments specifically provided to the students while in ISS. Special rules will apply to students in ISS including the following:

· Students will not converse with each other.
· Students will remain in their assigned seats.
· Students will work on the assignments provided.
· Students will eat lunch in the ISS room.
· Students will, except in emergencies be scheduled to use the lavatory once each morning and once each afternoon.

Elementary students assigned to ISS will be placed under the general supervision of the principal or the principal's designee. The same guidelines identified above for secondary students assigned to ISS will be implemented for elementary school children.

d. <u>Short-Term Suspension Process</u>

In the event a student is suspended from attendance upon instruction for one (1) through five (5) days by a school principal, or acting principal in the absence of the building principal, the student and the student's parents shall be notified in writing, by personal delivery or express mail, and by telephone or other electronic methods, if possible, within 24 hours of the suspension. Such written notice shall include a description of the incident resulting in the suspension and shall inform the parents of the right to request an immediate informal conference with the principal. Both the notice and informal conference shall be in the dominant language or mode of communication used by the parents.

Upon such request, a conference with the principal and other parties involved shall be convened as soon as possible, at which time the evidence, including the witness relied upon by the principal in making the suspension determination, may be questioned by the parents. The right to an informal conference with the principal shall also extend to the student if the student is 18 years of age or older.

The notice and opportunity for an informal conference shall take place before the student is suspended unless the student's presence in school poses a continuing danger to persons or property or an ongoing threat of disruptions to the academic process. If the student's presence does pose such a danger or threat of disruption, the notice and opportunity for an informal conference shall take place as soon after the suspension as is reasonably practicable.

After the conference, the principal shall promptly advise the parents in writing of his or her decision. The principal shall advise the parents that if they are not satisfied with the decision and wish to pursue the matter, they must file a written appeal to the superintendent within five business days, unless they can show extraordinary circumstance precluding them from doing so. The superintendent shall issue a written decision regarding the appeal within 10 business days of receiving the appeal. If the parents are not satisfied with the superintendent's decision, they must file a written appeal to the Board of Education with the district clerk within 10 business days of the date of the superintendent's decision, unless they can show extraordinary circumstances precluding them from doing so. Only final decisions of the Board of Education may be appealed to the Commissioner within 30 days of the decision.

e.  Superintendent's Hearing- (Long-term suspension from school; more than five (5) days)

Superintendent's disciplinary hearings are conducted according to Section 3214 of the Education Law. Disciplinary issues are referred to a Superintendent's Hearing when repeated offenses by a student, or the severity of a single offense, warrants consideration of a penalty greater than the five days of out-of-school suspension that can be imposed by a principal. The kinds of offenses brought to a Superintendent's Hearing include, but are not limited to, such acts as using or being in possession of illegal substances or drug paraphernalia; threatening or hitting a teacher; intimidating or attacking an individual for being a witnesses in a disciplinary proceeding; brandishing or being in possession of a weapon; sexually harassing a staff member or another student; and acts that are violent or threaten the health or safety of students and staff.

An accused student who is the subject of a Superintendent's Hearing will be so notified in writing by overnight mail. Such notification will inform the student and his/her parents of their rights. These include the right to be represented by counsel, the right to question witnesses against him/her, and the right to present witnesses or other evidence on his/her behalf.

If an accused student chooses to call witnesses, the student will provide the district with a list of those witnesses at least 48 hours prior to the hearing. Students, and the parents of students who are required to testify either on behalf of the district or the accused student, will be so notified the day prior to the hearing. The parents of a student witness will also be notified that they can attend the Superintendent's Hearing while their child testifies, providing their attendance is agreeable to the accused student. To protect the constitutional rights of the accused student, all witnesses who are called to testify are required to do so, and the hearing officer is empowered to issue a subpoena to any witness who is reluctant to testify.

23

At each hearing, witnesses will be sworn in before being asked to testify, and each witness can be questioned by representatives of the district or the accused. All physical evidence or documents related to the case must be submitted to the hearing officer so they can become part of the record and can be examined by all sides. In addition, the proceedings of the hearing will be recorded, and copies of the recording will be made available to the accused upon request. An individual witness may request a copy of the written transcript of his/her testimony only, providing that all information in violation on the Family Education Rights and Privacy Act is redacted from the transcript.

If the accused student is found guilty of the charges being brought against him/her, the hearing officer will review the student's record of behavior prior to deciding upon the penalty. The decision of the superintendent can be appealed to the Board of Education, and the decision of the Board of Education can be appealed to the Commissioner of Education.

## C. Periods of Suspension for Substantially Disruptive or Violent Acts

1. Students who bring a weapon to school as an individual or member of a group - Any student found guilty of bringing a weapon onto school property may face suspension from school following a Superintendent's Hearing for at least one calendar year subject to modification by the Superintendent on a case-by-case basis*. In deciding whether to modify the penalty, the Superintendent may consider the following:
    · the student's age;
    · the student's grade in school;
    · the student's prior disciplinary record;
    · the superintendent's belief that other forms of discipline may be more effective;
    · the input from parents, teacher, and/or others;
    · other extenuating circumstances.

2. Students who commit violent acts as an individual or member of a group, other than bringing a weapon to school – Any student who committed a violent act, other than bringing a weapon onto school property, shall be subject to suspension from school for at least five days*. If the proposed penalty is the minimum five-day suspension, the student and the student's parents will be given the same notice and opportunity for an informal conference given to all students subject to a short-term suspension. The principal has the authority to modify the minimum five-day suspension on a case-by-case basis. If the proposed penalty exceeds the minimum five-day suspension, the student and the student's parents will be given the same notice and opportunity for a hearing given to all students subject to a long term suspension. In deciding whether to modify the penalty, the superintendent may consider the same factors considered in modifying a one-year suspension for possessing a weapon.

24

3. Students who are repeatedly substantially disruptive of the educational process or repeatedly substantially interfere with the teacher's authority over the classroom – Any student who is repeatedly substantially disruptive of the educational process or substantially interferes with the teacher's authority over the classroom will be suspended from school for at least five days*. For purposes of the Code of Conduct, "repeatedly substantially disruptive" means engaging in conduct that results in the student being removed from the classroom by the teacher(s) pursuant to Education Law 3214(3-a) and the Code on four or more occasions during a semester, or three or more occasions during a trimester. If the proposed penalty is the minimum five-day suspension, the student and the student's parent will be given the same notice and opportunity for an informal conference given to all students subject to a short-term suspension. If the proposed penalty exceeds the minimum five-day suspension, the student and the student's parents will be given the same notice and opportunity for a hearing given to all students subject to a long-term suspension. The superintendent has the authority to modify the minimum five-day suspension on a case-by-case basis. In deciding whether to modify the penalty, the superintendent may consider the same factors considered in modifying a one-year suspension for possessing a weapon.

* A student with a disability may be suspended only in accordance with the requirement of state, federal and education law.

## D. Referrals and Counseling
Support staff, which includes psychologists, nurses, social workers, and school counselors, shall handle all referrals of students to counseling.

## E. PINS Petitions
The district may file a Person in Need of Supervision (PINS) petition in Family Court on any student under the age of 18 who demonstrates that he or she requires supervision and treatment by:

1. being habitually truant and not attending school as required by part one of Article 65 of the Education Law;
2. engaging in an ongoing or continual course of conduct which makes the student ungovernable or habitually disobedient and beyond the lawful control of school;
3. knowingly and unlawfully possessing and or using illegal substances or prescription drugs in violation of the PBCSD Code of Conduct, will be a sufficient basis for filing a PINS petition;
4. being a juvenile delinquent or juvenile offender.

The superintendent or superintendent's designee is required to refer, any student under the age of 16 who is found to have brought a weapon to school, to the county attorney for a juvenile delinquency proceeding before the family court.

25

# IX.  Alternative Instruction

When a student has been suspended and is of compulsory attendance age, immediate steps shall be taken to provide alternative instruction as prescribed by Education Law 3214.

# X.   Discipline of Students with Disabilities

The Board recognizes that it may be necessary to suspend, remove, or otherwise discipline students with disabilities to address disruptive or problem behavior. The Board also recognizes that students with disabilities require procedural protections whenever school authorities intend to impose discipline upon them.  The Board is committed to ensuring that the procedures followed for suspending, removing, or otherwise disciplining students with disabilities are consistent with the procedural safeguards required by applicable laws and regulations.

The Code of Conduct affords students with disabilities subject to disciplinary action no greater or lesser rights than those expressly afforded by applicable federal and state law and regulations.

## A.  Authorized Suspensions or Removals of Students with Disabilities

1.      For purposes of this section of the Code of Conduct, the following definitions apply:
   - A "suspension" means a suspension pursuant to Education Law section 3214 (3)(a) through (d).
   - A "removal" means the removal of a student with a disability for disciplinary reasons from that student's current educational placement, other than a suspension; and the change of placement of a student with a disability to an IAES (Interim Alternative Educational Setting) by a superintendent of schools for behavior involving weapons, illegal drugs or controlled substances, commission of an act of serious bodily injury upon another in school or school premises as set forth in the Commissioner's Regulations, or by an impartial hearing officer in a dangerous situation.
   - A IAES means a temporary educational placement for a period of up to 45 school days, other than the student's current placement at the time the behavior precipitating the IAES placement occurred, that:
      - enables the student to continue to progress in the general education curriculum, although in another setting;
      - enables the student to continue to receive those services and modifications, including those described on the student's current IEP (Individualized Education Program), that will enable the student to meet the goals set out in such IEP;
      - includes services and modifications to address the behavior that precipitated the IAES placement that are designed to prevent the behavior from recurring.

2.      School personnel may order the suspension or removal of a student with a disability from his or her current educational placement as follows:

26

a. A building principal may order the placement of a suspended student with disability a period not to exceed five consecutive school days and not to exceed the amount of time a non-disabled students would be subject to suspension for the same behavior.

b. The superintendent may order the placement of a student with a disability into an IAES, another setting, or suspension for up to 10 consecutive school days, inclusive of any period in which the student has been suspended or removed under subparagraph (a) above for the same behavior, if the superintendent determines that the student has engaged in behavior that warrants a suspension and the suspension or removal does not exceed the amount of time non-disabled students would be subject to suspension for the same behavior.

c. The superintendent may order additional suspensions of not more than 10 consecutive school days in the same school year for separate incidents of misconduct, as long as those removals do not constitute a change of placement.

d. The superintendent may order the placement of a student with a disability in an IAES to be determined by the Committee on Special Education (CSE), for the same amount of time that a student without disability would be subject to discipline, but not more than 45 school days, if the student carries or possesses a weapon to school or to a school function, or the student knowingly possesses or uses illegal drugs or sells or solicits the sale of a controlled substance or has inflicted serious bodily injury [as defined in Section 201.1(m)] upon another person while at school, on school premises, or at a school function, under the jurisdiction of the educational agency.

e. Superintendent hearings on disciplinary charges against students with disabilities subject to a suspension of more than five school days shall be bifurcated into a guilt phase and a penalty phase in accordance with the procedures set forth in the Commissioner's regulations incorporated into this code.

f. Removal of a student with disabilities other than a suspension or placement in an IAES shall be conducted in accordance with the due process procedures applicable to such removal of non-disabled students, except that school personnel may not impose such removal for more than 10 consecutive days or for a period that would result in a disciplinary change in placement, unless the CSE has determined the behavior is not a manifestation of the student's disability.

g. During any period of suspension or removal, including placement in an IAES, students with disabilities shall be provided services as required by the Commissioner's regulations incorporated into this code.

27

3. Subject to specified conditions required by both federal and state law and regulations, an impartial hearing officer may order the placement of a student with a disability in an IAES setting for up to 45 school days at a time, if maintaining the student in his or her current educational placement poses risk of harm to the student or others.

## B. Change of Placement Rule

1. A disciplinary change in placement means a suspension or removal from a student's current educational placement that is either:

   a. for more than 10 consecutive school days; or
   b. for a period of 10 consecutive school days or less if the student is subjected to a series of suspensions or removals that constitute a pattern because they cumulate to more than 10 school days in a school year and because of such factors as the length of each suspension or removal, the total amount of time the student is removed and the proximity of the suspensions or removals to one another.

2. School personnel may not suspend or remove a student with disabilities if imposition of the suspension or removal would result in a disciplinary change in placement based on a pattern of suspension or removal.

   However, the district may impose a suspension or removal, which would otherwise result in a disciplinary change in placement, based on a pattern of suspensions or removals if the CSE has determined that the behavior was not a manifestation of the student's disability, or the student is placed in an IAES for behavior involving weapons, illegal drugs or controlled substances.

## C. Special Rules Regarding the Suspension or Removal of Students with Disabilities

1. The district's Committee on Special Education shall:

   a. Conduct functional behavioral assessment to determine why a student engages in a particular behavior and develop or review a behavioral intervention plan.
   If subsequently, a student with a disability who has a behavioral intervention plan and been suspended or removed from his/her current educational placement for more than 10 school days in a school year is subjected to a suspension or removal that does not constitute a disciplinary change in placement, the members of the CSE shall review the behavioral intervention plan and its implementation to determine if modifications are necessary.

   If one or more of the members of the CSE believe modifications are needed, the school district shall convene a meeting of the CSE to modify such a plan and its implementation to the extent the committee determines necessary.

   b. Conduct a manifestation determination to review the relationship between the student's disability and the behavior subject to disciplinary action whenever a decision is made to place a student in an IAES either for misconduct involving weapons, illegal drugs, or controlled substances; or because maintaining the student in his/her current education setting poses a risk

28

of harm to the student or others; or a decision is made to impose a suspension that constitutes a disciplinary change in placement.

2. The procedures aforementioned could apply to students not previously determined to be eligible for special education or related services. This would occur if the district had knowledge that the child was suspected of having a disability before the behavior that precipitated the disciplinary action occurred.

The district will be deemed to have such knowledge if:

a. the parent/guardian has expressed a concern in writing to the supervisor or administrative personnel of the appropriate educational agency or to the teacher of the student that his/her child needs special education and related serviced;

b. the child's behavior or performance demonstrates the need for these services;

c. the parent has requested an evaluation of his/her child;

d. the child's teacher or other school personnel have expressed concern about the child's behavior or performance to the Director of Special Programs or other school administration;

e. the superintendent, building principal or other school official imposing a suspension or removal shall be responsible for determining whether the student is a student presumed to have a disability;

f. a student will not be considered a student presumed to have a disability for discipline purposes if, upon receipt of information supporting a claim that the district had knowledge the student was a student with a disability,

· the parents of the student have not allowed an evaluation of the student pursuant to Section 200.4 of this part; or
· the District has determined that the student is not a student with a disability pursuant to Sections 200.4 or 200.16 of this title; or
· the parent of the student has refused services under this part.

If there is no basis for knowledge that the student is a student with a disability prior to taking disciplinary measures against the student, the student may be subjected to the same disciplinary measures as any other non-disabled student who engaged in comparable behaviors.

However, if a request for an individual evaluation is made while such a non-disabled student is subjected to a disciplinary removal, an expedited evaluation shall be conducted and completed in the manner prescribed by applicable federal and state law and regulations. Until the expedited evaluation is completed, the non-disabled student who is not a student presumed to have a disability for discipline purposes shall remain in the educational placement determined by the district, which can include suspension.

**D. Expedited Due Process Hearings**

    1. An expedited due process hearing shall be conducted in the manner specified by the Commissioner's regulations incorporated into this code, if:

        a. the district requests such a hearing to obtain an order of an impartial hearing officer placing a student with a disability in an IAES where school personnel maintain that it is dangerous for the student to be in his/her current educational placement, or during the pendency of due process hearings where school personnel maintain that it is dangerous for the student to be in his or her current educational placement during such proceedings;

        b. the parent requests such a hearing from a determination that the student's behavior was not a manifestation of the student's disability or related to any decision regarding placement, including but not limited to any decision to place the student in an IAES.

During the pendency of an expedited due process hearing or appeal regarding the placement of a student in an IAES for behavior involving weapons, illegal drugs, or controlled substances, or on grounds of dangerousness, or regarding a determination that the behavior is not a manifestation of the student's disability for a student who has been placed in an IAES, the student shall remain in the IAES pending the decision of the impartial hearing officer or until expiration of the IAES placement, whichever occurs first, unless the parents and the district agree otherwise.

If school personnel propose to change the student's placement after expiration of an IAES placement, during the pendency of any proceeding to challenge the proposed change in placement, the student shall remain in the placement prior to removal to the IAES, except where the student is again placed in an IAES.

    2. An expedited due process hearing shall be completed within 15 business days of receipt of the request for a hearing. Although the impartial hearing office may grant specific extensions of such time period, he/she must mail a written decision to the district and the parents within five business days after the last hearing date, and in no event later than 45 calendar days after receipt of the request for a hearing, without exceptions or extensions.

**E. Referral to Law Enforcement and Judicial Authorities**

In accordance with the provisions if IDEA and its implementing regulations:

    1. The district may report a crime committed by a child with a disability to appropriate authorities, and such action will not constitute a change of the student's placement.

    2. The superintendent shall ensure that copies of the special education and disciplinary records of a student with disabilities are transmitted for consideration to the appropriate authorities to whom a crime is reported.

# XI.  Corporal Punishment

The use of the term "corporal punishment" in this regulation shall be defined as any act of physical force upon a student for the purpose of punishing that student. Corporal punishment is prohibited. However, reasonable physical force can be used for any of the following purposes:

- ·   to protect oneself from physical injury;
- ·   to protect another student or teacher or any other person from physical injury;
- ·   to protect the property of the school or of others;
- ·   to restrain or remove a student whose behavior is interfering with the orderly exercise and performance of school district functions, powers, or duties, if that student has refused to comply with a request to refrain from further disruptive acts, provided alternative procedures and methods not involving the use of physical force cannot reasonably be employed to achieve the purposes set forth above.

Any use of corporal punishment must be reported both verbally and in writing as soon as possible to the staff member's immediate supervisor. Such reports must include all necessary facts leading to the use of corporal punishment as the means of correcting the problem.  Any use of corporal punishment or complaint of such use must be investigated by the appropriate personnel of the district and a written report submitted to the superintendent.

# XII. Student Searches and Interrogations

The Board of Education is committed to ensuring an atmosphere on school property and at school functions that is safe and orderly. To achieve this kind of environment, any school official authorized to impose a disciplinary penalty on a student may question a student about an alleged violation of law and may be required to conduct searches as a result.

## A.    Searches and Seizures

Students are protected by the Constitution from unreasonable searches and seizures. An authorized school official may conduct a search and seize contraband on school grounds or in a school building only when the school district employee has reasonable suspicion to believe the student is engaging in proscribed activity that is in violation of school rules and/or is illegal. The superintendent, building administrators, school nurses, and district security officials are authorized to conduct such searches. Parental permission or presence is not required, however, where practical, the searches will be conducted in the presence of more than one district employee.

An authorized school official may search a student or the student's belongings based upon information received from a district employee or an informant. An individual, other than a district employee, will be considered an informant if that person has previously supplied information that was accurate and verified, made an admission against his/her own interest, provided the same information that is received independently from other sources, or the information he/she is communicating is related to an immediate threat to safety.

Before searching a student or the student's belongings, the authorized school official should attempt to get the student to admit to possessing physical evidence that he/she violated the law or the district code, or get the student to voluntarily consent to the search. Searches will be limited to the extent necessary to locate the evidence sought.

Whenever practicable, a search will be conducted in the privacy of an administrative office with the student present when his/her possessions are being searched. Again, if possible, the search will be conducted in the presence of more than one district employee. (Refer to section - *Questioning of Students*)

Some factors to be considered in determining whether reasonable suspicion exists to search a student or the student's belongings include but are not limited to:
- the age of the student;
- the student's record and past history;
- the predominance and seriousness of the problem in the school where the search is directed;
- the urgency to conduct the search without delay.

## B. Documentation of Searches
The authorized school official conducting the search shall be responsible for promptly recording the following information about each search:
- name, age, and grade of student searched;
- reasons for the search;
- purpose of search (that is, what item was being sought);
- type and scope of search;
- person conducting the search and his/her title and position;
- witnesses, if any, to the search;
- time and location of search;
- results of search (that is, what items were found);
- disposition of items found;
- time, manner, and results of parent notification.

The building principal or the principal's designee shall be responsible for the custody, control, and disposition of any illegal or dangerous item taken from a student. The principal or the principal's designee shall clearly label all items taken from the student and retain control of the items until they are turned over to the police. The principal or principal's designee shall be responsible for personally delivering dangerous or illegal items to police authorities.

## C. Student Lockers, Desks, and Other School Storage Places
Although provided by the school district for student use, lockers, desks, and other such storage spaces remain the exclusive property of the school district. Students should have no expectation of privacy with respect to these areas and school officials retain complete control over them. This means school officials have the right to search such areas. The district officials reserve the right to call upon police authorities to undertake periodic searches of lockers through the use of canine units.

## D. Questioning of Students
School officials have the right to question students regarding any violation of school rules or illegal activity. Investigations concerning reports of misconduct are to be conducted by the administration in a timely manner, and the investigation may include but not be limited to the questioning of students, staff, parents, or other individuals as may be appropriate. Students may request the presence of another staff member during questioning. The granting of the request will be at the discretion of the school administrator, subject to considerations such as the availability of staff. An individual who is questioned may be asked to write and sign his/her responses, or prepare a written and signed statement indicating what he/she knows about an incident in question. If the student is unable to do so, the student's responses may be written down by the

administrator. Parents of children who are so questioned will be notified in a timely manner, and whenever possible within the same day of the questioning, in the event the infraction under investigation is of a serious nature or illegal. In the event a parent cannot be reached, the administrator will continue to attempt to make phone contact during the course of the day and the following morning, and log the time of each attempt. If phone contact cannot be made, a certified letter of notification will be mailed to the parents.

Should the questioning of students by school officials focus on the actions of a particular student, that student will also be questioned by an administrator, and that student may be asked to write and sign his/ response to questions, or prepare a written and signed statement indicating what he/she knows about the incident in question. The student's parent will be contacted if the actions under investigation are serious or illegal. If this is not the case, the parent may be contacted and the degree, if any, of parent involvement will vary depending upon the nature and the reason for questioning, and the necessity for further action that may occur as a result *(also see District Policy #7330 Law Enforcement and Search).*

## E.   Police Involvement
Staff of the Pine Bush Central School District will notify police when activities that occur on school grounds are illegal, or when an emergency situation occurs that, in the estimation of the administrative staff, requires police involvement. Under circumstances where a student has violated the law on school grounds and criminal proceedings may follow, the police will assume their normal role including that of investigator.

Generally, police investigations of incidents that occur out of school cannot be conducted on school grounds. The district will release students from classes to meet with the police in such cases only with parent consent, or if the police present a warrant. *(also see District Policy #7330 Searches and Interrogations of Students).*

## F.   Child Protective Services Investigations
Consistent with the district's commitment to keep students safe from harm and the obligation of school officials to report to child protective services when they have reasonable cause to suspect that a student has been abused or maltreated, the district will cooperate with local child protective services workers who wish to conduct interviews of students on school property relating to allegations of suspected child abuse, neglect, or custody investigations.

All requests by the child protective services to interview a student on school property shall be made directly to the building principal or his/her designee. The principal or principal's designee shall set the time and place for the interview. The principal or principal's designee shall decide if it is necessary and appropriate for a school official to be present during the interview, depending on the age of the student being interviewed and the nature of the allegations. If the nature of the allegations is such that it may be necessary for the student to remove any of his/her clothing in order for the child protective services worker to verify the allegations, the school nurse or other district medical personnel must be present during that portion of the interview. No student may be required to remove his/her clothing in front of a child protective services worker or school district official of the opposite sex, other than a school nurse or other medical district personnel.

A child protective services worker may not remove a student from school property without a court order, unless the worker reasonably believes the student would be subject to danger of abuse if he/she were not removed from school before a court order can reasonably be obtained. If the worker believes the student would be subject to danger of abuse, the worker may remove the student without a court order and without the parent's consent.

33

# XIII. Visitors to the Schools

The Board encourages parents and other community members to visit the district's schools and classrooms to observe the work of students, teachers, and other staff. Since schools are a place of work and learning, however, certain limits must be set for such visits. The building principal or principal's designee is responsible for all persons in the building and on the grounds. For these reasons, the following rules apply to visitors:

- Anyone who is not a regular staff member or student of the school will be considered a visitor.
- A visitor to the school must report to the office of the principal, or the greeter's desk, upon arrival at the school. There the visitor will be required to show an ID and sign the visitor's register before being issued a visitor's identification badge, which must be worn at all times while in the school or on school grounds. The visitor must return the visitor's identification badge to the principal's office, or greeter's desk, and sign out before leaving the building.
- Visitors attending school functions that are open to the public, such as parent-teacher organization meetings or public gatherings, are not required to register.
- Parents or other community members who wish to observe a classroom while school is in session are required to arrange such visits in advance with the classroom teacher and/or the building principal, so class disruption is kept to a minimum.
- It is expected that class time will not be used to discuss individual matters with visitors.
- Any unauthorized person on school property will be reported to the principal or the principal's designee. Unauthorized persons will be asked to leave. The police may be called if the situation warrants such action.
- All visitors are expected to abide by the rules for public conduct on school property that is contained in the Code of Conduct.

# XIV. Public Conduct on School Property

The district is committed to providing an orderly, respectful environment that is conducive to learning. To create and maintain this kind of an environment, it is necessary to regulate public conduct on school property and at school functions. For purposes of this section of the code, "public" shall mean all persons on school property or attending a school function including students, teachers, and district personnel. The restrictions on public conduct on school property and at school functions contained in the Code are not intended to limit freedom of speech or peaceful assembly. The district recognizes that free inquiry and free expression are indispensable to the objectives of the district. The purpose of the Code is to maintain public order and prevent abuse of the rights of others. All persons on school property or attending a school function shall conduct themselves in a respectful and orderly manner. In addition, all persons on school property or attending a school function are expected to be properly attired for the purpose their presence (*also see District Policy #3280 Use of School Facilities, Materials and Equipment*).

## A.   Prohibited Conduct
No person, either alone or with others, shall:

1. intentionally injure any person or threaten to do so;
2. intentionally damage or destroy school district property or the personal property of a teacher, administrator, other district employee, or any person lawfully on school property;
3. disrupt the orderly conduct of classes, school programs, or other school activities;

4. distribute or wear materials on school grounds or at school functions that are obscene, advocate illegal action, appear libelous, obstruct the rights of others, or are disruptive to the school program;

5. intimidate, harass, or discriminate against any person on the basis of their membership in legally protected categories, including, but not limited to, race, color, religion, religious practice, creed, national origin, ethnic group, gender (identity and expression), sex, sexual orientation or disability;

6. enter any portion of the school premises without authorization or remain in any building or facility after it is normally closed;

7. obstruct the free movement of any person in any place to which the Code applies;

8. violate the traffic laws, parking regulations, or other restrictions on vehicles;

9. possess, consume, sell, distribute, or exchange alcoholic beverages, or controlled substances, or be under the influence of alcohol or controlled substances on school property or at a school function;

10. possess or use weapons in or on school property or at a school function, except in the case of law enforcement officers or those specifically authorized by the school district;

11. loiter on or about school property;

12. gamble on school property or at school functions;

13. refuse to comply with any reasonable order of identifiable school district officials performing their duties;

14. willfully incite others to commit any of the acts prohibited by this code;

15. use profane, obscene, or provoking language, actions, or gestures;

16. violate any federal or state statute, local ordinance, or Board policy while on school property or while at a school function.

17. the use of drones, except by law enforcement or for instructional purposes, will be prohibited on school property and will be subject to removal by the school district.

**B.    Penalties**

Persons who violate the Code shall be subject to the following penalties:

1. Visitors -- authorization, if any, to remain on school grounds or at the school function shall be withdrawn and they shall be directed to leave the premises. If they refuse to leave, they shall be subject to ejection.

2. Students -- shall be subject to disciplinary action as the facts may warrant, in accordance with the due process requirements.

3. Tenured faculty members -- shall be subject to disciplinary action as the facts may warrant in accordance with Education Law §3020-a or any other legal rights that they may have.

4. Staff members -- in the classified service of the civil service entitled to the protection of Civil Service Law §75, shall be subject to immediate ejection and to disciplinary action as the facts may warrant in accordance with Civil Service Law §75 or any other legal rights they may have.

5. Staff members -- other than those described in subdivisions 4 and 5 shall be subject to warning, reprimand, suspension, or dismissal as the facts may warrant in accordance with any legal rights they may have.

**C.    Enforcement**

The building principal or the principal's designee shall be responsible for enforcing the conduct required by this code. When the building principal or the principal's designee sees an individual engaged in prohibited conduct that, in the judgment of the principal or the principal's designee, does not pose any immediate threat of injury to persons or property, the principal or principal's designee

shall tell the individual that the conduct is prohibited and attempt to persuade the individual to stop. The principal or the principal's designee shall also warn the individual of the consequences for failing to stop. If the person refuses to stop engaging in the prohibited conduct, or if the person's conduct poses an immediate threat of injury to persons or property, the principal or the principal's designee shall have the individual removed immediately from school property or the school function. If necessary, local law enforcement authorities will be contacted to assist in removing the person. The district shall initiate disciplinary action against any student or staff member, as appropriate, with the "Penalties" section above. In addition, the district reserves its right to pursue a civil or criminal legal action against any person violating the Code (*also see District Policy #3280 Use of School Facilities, Materials and Equipment*).

## XV. Chart of Progressive Discipline

A.   Understanding discipline as a "teachable moment" is fundamental to a positive approach to discipline. Progressive discipline uses incremental interventions to address inappropriate behavior with the ultimate goal of teaching pro-social behavior. Progressive discipline seeks concurrent accountability and behavior change.
The goal of progressive discipline is prevention of a recurrence of negative behavior by helping students learn from their mistakes. Essential to the implementation of progressive discipline is helping students who have engaged in unacceptable behavior to:

- Understand why the behavior is unacceptable and the harm it has caused
- Understand what they could have done differently in the same situation
- Take responsibility for their actions
- Be given the opportunity to learn pro-social strategies and skills to use in the future
- Understand the progression of more stringent consequences if the behavior recurs

B.   **Determining the Disciplinary Response**

This document provides guidance to school officials when determining which disciplinary measure to impose. In determining how to best address inappropriate conduct, it is necessary to evaluate the totality of the circumstances surrounding the conduct. The following facts must be considered prior to determining the appropriate disciplinary measures:

- The nature, severity, and scope of the behavior
- The student's age and maturity
- The circumstances/context in which the conduct occurred
- The frequency and duration of the behavior
- The student's disciplinary record (including the nature of any prior misconduct, the number of prior instances of misconduct, and the disciplinary and guidance intervention measures applied for each)
- The student's IEP (Individual Education Plan), BIP (Behavioral Intervention Plan), and/or 504 Accommodation Plan, if applicable

**C. STUDENT DISCIPLINE CHART:** This discipline chart will be used during the school year as a recommendation to school administrators so students that violate the District Code of Conduct are dealt with in a consistent and fair manner. Disciplinary action will be determined at the discretion of the administrator, with consideration of the age and relevant behavior record of the student. Penalties may be modified with consideration of extenuating circumstances or the severity of the infraction, based on the disciplinary penalties and procedures outlined in the District Code of Conduct. Steps 1,2,3,4,5 indicate progressive disciplinary penalties for subsequent violations. Furthermore, discipline may include educational components, such as written and/or verbal apologies to the victims, essays, or other things deemed academically appropriate by teachers or administrators.

| INFRACTION | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 |
|---|---|---|---|---|---|
| **Academic Misconduct (may include cheating, plagiarism)** | Student receives a grade of zero for work or exam Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Student receives a grade of zero for work or exam Detention 1-5 days ISS 1-5 days | Student receives a grade of zero for work or exam ISS 1-5 days OSS 1-5 days | Student receives a grade of zero for work or exam OSS 1-5 days | Student receives a grade of zero for work or exam OSS 1-5 days Superintendent's Hearing |
| **Assault with Physical Injury** | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
| **Assault with Serious Physical Injury** | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
| **Cyberbullying** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| **Cutting Class** | Warning and/or Administrator or teacher conference with student Detention 1-5 days | Detention 1-5 days | ISS 1-5 days | ISS 1-5 days | ISS 1-5 days |
| **Drugs/Alcohol (Use/possession of)** | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
| **Endangerment** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| **Explosives** | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
| **Failure to Serve Detention** | Administrator or teacher conference with student ISS 1-5 days | ISS 1-5 days | ISS 1-5 days OSS 1-5 days | ISS 1-5 days OSS 1-5 days | ISS 1-5 days OSS 1-5 days |
| **Failure to Serve ISS** | OSS | OSS | OSS | OSS | OSS Superintendent's Hearing |
|  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| **False Alarm** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| **Fighting** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| **Gambling** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| **Harassment/ Intimidation/ Discrimination/ Bullying/ Anti-Semitism\*** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing |

\*The minimum disciplinary consequence for anti-Semitic Harassment, Discrimination or Bullying will be an age appropriate detention.

| | | | | | |
|---|---|---|---|---|---|
| **Homicide** | Contact Law Enforcement OSS 1-5 days Superintendent's Hearing | Contact Law Enforcement OSS 1-5 days Superintendent's Hearing | Contact Law Enforcement OSS 1-5 days Superintendent's Hearing | Contact Law Enforcement OSS 1-5 days Superintendent's Hearing | Contact Law Enforcement OSS 1-5 days Superintendent's Hearing |
| **Insubordination** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| **Leaving Building** | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |

38

| | | | | | |
|---|---|---|---|---|---|
| **Leaving Grounds** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | OSS 1-5 days<br>Superintendent's Hearing | OSS 1-5 days<br>Superintendent's Hearing |
| **Misconduct/<br>Disruptive Activity** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing |
| **Pass Abuse** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days | Detention 1-5 days<br>ISS 1-5 days | Detention 1-5 days<br>ISS 1-5 days | Detention 1-5 days<br>ISS 1-5 days |
| **Possession of nicotine/smokeless products** | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing |
| **Profanity (non-directed)** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days | ISS 1-5 days<br>OSS 1-5 days | ISS 1-5 days<br>OSS 1-5 days | OSS 1-5 days<br>Superintendent's Hearing |
| **Profanity (directed)** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | OSS 1-5 days<br>Superintendent's Hearing |
| **Forcible Sexual Offenses** | Contact Law Enforcement<br>OSS 1-5 days<br>Superintendent's Hearing | Contact Law Enforcement<br>OSS 1-5 days<br>Superintendent's Hearing | Contact Law Enforcement<br>OSS 1-5 days<br>Superintendent's Hearing | Contact Law Enforcement<br>OSS 1-5 days<br>Superintendent's Hearing | Contact Law Enforcement<br>OSS 1-5 days<br>Superintendent's Hearing |
| **Other Sexual Offenses (Including Sexual Harassment)** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | OSS 1-5 days<br>Superintendent's Hearing |
| **Tardiness (group of 3)** | Warning and/or administrator or teacher conference with student<br>Detention 1-5 days<br>ISS 1-5 days<br>OSS 1-5 days<br>Superintendent's Hearing | Detention 1-5 days<br>ISS 1-5 days | ISS 1-5 days | ISS 1-5 days | ISS 1-5 days |
| | | | | | |

39

| Theft | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
|---|---|---|---|---|---|
| Truancy | Detention 1-5 days ISS 1-5 days | ISS 1-5 days | ISS 1-5 days | ISS 1-5 days | ISS 1-5 days |
| Unauthorized/ Unsupervised Area | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing |
| Use of Nicotine/ smokeless products | OSS 1-5 days | OSS 1-5 days | OSS 1-5 days | OSS 1-5 days | OSS 1-5 days |
| Vandalism (must repay or repair) | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
| Weapon | ISS 1-5 days OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing | OSS 1-5 days Superintendent's Hearing |
| Unsafe Driving/Parking | Warning and/or administrator conference with student Parking/Driving privileges suspended | Parking/Driving privileges suspended | Parking/Driving Privileges suspended OSS 1-5 days | Parking/Driving Privileges suspended OSS 1-5 days | Parking/Driving Privileges suspended OSS 1-5 days |
| Violation of Technology Acceptable Use Policy | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing | Warning and/or administrator or teacher conference with student Detention 1-5 days ISS 1-5 days OSS 1-5 days Superintendent's Hearing |

**Detention:** Students must be on time and sit quietly for the entire time.  May include **Extended Detention** at the High School.
**In School Suspension (ISS):** Students are assigned to an alternative educational location.  Students will be given credit for all work completed and for attendance
**Out of School Suspension (OSS):** Students are not allowed to attend school or school-related functions, except for district-provided tutoring, when assigned.  Tutoring will be provided.

Revised June  2018

# XVI.   Dissemination and Review

## A. Dissemination of Code of Conduct

The Board will work to ensure the community is aware of the Code of Conduct by:

1.  providing a copy of the Code of Conduct Summary at the beginning of each school year;
2.  providing a copy of the Code of Conduct Summary to all new student registrants of the district;
3.  incorporating the Code of Conduct into the student handbooks of students in grades
    6-12 and reviewing it with all students at a school assembly at the beginning of each school year;

40

4.  reviewing the Code of Conduct with all students in grades K-5 at a school assembly at the beginning of each school year;

5.  providing all current teachers and others staff members with a copy of the Code and a copy of any amendments to the Code as soon as practicable after adoption;

6.  providing all new employees with a copy of the current Code of Conduct when they are first hired; making copies of the Code available for review by community members;

7.  providing a copy of the complete Code of Conduct on the district's website.

The Board of Education will review the Code of Conduct every year and update it as necessary. In conducting the review, the Board will consider how effective the code's provisions have been and whether the Code has been applied fairly and consistently.

The Board may appoint an advisory committee to assist in reviewing the Code and the district's response to Code of Conduct violations. The committee will be made up of representatives of students, teachers, administrators, parent organization representatives, school safety personnel, and other school personnel. Before adopting any revisions to the code, the Board will hold at least one public hearing at which school personnel, parents, students, and any other interested parties may participate. The Code of Conduct and any amendments to it will be filed with the Commissioner no later than 30 days after adoption.

# Appendix 3

# GRAFFITI INCIDENT REPORT

**SCHOOL:**    PBHS    CRISPELL    CVMS    CES    EJR    PAK    PBE
(Circle one)

**DATE:** _____

**TYPE OF GRAFFITI:**    Sexual    Racial    Threat    Anti-Semitic    Other
(Circle one)

**LOCATION & DESCRIPTION OF GRAFFITI (please be specific):**

_____

_____

_____

**REPORTER:**

**WHO FOUND GRAFFITI:** _____

**WHO REPORTED GRAFFITI:** _____

**TO WHOM WAS GRAFFITI REPORTED:** _____

**PHOTOGRAPHED – BY WHOM:** _____

**REMOVED – BY WHOM:** _____

**INVESTIGATION FOR PERPETRATOR:** _____

_____

_____

**SUPERINTENDENT NOTIFIED (date and time):** _____

Anti-Semitic Incidents
School Year: _____

| SCHOOL | DATE OF INCIDENT | DESCRIPTION | OUTCOME |
|--------|------------------|-------------|---------|
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |
|        |                  |             |         |

# Appendix 4

No Place For Hate Action Plan

## Pine Bush Central School District Action Plan
### A Living Document that will be Revised and Updated throughout the 2017-2018 School Year (Updated 10/23/17)

ACTION PLANING GRID: Student Education Committee

Overall Goal: To develop a comprehensive, consistent and coordinated student education plan that will promote diversity and prevent bullying for all students within the seven schools of the Pine Bush Central School District.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All 7 schools will register as "No Place for Hate" on the ADL website | Free | Building Principals | Deadline to register: 10/13/17 | June 2018 | Recognition from ADL and award of banners for each school to display | May 2018 | Beth Martinez Regional ADL Educator |
| All schools will participate in the following district-wide events<br>• No Place for Hate Kick-Off Day and Pledge Signing<br>• Red Ribbon Week/Project Impact<br>• No Name Calling Week | Developed through the PBIS Committees at each building | PBIS, NPFH Committee & School Administrators | Sept 2016<br>10/23-27/17<br>1/16-19/18 | June 2018 | Press release following each event | As events occur | No Place for Hate Committee |
| Each level will have 2 consistent assemblies/programs that specifically address<br>• No Place for Hate: bias and discrimination<br>• Bullying, Harassment and Intimidation<br>• Elementary: send home NPFH brochure for student and parent signature<br>• Plan follow-up event/discussion in classrooms | ADL assemblies and/or facilitators | ADL | One in the fall | One in the spring | Staff evaluation forms will be completed after events | June 2018 | Administrators |
| Selected 4th and 5th grade students will participate in training from the ADL's "Be An Ally" Program.<br>• These students will also have an active role in the assemblies/programs at their schools.<br>• Follow-up sessions with Assistant Principals | ADL facilitators and materials | Elementary AP's, NPFH Committee, PBIS Committee | Nov 2017 | Jan 2018 | ADL Course Completion Certificates | At end of course | ADL Facilitators |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| Students in Grades 5 will participate in a series of lessons in the "Too Good for Drugs and Violence Programs" | "Too Good For ..." Curriculum Guides and Student Activity Pages | Alcohol and Drug Awareness Council (ADAC) Facilitators | Jan 2018 | June 2018 | Course Completion Certificates | June 2018 | NPFH Committee |
| Each elementary student that participates in Be an Ally training this year will apply to be peer leaders the next year | ADL Training | ADL, Building AP's | June 2018 | Jan 2019 | Course completion certificates | June 2019 | NPFH Committee |
| Student Survey regarding bullying, harassment, intimidation via Google surveys for students grades 6-12 | Google Survey | Building AP's | Sept 2016 | May 2017 | 80-90% participation rate | June 2017 | NPFH Committee |
| 4th and 5th graders will visit all classrooms K-5 in their buildings and present a workshop on "How to Be an Ally" | TBD | AP's, NPFH Committee, PBIS Committee | Jan 2018 | June 2018 | Students will develop goals, objectives and evaluation measures with guidance from AP's | June 2018 | Building AP's |
| Continuation of 2 student clubs at each MS that will feed into the Multi-Cultural Diversity Club at PBHS *Clubs will meet 1 time per week throughout the school year | Stipends for CVMS Multi-Cultural Club Crispell Diversity Club advisors | Teachers, MS APs email student names to Moises & Arlene | Sept 2017 | October 23-27 (During Red Ribbon Week) | Clubs will facilitate "Anti-bullying workshops" with their peers in HS classrooms | October 2017 | Club Advisors and NPFH Committee |
| Elementary school psychologists and social workers will develop and Implement social skills lessons that promote getting along with others and accepting differences | Lessons developed during summer of 2017 as summer curriculum | Elementary school psychologists and social workers | Sept 2017 | June 2018 | Lessons will be implemented in mandated counseling groups and multi-age special ed classrooms | Spring 2018 | NPFH Committee |
| HS peer leaders will facilitate several ADL Lessons during PBHS Wellness Day | ADL website | HS AP's | November 20, 2017 | November 2017 | Schedule of events for Wellness Day | Dec 2017 | NPFH Committee |
| MS Social Studies classrooms will implement 1-3 lessons with follow-up discussions | ADL Resource: "Empowering Students, Challenging Bias" | AP's support teachers and facilitate post-visitation discussion | Nov 2017 | June 2018 | Submission of lesson plans | June 2018 | NPFH Committee |
| All elementary classrooms will implement 1-3 lessons plans with follow-up discussions | ADL Resource: "Anti-Bias Building Blocks" | AP's support teachers and facilitate follow-up discussions | Sept 2017 | June 2018 | Submission of lesson plans | June 2018 | NPFH Committee |
| Elementary Librarians will facilitate | ADL website | School Media | Sept 2017 | June 2018 | Evidence of lesson plans | June 2018 | NPFH |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| discussions for ADL's Book of the Month | | Specialists | | | | | Committee |

ACTION PLANNING GRID: Staff/Teacher Education Committee

Overall Goal: To help all adults within the Pine Bush Central School District community recognize bias and the harm it inflicts on individuals and society; explore the value of diversity; improve intergroup relations; and combat racism, anti-Semitism and all forms of prejudice and bigotry.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All staff will participate in common professional development sessions regarding • The adoption of the No Place for Hate Initiative • Addressing bias, discrimination and bullying in our schools | ADL materials and resources | ADL Facilitators and Building Principals | Oct 2017 | June 2017 | Professional development agendas and meeting notes | June 2018 | NPFH Committee |
| All teachers will participate in ADL lessons at building level or district level meetings, i.e., BLT, DLT, Faculty Meetings, Department Meetings, Instructional Council • Set up ground rules • Trade teams | Activities facilitated by District NPFH Committee members | Assistant Superintendent NPFH Team Building NPFH Members | Oct 2017 | June 2018 | Meeting minutes and/or work samples from activities | June 2018 | NPFH Committee |
| The district NPFH Committee will meet 3-4 times during the 2017-2018 school year to coordinate, plan and implement the activities associated with the district's NPFH Action Plan. | Half-day meetings | NPFH Facilitators, Superintendent Assistant Supt for Instruction | Oct 2017 | June 2018 | Meeting agendas and minutes | June 2018 | NPFH Committee |
| ADL will award NPFH banners to all seven participating schools | | Beth Martinez, Regional Ed. Director ADL | | May 2018 | Hang banners in schools | June 2018 | NPFH Committee |

ACTION PLANNING GRID: Community Education Committee

**Overall Goal:** Engage the Pine Bush Central School District community in a collaborative approach to prepare our students to live and work successfully in a diverse society.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| Pine Bush Harvest Festival NPFH Booth • Students provide information • All 7 Buildings create displays of NPFH kick-off activities | Art Boards | Assistant Superintendent & AP's | Sept 2017 | Sept 2017 | District website and/or newsletter | Sept 2017 | NPFH Committee |
| Two Community Outreach activities that support the NPFH initiative created by Peer Leaders at MS and HS levels and district NPFH Committee members during the school year | Collaborative Project | NPFH Committee, Building & District Administrators, Community Members & NPFH Peer Leaders | Oct 2017 | June 2018 | District website and/or newsletter | June 2018 | NPFH Committee |
| Collaborative PBHS event • With ADAC to promote "It's on US"- taking personal responsibility for choices • Students will produce a public service announcement and it will be shown at home basketball game • Student athletes will perform in the PSA • NPFH, support staff& peer leaders plan and implement | Collaborative Project | NPFH Committee Project Impact Committee NPFH Peer Leaders HS Support Staff HS Students Media Club | Jan 2018 | June 2018 | Post on district website | June 2018 | NPFH committee |

# Pine Bush Central School District No Place For Hate Action Plan
## A Living Document that will be Revised and Updated throughout the 2018-2019 School Year (Updated 12/3/18)

**ACTION PLANING GRID: Student Education Committee**

**Overall Goal:** To develop a comprehensive, consistent and coordinated student education plan that will promote diversity and prevent bullying for all students within the seven schools of the Pine Bush Central School District.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All 7 schools will register as "No Place for Hate" on the ADL website | Free | Building Principals | Deadline to register: 10/13/18 | June 2019 | Recognition from ADL and award of banners for each school to display | May 2019 | Beth Martinez, Regional ADL Educator |
| All schools will participate in the following district-wide events<br>• No Place for Hate Kick-Off Day and Pledge Signing<br>• Red Ribbon Week/Project Impact<br>• No Name Calling Week | Developed through the PBIS Committees at each building | PBIS, NPFH Committee & School Administrators | Sept 2018<br>10/22-26/18<br>1/14-1/18/18 | | Press release following each event | As events occur | No Place for Hate Committee |
| Each level will have 2 consistent assemblies/programs that specifically address<br>• No Place for Hate: bias and discrimination<br>• Bullying, Harassment and Intimidation<br>• Elementary: send home NPFH brochure for student and parent signature<br>• Plan follow-up event/discussion in classrooms | Out of district facilitators | Secondary Level:<br>-Dr. Mikie Fowlin<br>-Roger VonBraun<br><br>Elementary Level: | One in the fall | One in the spring | Staff evaluation forms will be completed after events | June 2019 | Administrators |
| Selected 4th and 5th grade students will participate in training from the ADL's "Be An Ally" Program.<br>• These students will also have an active role in the assemblies/programs at their schools.<br>• Follow-up sessions with Assistant Principals | ADL facilitators and materials At all 4 elementary buildings | Elementary AP's, NPFH Committee, PBIS Committee | | | ADL Course Completion Certificates | At end of course | ADL Facilitators |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| Students in Grades 5 will participate in a series of lessons in the "Too Good for Drugs and Violence Programs" | "Too Good For …" Curriculum Guides and Student Activity Pages | Alcohol and Drug Awareness Council (ADAC) Facilitators | Sept 2018 | June 2019 | Course Completion Certificates | June 2019 | NPFH Committee |
| Each elementary student that participates in Be an Ally training this year will apply to be peer leaders the next year | ADL Training | ADL, Building AP's | | | Course completion certificates | | NPFH Committee |
| Student Survey regarding bullying, harassment, intimidation via Google surveys for students grades 6-12 • MS and HS faculties will review results at a Faculty Meeting | District created survey | Building AP's | Sept 2018 | Jan 2019 | 80-90% participation rate | June 2019 | NPFH Committee |
| 4th and 5th graders will visit all classrooms K-5 in their buildings and present a workshop on "How to Be an Ally" | TBD | AP's, NPFH Committee, PBIS Committee | Jan 2019 | June 2019 | Students will develop goals, objectives and evaluation measures with guidance from AP's | June 2019 | Building AP's |
| Continuation of 2 student clubs at each MS that will feed into the Multi-Cultural Diversity Club at PBHS *Clubs will meet 1 time per week throughout the school year | Stipends for CVMS Multi-Cultural Club Crispell Diversity Club advisors | Teachers, MS APs email student names to Moises & Arlene | Sept 2017 | October 23-27 (During Red Ribbon Week) | Clubs will facilitate "Anti-bullying workshops" with their peers in HS classrooms | October 2017 | Club Advisors and NPFH Committee |
| Elementary school psychologists and social workers will develop and implement social skills lessons that promote getting along with others and accepting differences • Pilot "Calming Corridor at Pak | Lessons developed during summer of 2017 as summer curriculum | Elementary school psychologists and social workers | Sept 2018 | June 2019 | Lessons will be implemented in mandated counseling groups and multi-age special ed classrooms | Spring 2019 | NPFH Committee |
| HS peer leaders will facilitate several ADL Lessons during PBHS Wellness Day | ADL website | HS AP's | October 2018 | October 2018 | Schedule of events for Wellness Day | Dec 2018 | NPFH Committee |
| MS Social Studies classrooms will implement 1-3 lessons with follow-up discussions | ADL Resource: "Empowering Students, Challenging Bias" | AP's support teachers and facilitate post-visitation discussion | Nov 2018 | June 2019 | Submission of lesson plans | June 2019 | NPFH Committee |
| All elementary classrooms will | ADL Resource: | AP's support | Sept 2018 | June 2019 | Submission of lesson plans | June 2019 | NPFH |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| implement 1-3 lessons plans with follow-up discussions | "Anti-Bias Building Blocks" | teachers and facilitate follow-up discussions | | | | | Committee |
| Elementary Librarians will facilitate discussions for ADL's Book of the Month or Teaching Tolerance lessons | ADL website | School Media Specialists | Sept 2018 | June 2019 | Evidence of lesson plans | June 2019 | NPFH Committee |
| Addition of two additional clubs at the HS level to support "students making connections and making a difference": • SADD (Students Against Destructive Decisions) • First Aid Club | Donations to support advisors | Assistant Superintendent of Instruction and HS principal | Fall 2018 | June 2019 | Meeting minutes | June 2019 | NPFH Committee |

**ACTION PLANNING GRID: Staff/Teacher Education Committee**

**Overall Goal:** To help all adults within the Pine Bush Central School District community recognize bias and the harm it inflicts on individuals and society; explore the value of diversity; improve intergroup relations; and combat racism, anti-Semitism and all forms of prejudice and bigotry.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All staff will participate in common professional development sessions regarding • The adoption of the No Place for Hate initiative • Addressing bias, discrimination and bullying in our schools | ADL materials and resources | ADL Facilitators and Building Principals | Oct 2018 | June 2019 | Professional development agendas and meeting notes | June 2019 | NPFH Committee |
| The District will develop a partnership with the Tri-County Community Partnership to sponsor programs for students regarding substance abuse and teen suicide | Financial support and outside speakers | Assistant Superintendent, SADD Club and SADD advisors | Jan 2019 | June 2019 | Meeting minutes and/or flyers promoting activities | June 2019 | NPFH Committee |
| The district NPFH Committee will meet 2-3 times during the 2018-2019 school year to coordinate, plan and implement the activities associated | Half-day meetings | NPFH Facilitators, Superintendent, Assistant Supt | Dec 2018 | June 2019 | Meeting agendas and minutes | June 2019 | NPFH Committee |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible for Instruction | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| with the district's NPFH Action Plan. | | | | | | | |
| | Resources Needed | Person/Group Who Will be | | Timeline | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
| ADL will award NPFH banners to all seven participating schools | | Beth Martinez, Regional Ed. Director ADL | | May 2019 | Hang banners in schools | June 2019 | NPFH Committee |
| Code of Conduct Review and Revision | Half-day meeting | T. Mains and D. Geidel | | May 2019 | Revision published and distributed in Sept 2018 | June 2019 | NPFH Committee |

| | | | Begin ning | Completion | | | |
|---|---|---|---|---|---|---|---|
| Feature district No Place for Hate events on the district website, school websites and in the district newsletter | Capital Region Communications staff | Assistant Superintendent & AP's | Sept 2018 | June 2019 | District website and/or newsletter | Sept 2019 | NPFH Committee |
| Two Community Outreach activities that support the NPFH initiative created by Peer Leaders at MS and HS levels and district NPFH Committee members during the school year | Collaborative Projects:<br>• Veteran's Breakfast<br>• Senior Citizen play and dinner | NPFH Committee, Building & District Administrators, Community Members & NPFH Peer Leaders | Oct 2019 | June 2019 | District website and/or newsletter | June 2019 | NPFH Committee |
| Collaborative PBHS event<br>• Promote "It's on US"-taking personal responsibility for choices<br>• Students will produce a public service announcement and it will be shown at home basketball game<br>• Student athletes will perform in the PSA<br>• NPFH, support staff& peer leaders plan and implement | Collaborative Project | NPFH Committee Project Impact Committee NPFH Peer Leaders HS Support Staff HS Students Media Club | Jan 2019 | June 2019 | Post on district website | June 2019 | NPFH committee |

**ACTION PLANNING GRID:** Community Education Committee

**Overall Goal:** To engage the Pine Bush Central School District community in a collaborative approach to prepare our students to live and work successfully in a diverse society.

## Pine Bush Central School District No Place For Hate Action Plan
### A Living Document that will be Revised and Updated throughout the 2017-2018 School Year (Updated 6/11/18)

ACTION PLANING GRID: Student Education Committee

**Overall Goal:** To develop a comprehensive, consistent and coordinated student education plan that will promote diversity and prevent bullying for all students within the seven schools of the Pine Bush Central School District.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All 7 schools will register as "No Place for Hate" on the ADL website | Free | Building Principals | Deadline to register: 10/13/17 | June 2018 | Recognition from ADL and award of banners for each school to display | May 2018 | Beth Martinez Regional ADL Educator |
| All schools will participate in the following district-wide events • No Place for Hate Kick-Off Day and Pledge Signing • Red Ribbon Week/Project Impact • No Name Calling Week | Developed through the PBIS Committees at each building | PBIS, NPFH Committee & School Administrators | Sept 2016  10/23-27/17 1/16-19/18 | | Press release following each event | As events occur | No Place for Hate Committee |
| Each level will have 2 consistent assemblies/programs that specifically address • No Place for Hate: bias and discrimination • Bullying, Harassment and Intimidation • Elementary: send home NPFH brochure for student and parent signature • Plan follow-up event/discussion in classrooms | ADL assemblies and/or facilitators | ADL | One in the fall | One in the spring | Staff evaluation forms will be completed after events | June 2018 | Administrators |
| Selected 4th and 5th grade students will participate in training from the ADL's "Be An Ally" Program. • These students will also have an active role in the assemblies/ programs at their schools. • Follow-up sessions with Assistant Principals | ADL facilitators and materials At all 4 elementary buildings | Elementary AP's, NPFH Committee, PBIS Committee | Nov 3, 2017 | Jan 2018 | ADL Course Completion Certificates | At end of course | ADL Facilitators |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| Students in Grades 5 will participate in a series of lessons in the "Too Good for Drugs and Violence Programs" | "Too Good For …" Curriculum Guides and Student Activity Pages | Alcohol and Drug Awareness Council (ADAC) Facilitators | Jan 2018 | June 2018 | Course Completion Certificates | June 2018 | NPFH Committee |
| Each elementary student that participates in Be an Ally training this year will apply to be peer leaders the next year | ADL Training | ADL, Building AP's | June 2018 | Jan 2019 | Course completion certificates | June 2019 | NPFH Committee |
| Student Survey regarding bullying, harassment, intimidation via Google surveys for students grades 6-12 | US Dept. of Education Survey via Ed Vista | Building AP's | May 2018 | June 2018 | 80-90% participation rate | June 2018 | NPFH Committee |
| 4th and 5th graders will visit all classrooms K-5 in their buildings and present a workshop on "How to Be an Ally" | TBD | AP's, NPFH Committee, PBIS Committee | Jan 2018 | June 2018 | Students will develop goals, objectives and evaluation measures with guidance from AP's | June 2018 | Building AP's |
| Continuation of 2 student clubs at each MS that will feed into the Multi-Cultural Diversity Club at PBHS *Clubs will meet 1 time per week throughout the school year | Stipends for CVMS Multi-Cultural Club Crispell Diversity Club advisors | Teachers, MS APs email student names to Moises & Arlene | Sept 2017 | October 23-27 (During Red Ribbon Week) | Clubs will facilitate "Anti-bullying workshops" with their peers in HS classrooms | October 2017 | Club Advisors and NPFH Committee |
| Elementary school psychologists and social workers will develop and implement social skills lessons that promote getting along with others and accepting differences | Lessons developed during summer of 2017 as summer curriculum | Elementary school psychologists and social workers | Sept 2017 | June 2018 | Lessons will be implemented in mandated counseling groups and multi-age special ed classrooms | Spring 2018 | NPFH Committee |
| HS peer leaders will facilitate several ADL Lessons during PBHS Wellness Day | ADL website | HS AP's | November 20, 2017 | November 2017 | Schedule of events for Wellness Day | Dec 2017 | NPFH Committee |
| MS Social Studies classrooms will implement 1-3 lessons with follow-up discussions | ADL Resource: "Empowering Students, Challenging Bias" | AP's support teachers and facilitate post-visitation discussion | Nov 2017 | June 2018 | Submission of lesson plans | June 2018 | NPFH Committee |
| All elementary classrooms will implement 1-3 lessons plans with follow-up discussions | ADL Resource: "Anti-Bias Building Blocks" | AP's support teachers and facilitate follow-up discussions | Sept 2017 | June 2018 | Submission of lesson plans | June 2018 | NPFH Committee |
| Elementary Librarians will facilitate | ADL website | School Media | Sept 2017 | June 2018 | Evidence of lesson plans | June 2018 | NPFH |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| discussions for ADL's Book of the Month | | Specialists | | | | | Committee |
| Administer Orange County Youth Development Survey | OC BOCES | Building principals | Fall 2017 | June 2018 | Survey Results | June 2018 | NPFH Committee |

**ACTION PLANNING GRID:** Staff/Teacher Education Committee

**Overall Goal:** To help all adults within the Pine Bush Central School District community recognize bias and the harm it inflicts on individuals and society; explore the value of diversity; improve intergroup relations; and combat racism, anti-Semitism and all forms of prejudice and bigotry.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All staff will participate in common professional development sessions regarding<br>• The adoption of the No Place for Hate initiative<br>• Addressing bias, discrimination and bullying in our schools | ADL materials and resources | ADL Facilitators and Building Principals | Oct 2017 | June 2018 | Professional development agendas and meeting notes | June 2018 | NPFH Committee |
| All teachers will participate in ADL lessons at building level or district level meetings, i.e., BLT, DLT, Faculty Meetings, Department Meetings, Instructional Council<br>• Set up ground rules<br>• Trade teams | Activities facilitated by District NPFH Committee members | Assistant Superintendent NPFH Team Building NPFH Members | Oct 2017 | June 2018 | Meeting minutes and/or work samples from activities | June 2018 | NPFH Committee |
| The district NPFH Committee will meet 3-4 times during the 2017-2018 school year to coordinate, plan and implement the activities associated with the district's NPFH Action Plan. | Half-day meetings | NPFH Facilitators, Superintendent Assistant Supt for Instruction | Oct 2017 | June 2018 | Meeting agendas and minutes | June 2018 | NPFH Committee |
| ADL will award NPFH banners to all seven participating schools | | Beth Martinez, Regional Ed. Director ADL | | May 2018 | Hang banners in schools | June 2018 | NPFH Committee |

| Code of Conduct Review and Revision | Half-day meeting | T. Mains and D. Geidel | | May 2018 | Revision published and distributed in Sept 2018 | June 2018 | NPFH Committee |
|---|---|---|---|---|---|---|---|

**ACTION PLANNING GRID**: Community Education Committee

**Overall Goal**: To engage the Pine Bush Central School District community in a collaborative approach to prepare our students to live and work successfully in a diverse society.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| Pine Bush Harvest Festival NPFH Booth <br>• Students provide information <br>• All 7 Buildings create displays of NPFH kick-off activities | Art Boards | Assistant Superintendent & AP's | Sept 2017 | Sept 2017 | District website and/or newsletter | Sept 2017 | NPFH Committee |
| Two Community Outreach activities that support the NPFH initiative created by Peer Leaders at MS and HS levels and district NPFH Committee members during the school year | Collaborative Project | NPFH Committee, Building & District Administrators, Community Members & NPFH Peer Leaders | Oct 2017 | June 2018 | District website and/or newsletter | June 2018 | NPFH Committee |
| Collaborative PBHS event <br>• With ADAC to promote "It's on US" - taking personal responsibility for choices <br>• Students will produce a public service announcement and it will be shown at home basketball game <br>• Student athletes will perform in the PSA <br>• NPFH, support staff& peer leaders plan and implement | Collaborative Project | NPFH Committee Project Impact Committee NPFH Peer Leaders HS Support Staff HS Students Media Club | Jan 2018 | June 2018 | Post on district website | June 2018 | NPFH committee |

**Pine Bush Central School District Action Plan**

**A Living Document that will be Revised and Updated throughout the 2016-2017 School Year (Updated 5/19/16)**

**ACTION PLANING GRID:** Student Education Committee

**Overall Goal:** To develop a comprehensive, consistent and coordinated student education plan that will promote diversity and prevent bullying for all students within the seven schools of the Pine Bush Central School District.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All 7 schools will register as "No Place for Hate" on the ADL website | Free | Building Principals | Deadline to register: 10/14/16 | June 2017 | Recognition from ADL and award of banners for each school to display | May 2017 | ADL Staff |
| All schools will participate in the following district-wide events<br>• No Place for Hate Kick-Off Day and Pledge Signing<br>• Red Ribbon Week/Project Impact<br>• No Name Calling Week<br>• Upstanders Day | Developed through the PBIS Committees at each building | PBIS, NPFH Committee & School Administrators | Sept 2016<br><br>10/24-28/16<br>1/17-20/17<br>5/16/17 | | Press release following each event | As events occur | No Place for Hate Committee |
| Each level will have 2 consistent assemblies/programs that specifically address<br>• No Place for Hate: bias and discrimination<br>• Bullying, Harassment and Intimidation<br>• Elementary: send home NPFH brochure for student and parent signature<br>• Plan follow-up event/discussion in classrooms | ADL assemblies and/or facilitators | ADL | One in the fall | One in the spring | Staff evaluation forms will be completed after events | June 2017 | Administrators |
| Selected students at both MS's and HS will participate in training from the ADL's Peer Leadership Program.<br>• These students will also have an active role in the assemblies/ programs at their schools.<br>• Follow-up with last year's student peer leaders<br>• HS – 3 days, MS – 2 days, new group | ADL facilitators and materials<br><br>MS – 12/7+2/8<br>HS – 1/18, 1/19<br>+ 1/31/2017 | HS/MS AP's, NPFH Committee, PBIS Committee | Dec 2016 | Jan 2017 | ADL Course Completion Certificates | At end of course | ADL Facilitators |

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline Beginning | Timeline Completion | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| Students in Grades 5 and 7 will participate in a series of lessons in the "Too Good for Drugs and Violence Programs" | "Too Good For …" Curriculum Guides and Student Activity Pages | Town of Crawford PD/ Catholic Charities | Sept 2016 | June 2017 | Course Completion Certificates | June 2017 | NPFH Committee |
| Each elementary and MS student that participated in NPFH training last year will apply to be peer leaders at the next level | ADL Training | ADL, Building AP's | Dec 2016 | Jan 2017 | Course completion certificates | June 2017 | NPFH Committee |
| Student Survey regarding bullying, harassment, intimidation via Google surveys for students grades 6-12 | Google Survey 3/27/17 | Building AP's | Sept 2016 | May 2017 | 80-90% participation rate | June 2017 | NPFH Committee |
| MS Peer Leaders will develop one building-wide service project at their building that addresses bullying, harassment, discrimination, and bias that promote attitudinal change. | TBD | AP's, NPFH Committee, PBIS Committee | Jan 2016 | June 2017 | Peer Leaders will develop goals, objectives and evaluation measures | June 2017 | Building AP's |
| Continuation of 2 student clubs at each MS that will feed into the Multi-Cultural Diversity Club at PBHS *Clubs will meet 1 time per week throughout the school year | Stipends for CVMS Multi-Cultural Club Crispell Diversity Club advisors | Teachers, MS APs email student names to Moises & Arlene | Sept 2016 | June 2017 | Culminating project of event | June 2017 | Building Administrators |
| Students in Grades 8, 10, and 12 will participate in the Youth Risk Survey | Survey developed by the Center for Research, Regional Education and Outreach (CRREO) | OUBOCES | Nov 2016 - Feb 2017 | Longitudinal data will be collected over the next 6 yrs. | BOCES will work with CRREO on data collection and analysis | Spring 2017 | NPFH Committee |
| HS/MS peer leaders will visit level below them and facilitate a NPFH presentation | PowerPoint developed by peer leaders | Building AP's | Fall 2016 | Fall 2016 | Confirmation of visitation dates and times | Dec 2016 | NPFH Committee |
| Grade 7 Trip to Museum of Tolerance with follow-up discussion | Buses | AP's plan trip, teachers facilitate post-visitation discussion | Sept 2016 | Oct 2016 | Confirmation of visitations | Dec 2016 | NPFH Committee |
| All classrooms will implement 1-3 lesson plans from ADL website | ADL website | Teachers | Sept 2016 | June 2017 | Evidence of lesson plans | June 2017 | NPFH Committee |
| Librarians will facilitate discussions for ADL's Book of the Month | ADL website | School Media Specialists | Sept 2016 | June 2017 | Evidence of lesson plans | June 2017 | NPFH Committee |

ACTION PLANNING GRID: Staff/Teacher Education Committee

**Overall Goal:** To help all adults within the Pine Bush Central School District community recognize bias and the harm it inflicts on individuals and society; explore the value of diversity; improve intergroup relations; and combat racism, anti-Semitism and all forms of prejudice and bigotry.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| All staff will participate in common professional development sessions regarding<br>● The adoption of the No Place for Hate initiative<br>● Addressing bias, discrimination and bullying in our schools | ADL materials and resources | ADL Facilitators and Building Principals | Oct 2015 | June 2016 | Professional development agendas and meeting notes | June 2016 | NPFH Committee |
| All teachers will participate in self-reflection exercises that follow-up on the district-wide professional sessions at building level or district level meetings, i.e. BLT, DLT, Faculty Meetings, Department Meetings, Instructional Council<br>● Set up ground rules<br>● Trade teams | Activities provided by ADL | Assistant Superintendent NPFH Team Building NPFH Members | Oct 2016 | June 2017 | Meeting minutes and/or work samples from activities | June 2017 | NPFH Committee |
| The district NPFH Committee will meet 3-4 times during the 2014-2015 school year to coordinate, plan and implement the activities associated with the district's NPFH Action Plan. | Half-day meetings ADL Facilitators @ 9/29/16 Meeting | NPFH Facilitators, Superintendent Assistant Supt for Instruction | Sept 2016 | June 2017 | Meeting agendas and minutes | June 2017 | NPFH Committee |
| ADL will award NPFH banners to all seven participating schools | | Jason Sirous, Ass't Director ADL | | May 2017 | Hang banners in schools | June 2017 | NPFH Committee |

BOE NPFH Presentation

8/16/2016

★ SCB Also Project Impact Action Plan  Sept 2016- June 2017

Ruschel's Challenge Presentations   12/5/16 -CVMS
ADL Faculty Meeting Presentations   12/6/16 - Crispell MS
  11/9/17 - Facilitated by ADL @   12/7/16 - PBHS +
  ★ 12/15/16 -All 7 buildings        Parents in Evening

**ACTION PLANNING GRID**: Community Education Committee

**Overall Goal**: To engage the Pine Bush Central School District community in a collaborative approach to prepare our students to live and work successfully in a diverse society.

| Specific Steps to Accomplish the Goal | Resources Needed | Person/Group Who Will be Responsible | Timeline | | Evidence of Success or Completion | Date to be Evaluated | Evaluated by Whom? |
|---|---|---|---|---|---|---|---|
| | | | Beginning | Completion | | | |
| Pine Bush Harvest Festival NPFH Booth • Students provide information • Polka dot activity | Art Boards | Donna Geidel, AP's | Sept 2016 | Oct 2016 | Media coverage | June 2017 | NPFH Committee |
| Production of Community Outreach, You Tube, or Lip Dub that supports the NPFH initiative created by Peer Leaders at MS and HS levels | Collaborative Project | NPFH Committee, Building & District Administrators, Community Members & NPFH Peer Leaders PR Company | Oct 2016 | June 2017 | Publicity for production | June 2017 | NPFH Committee |
| Collaborative district-wide event • With local organizations – LBGT, OC Mental Health, ADAC • NPFH & peer leaders with plan and implement | Collaborative Project | NPFH Committee Project Impact Committee NPFH Peer Leaders | Jan 2017 | June 2017 | Publicity for production | June 2017 | NPFH committee |

Parent Education:
Listen Up Safety Services
Presenter: Frank Kolavik

10/10/2016

# Appendix 5



# ECHOES & REFLECTIONS
TEACHING THE HOLOCAUST. INSPIRING THE CLASSROOM.

## TEACHING THE HOLOCAUST
# EMPOWERING STUDENTS

## WHY ATTEND THIS PROGRAM?

This learning opportunity will prepare you to initiate the important discussions and respond to the toughest questions your students have about the Holocaust. The why. The how.



## WHAT IS ECHOES & REFLECTIONS?

Echoes & Reflections is the premier source for Holocaust educational materials and dynamic content, empowering teachers and students with the insight needed to question the past and foresight to impact the future. We offer a variety of ways to examine critical themes of the Holocaust, including lesson plans, online videos, printable documents, and survivor testimonials that can be used individually or as a larger course of study.

## PROGRAM GOALS

Through this program, educators will:

**1** Explore a sound pedagogy for the planning and implementation of Holocaust education in the classroom;

**2** Examine instructional enhancements to support student learning and understanding;

**3** Discover and utilize classroom-ready digital assets including lesson plans, visual history testimonies, and additional primary source materials;

**4** Enhance personal knowledge about the Holocaust, including the history of antisemitism, and

**5** Build confidence and capacity to teach this complex subject.

*" The ultimate job of a teacher is to make connections to your students with the curriculum. You want them to walk away with a personal sense of responsibility. Echoes & Reflections helps me do that."*

— *Social Studies Teacher*

## UPCOMING PROGRAM

**TUESDAY, NOVEMBER 6, 2018 | 8 AM - 1 PM**
**PINE BUSH HIGH SCHOOL | 156 RT 3 | PINE BUSH, NY 12566**

Register at: **https://goo.gl/forms/l2wgs5ldI6HrAhiS2**
For more info contact: Neil Lisberg, neil.lisberg@pinebushschools.org

Sponsored by: **PINE BUSH HIGH SCHOOL**

To learn more, visit our website at echoesandreflections.org.

*A joint program of the Anti-Defamation League, USC Shoah Foundation, and Yad Vashem*

 **USC** Shoah Foundation
The Institute for Visual History and Education 



# ECHOES & REFLECTIONS

## TEACHING THE HOLOCAUST. INSPIRING THE CLASSROOM.

### TEACHER TRAINING WORKSHOP
NOVEMBER 6, 2018
8:00 AM – 1:00 PM
PINE BUSH HIGH SCHOOL
156 ROUTE 302
PINE BUSH,
NY 12566

**PROGRAM GOALS**
- To familiarize participants with the content of Echoes & Reflections
- To provide the appropriate historical context of the Holocaust

**PROGRAM AGENDA**
*Facilitator: Sheryl Ochayon, International School for Holocaust Studies, Yad Vashem*

**8:00 - 8:15 am  INTRODUCTIONS**
*By Host: Neil Lisberg*

**8:15 - 9:15 am PEDAGOGY OF TEACHING THE HOLOCAUST**
What is the Holocaust? How do we define it? What are the important elements that must be included in our lessons? This session will present pedagogical suggestions on how to approach the teaching of the Holocaust in the classroom using the Echoes and Reflections resource guide and Common Core State Standards.

**9:15 - 9:30 am BREAK**

**9:30 - 10:45 am ANTISEMITISM (Including Kristallnacht)**
Antisemitism did not begin when Adolf Hitler came to power in January 1933. Antisemitism had long been entrenched in Germany and other European countries, and Jews for many centuries had been victims of widespread hatred and suspicion. In this lesson we will discuss the roots of antisemitism and its different forms, in order to better understand the historical context of the rise of racial antisemitic ideology in Nazi Germany.

**10:45 - 10:55 am BREAK**









# ECHOES & REFLECTIONS

TEACHING THE HOLOCAUST. INSPIRING THE CLASSROOM.

**10:55 - 12:00 pm THE GHETTOS**

This session will focus on the period of ghettoization focusing on the particular circumstances of the Lodz ghetto. The lesson includes a look at the history of the period in question as well as the personal eyewitness testimony and reflection of a young man as preserved in his diary. This presentation will focus on how Jews grappled with dilemmas in the ghettos and attempted to maintain their traditions despite the insurmountable circumstances.

**12:00 – 12:10 pm BREAK**

**12:10 – 1:00 pm LIBERATION**

Liberation was not the "happy ending" that we tend to think it was. There were complex emotional ramifications for the Jewish survivors as well as for the Allied soldiers who liberated the camps following the Nazis' defeat. We will discuss liberation and the survivors' "return to life," including the physical, emotional and psychological obstacles they still had to overcome. We will also discuss the liberators' reactions, and the displaced persons camps established after the war.

**QUESTIONS AND EVALUATION**





# Appendix 6

PINE BUSH CENTRAL SCHOOL DISTRICT
## Professional Development Plan
*Revised Goals 2018-2019*

**Goal #1: Raise student achievement in accordance with New York State Next Generation Learning Standards in all areas.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | EVIDENCE | RESOURCES/STAFF INVOLVED | TARGET DATE |
|---|---|---|---|---|
| • The PBCSD will analyze student data in grades K-12 in order to determine if students are meeting grade level expectations of the NYS Next Generation Learning Standards in ELA and Math | • Share a complete data analysis of all state assessments at building Faculty Meetings | • Principals/AP's will develop a powerpoint presentation regarding building results | • Data from NYSED, Regional Information Center, and BARS report | September 2018 |
| | • Thoroughly analyze student performance results administration of the STAR Early Literacy, Reading and Math assessments in grades K-8 by teacher and building at least 4X per year | • STAR Early Literacy, Reading and Math results reports | • Renaissance Data Dashboard, Building Administrators | November-Superintendent's Conference Day |
| | • Review School Report Card from 2017-2018 at BOE Meeting and Instructional Council with Department Chairs and Principals | • Regents results • Meeting Minutes | • NYSED School Report Card | December 2018 |
| | • AIS Teachers and school counselors will identify students in grades 1-9 that need AIS support based on STAR and NYS assessment results as per the District AIS Framework posted on District Website | • AIS Teacher schedules | • Building administrators, School Counselors | September 2018 |
| | • Develop plan of action for each student at RTI (Response to Intervention) Meetings that are held at each building on a monthly basis. | • Monthly RTI meeting minutes by building | • Principals and input from classroom teachers, Special Ed Team Leaders, School Psychologists, Social Workers and School Counselors | Monthly Sept-June |

2

| | | | PD Agendas |
|---|---|---|---|
| The PBCSD will facilitate Professional Learning Communities in order to build consistency across the district and improve instructional strategies | • Implementation of Fountas and Pinnell Guided Reading, Shared Reading and Interactive Read Aloud materials in grades PK-2 | • 2 sets per grade level per building will be available at each elementary building | • Heinemann Publishers: Dale Severyn will facilitate 6 full day sessions matching appropriate grade levels to the F&P levels they service |
| | • K-2 Grade Level Chairpersons will revise/enhance thematic units based on Fountas and Pinnell Shared Reading or Interactive Read Aloud components | • Implementation during the 2018-2019 school year | • ASI, Literacy Consultant/ 3 full days of PD per grade level during the school year  —  September 2018-May 2019 |
| | • Create common mid-terms and finals at the Middle School level that are aligned to the Standards across the district in English, SS, Science, Math and Foreign Language | • Mid-terms administrated in January 2019 and Finals in June 2019 | • ASI and Department Chairs will facilitate 2 half day PD sessions and work will be completed at Department Meetings  —  January and June 2019 |
| | • Continue review and revision of 3 common writing tasks per grade level K-8 (one per trimester/quarter) | • Student Writing Portfolios | • ASI, English Department Chair and Literacy Consultant will work with teachers to complete at Grade Level and Department Meetings  —  Ongoing throughout the school year |
| | • Development of Enduring Issues essays for Social Studies grades 6-8 that incorporates the NYS Next Gen SS Standards | • Grades 6-8 SS essays and documents will be shared via google docs | • Dept Chair will continue the work at monthly meetings  —  Fall 2018 |
| | • Implementation of Learning Targets in all classrooms in grades 6-12 | • Evidence of Learning Targets in classrooms and in APPR lesson plans | • EL Learning will supervise Learning Walks with teacher leaders and admin (2X per building)  —  Fall 2018 |
| | • Implementation of Checking for Understanding Strategies in all classrooms in grades PK-5 | • Evidence in assessments and APPR lesson plans | • EL Learning will supervise Learning Walks with teacher leaders and admin (2X in fall and 2X in spring)  —  October 2018-June 2019 |

**Goal #1: Raise student achievement in accordance with New York State Learning Standards in all areas (continued).**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | EVIDENCE | RESOURCES/STAFF | TARGET DATE |
|---|---|---|---|---|
| The district will hire full-time release instructional coaches to support colleagues in the classroom and provide professional development in order to improve instruction and student achievement | ▪ 2 Elementary STEAM Coaches will provide professional development 2X per year for both Math and Science per grade level to align instruction to the NYS Next Generation Learning Standards | ▪ Professional Development Calendar, google calendar appointments, PD session agenda and meeting minutes | ▪ Elementary STEAM Coaches: Michelle Pollack and Marianne Bott | |
| | ▪ 2 Elementary Literacy Coaches will assist with the implementation process of Fountas and Pinnell materials and resources. They will provide PD and schedule coaching sessions with individual teachers and grade levels at all 4 buildings | | ▪ Elementary Literacy Coaches: Trupti Sprowls and Lisa Quick | Ongoing throughout the 2018-2019 school year |
| | ▪ 1 Secondary STEAM Coach will provide coaching, mentoring, modeling and professional development to MS and HS Science, Technology, Engineering, Art and Math teachers | | ▪ Secondary STEAM Coach: Kenneth Marshall | |
| | ▪ 2 Technology Integration Specialists will provide mentoring, coaching, and professional development to teachers (1 elementary and 1 secondary) | | ▪ Technology Integration Specialists: Elementary-Darcy Koscis Secondary-Casey Grey | |

3

| | | | | |
|---|---|---|---|---|
| The PBCSD will implement common schedules of Faculty Meetings and Department Meetings in order to review and/or introduce common professional development topics including the topics listed in the next column. | <ul><li>Developing of summative and formative assessments</li><li>Collecting evidence of student performance on summative assessments</li><li>Encouraging students to be involved in the development of Learning Targets</li><li>Teaching strategies to guide and instruct a Standards-based curriculum</li><li>Collaborative planning</li><li>Differentiated instruction</li><li>Integrating writing across the content areas</li><li>Using Professional Periods at the HS and Team Planning periods at the MS to offer struggling students extra support</li><li>Strategies for conducting productive Parent/Teacher Conferences as a collaborative process to improve student performance</li></ul> | <ul><li>Student work with revisions</li><li>Student-generated rubrics</li><li>Videos/photos/portfolios/ work samples</li><li>Self-reflections/ evaluations/observations</li><li>Samples of formative and summative assessments</li><li>Scored papers using rubrics</li><li>Fountas & Pinnell Benchmarks assessment reports</li><li>STAR results reports</li><li>Observational surveys/checklists</li><li>Performance assessments</li><li>APPR observations</li><li>Grade books</li><li>Lesson plans</li><li>Graduation rates</li><li>Dropout rates</li><li>PD1-4 report (Students with Disabilities)</li><li>Team meeting minutes</li></ul> | <ul><li>Building and District Level Administrators</li><li>Department Chairs</li><li>Grade Level Chairs</li><li>Special Ed Team Leaders</li><li>MS Team Leaders</li><li>School Psychologists</li><li>School Social Workers</li></ul> | <ul><li>Ongoing throughout the 2018-2019 school year</li></ul> |
| The PBCSD will offer a series of professional development sessions to administrators aligned with district initiatives that support their instructional leadership. | <ul><li>Sue Presler will provide PD regarding the Danielson "Clusters" in order to build consistency among administrators and introduce new skills for having professional conversations during pre- and post-observation conferences</li><li>Sue Presler will conduct follow-up "coaching" sessions with pairs of administrators in their buildings</li><li>All administrators will conduct Independent Evaluations of teachers outside of their buildings</li></ul> | <ul><li>All information will be contained in the google doc folder entitled, "PB Leadership Collaborative"</li><li>Evidence will be collected and discussed and annotated in teacher observations</li><li>Independent Evaluations will be signed and retained</li></ul> | <ul><li>Sue Presler</li></ul><br><ul><li>Sue Presler</li></ul><br><ul><li>All PBCSD administrators</li></ul> | <ul><li>August 2018 and January 2019</li></ul><br><ul><li>Coaching sessions throughout the school year</li></ul><br><ul><li>Throughout the school year</li></ul> |

5

## Goal #2: Create and maintain learning environments where students can achieve success.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Excelsior Learning academies will be continued at Pine Bush High School (9-12) to provide students with integrated instruction in the following fields:<br>• Human Services Academy<br>• Law Academy<br>• Medical Academy<br>• Business Communications Academy<br>• Engineering Academy<br>• Academy of Finance<br>• Pathways for academic success will offer classes in grade 10 and 11 and culminate at the Excelsior level at grade 12 | Each Excelsior Learning Academy Team of teachers will meet monthly with the HS Principal to develop plans and evaluate progress on the following topics:<br>• Creating smaller learning communities where teachers and students focus on common interests, creating relationships that foster mutual respect and academic excellence for college and the workplace<br>• Revising curriculum based on input from various stakeholders<br>• Planning and scheduling Field Experiences and community speakers from the organizations included in the Resources section<br>• Professional Boards will be created to oversee and facilitate portions of the individual academy programs<br>• An Academy Expo will be held yearly at a BOE meeting to exhibit the excellence and accomplishments of this program, attracting future students to interest areas<br>• The academy teachers will develop a Student Survey to evaluate the programs at the end of grade 12<br>• Plan for the Excelsior Academies being offered will be revised and evaluated on a yearly basis, with the possibility of additional academies<br>• Student enrollment for each Academy will be evaluated on an annual basis<br>• Excelsior teachers will develop Talking Points for Guidance counselors and department chairs to present to grade 11 students that promote course the Excelsior Academies at the HS | ▪ Teacher feedback<br>▪ Student feedback<br>▪ Student pre-post-assessments<br>▪ Student work<br>▪ Evaluations<br>▪ Self reflections<br>▪ Teacher Standards rubric<br>▪ Curriculum units<br>▪ Attendance<br>▪ Student enrollment<br>▪ Internships<br>▪ Evaluation of each academy<br>▪ Student achievement comparison data prior to and during academy years<br>▪ College surveys | ▪ SREB/HSTW<br>▪ District/High School Administrators<br>▪ Board of Professionals for each Academy<br>▪ OU, Sullivan, Ulster and PNW BOCES<br>▪ SUNY New Paltz, SUNY Orange, SUNY Sullivan<br>▪ Dominican College<br>▪ Mount St. Mary College<br>▪ Partnerships with other high schools<br>▪ Community/business partnerships<br>▪ Town of Crawford Police<br>▪ Town of Wallkill Police<br>▪ Orange County District Attorney's Office<br>▪ ADAC<br>▪ Orange County Dept. of Mental Health<br>▪ Orange County Dept. of Social Services<br>▪ BOE Members<br>▪ Internships<br>▪ US Army<br>▪ Pratt-Whitney<br>▪ Academy Expo<br>▪ Guidance Counselors<br>▪ Trained staff<br>▪ Peer visitations<br>▪ Support Seminars<br>▪ Career shadows | Meetings will occur throughout the 2018-2019 school year and the following Program Evaluations will take place in June 2019:<br>▪ Conduct Student Meetings to assess the strengths and weaknesses of the programs<br>▪ Excelsior Board will meet to assess the programs and plan for 2019-2020 |

**Goal #2:  Create and maintain learning environments where students can achieve success (continued).**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| • Develop smaller learning communities within our schools that maintain a demanding yet supportive environment with several vehicles for community outreach. | • Develop integrated, cohesive, standards-based curriculum units with rigorous content and clear goals, modeling best practices facilitated by Literacy Consultant, Department Chairs and ASI | • Student performance on common mid-terms and finals in the 4 core subjects and Spanish | • Building/District Administrators <br> • Dept. chairs/meetings <br> • Literacy Consultant | On-going |
| | • Grade 6 Math, Special Ed and AIS teachers will attend 3 half day Professional Development sessions per year facilitated by District Math Coaches to revise common curriculum maps for CC Math Instruction and integrate math manipulatives into daily math instruction | • Revised Curriculum Maps that address pre/post NYS Assessments CC Math Modules <br><br> • Evidence of using new instructional strategies in teacher observations in math classes | • Math Coaches and ASI | On-going |
| | • Development of 2 MS Summer Academies to provide students with extra opportunities for challenging learning activities that are engaging and relevant to the school district, community and nation. The culminating project for each will involve a community service project that will continue through the next school year. | • Teacher-developed curriculum guides for each program that will be created during half day release time and curriculum development hours after school | • Engineering Adventures units <br> • Local businesses <br> • County agencies <br> • Speakers <br> • Field Experiences | Implementation of MS Academies in July 2018 <br><br> August 2017 |
| | • Select teachers will implement the Sounds in Motion program in PK, K and 1st grade classrooms.  Teachers will attend 1 full day of PD during the summer and  PB teachers will supervise Support Seminars throughout the school year | • Teacher observations, Walk Throughs, Parent Presentation in the Spring | • Sounds in Motion facilitator, Frances Santore <br> • Teacher's Guide <br> • PBCSD made support resources <br> • Alpha Tales books and tech support (Scholastic) | Monthly Support Seminars |

| | | | | |
|---|---|---|---|---|
| • Implementation of a No Place for Hate committee/ program in each school. | • Development of District NPFH Annual Plan<br>• PD for teachers at faculty meetings and SRP's on half day Parent/Teacher conference days<br>• Plan assembly programs for students and staff in all buildings in NPFH, character education, gangs, bullying, and respect<br>• Implement PBIS Team at each building that supports NPFH initiative and develop three building-wide activities that are approved by the Anti-Defamation League-monthly meetings<br>• Implement NPFH "Be An Ally" program at the elementary levels<br>• Implementation Elementary Level from the "Anti-Bias Building Blocks" curriculum and from the "Empowering Students, Challenging Bias" curriculum at the MS level (both are ADL Resources | • Discipline reports<br>• Behavior referrals<br>• ISS rates<br>• OSS rates<br>• Student community service<br>• NPFH Action Plan | • ADL consultants<br>• District NPFH Committee Members<br>• Orange County Human Rights Commission<br>• Rockland County Holocaust Center<br>• Building/District Administrators<br>• Center for Dispute Resolution<br>• ADL's Curriculum Guides for "Anti-Bias Building Blocks" and "Empowering Students, Challenging Bias" | On-going throughout the school year |
| • The district will develop partnerships with community agencies in order to improve student awareness of social issues and access to community resources | • The Orange County Alcohol and Drug Abuse Council will work with a district-wide committee entitled "Project Impact", to provide programming for students and staff regarding substance abuse<br>• The Tri-County Community Partnership will also assist with these efforts | • Project IMPACT Action Plan<br><br>• Meeting minutes | • ADAC/ ASI will co-chair district-wide committee with representation from all buildings<br>• The ASI and a teacher will represent the district at monthly Partnership Meetings, Annette Kahns, Partnership Director | Ongoing throughout the school year<br><br>Monthly meetings |
| | • The Orange County Department of Mental Health will establish 2 clinics within the district to provide outside counseling and assessment services to students. Those Social Worker will also provide PD at Faculty Meetings | • Contracts and Site Approvals with the OC Dept of Mental Health | • ASI and OCDOMH staff: Angela Turk, Director of Children's Services, Pamela Lesmana, LSW and Karen Kolb MSW | Ongoing throughout the school year |

**Goal #3:** Establish professional learning communities to ensure that all classroom environments include instructional best practices to maximize student learning potential.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Learning communities will be established where teachers collaborate with colleagues to improve student achievement, while advancing knowledge and practice in their field | ▪ Provide 2 half day PD sessions per year for teachers of grades 6-8 to develop 2 "Enduring Issues" essays per grade level that are aligned with the new curriculum map (MS teachers from both MS will meet as grade levels to complete this work) | ▪ APPR evidence<br>▪ Curriculum units<br>▪ Support Seminar Minutes/Evaluations<br>▪ Lesson plans<br>▪ Revised curriculum maps will shared via google docs as they are developed | ▪ District and building administrators<br>▪ Instructional Council<br>▪ Building/District Administrators<br>▪ Department Chairs/Meetings<br>▪ OU/Sullivan/ NW Putnam/ Sullivan and BOCES workshops | On-going |
| | ▪ Teachers/assistants will attend professional development opportunities which will improve instructional practices | ▪ My Learning Plan attendance rosters<br>▪ Superintendent Conference and Half Day Agendas | ▪ Workshop attendance at OU, Sullivan and PNW BOCES<br>▪ Attendance Rosters for district provided PD | Ongoing |
| | ▪ All instructional staff will be trained in the Nurtured Heart Approach-a whole child, positive approach to teaching, learning and setting limits and expectations for children | ▪ My Learning Plan attendance rosters<br>▪ Special Ed Dept Meeting attendance rosters<br>▪ Faculty Meeting Agendas | ▪ Assistant Director of Special Programs (certified trainer) | Ongoing |
| | ▪ Handle With Care training-2 full days of training for participants, 3 full days to become certified trainers.  Appropriate for Special Education teachers, School Psychologists, Social Workers and building administrators | ▪ Handle With Care completion certificates in personnel files | ▪ Certified Handle With Care facilitators (Walt Piszchala) | September 2018 |
| | ▪ Leverage the expertise of ENL and TESOL teachers and increase their professional capacities to include peer visitation and mentoring | ▪ Peer visitations<br>▪ Mentoring meeting notes<br>▪ ENL Department Meeting notes | ▪ Summer curriculum writing<br>▪ Summer staff development<br>▪ Supt.'s Conference Days | Ongoing |

9

| | | | | Throughout the school year |
|---|---|---|---|---|
| | ▪ The School Counseling Department will implement Naviance in order to help all students develop and enhance their academic, social, career and personal strengths in order to become responsible and productive citizens and plan for success after HS | ▪ School Counselors will attend two full days PD sessions in the summer and 3 additional half day PD sessions during the school year.<br>▪ The School Counseling Plan will be submitted to NYSED and posted on the website. | ▪ Naviance facilitator | Ongoing |
| ▪ Require that 15% of professional development hours for all teachers and administrators and 50% of professional development for all ESL teachers be specific to the needs of ENL's, specifically language acquisition and cultural competency | ▪ Increase the offerings of professional development that promote integrated language and content instruction to support language development through language-focused scaffolds<br>▪ Provide opportunities for ENL teachers to collaborate purposely and consistently with content-area teachers to promote academic achievement<br>▪ Increase access to ENL PD offerings at OU/Sullivan and PNW BOCES for all teaching staff | ▪ Lesson Plans<br>▪ Parent feedback<br>▪ GLL Meeting agendas<br>▪ Instructional Council Meeting Agendas and minutes<br>▪ My Learning Plan attendance rosters | ▪ Local colleges/universities: SUNY Orange, SUNY New Paltz, SUNY Albany, SUNY Sullivan, Mount St. Mary's College, Dominican College, Nyack College<br>▪ 30 Hour staff development time<br>▪ Peer observations<br>▪ Teacher or Parent surveys<br>▪ Grade level curriculum planning meetings<br>▪ HRBAC | |

**Goal #4: Integrate technology to enhance learning, improve student achievement, and maximize student proficiency in utilizing up-to-date technology, as well as improving communication between parents and teachers.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Technology will be integrated and utilized as a means of accessing, analyzing, interpreting, synthesizing, applying, and communicating information to enhance teaching and learning | ▪ Upgrade technology in schools and departments, according to five year plan. Technology should include latest computers, Lady Bug projectors, LCD monitors, and SmartBoards. Upgrades should also include overall infrastructure of intranet<br><br>▪ A technology survey will be distributed to staff to determine technological training needs | ▪ Technology Surveys<br>▪ Curriculum<br>▪ APPR<br>▪ Evaluations<br>▪ Assistive Technology referrals<br>▪ Use of School Tool<br>▪ Number of teacher, team, and department websites implemented/school websites<br>▪ Refer to technology plan<br>▪ Use on-line data programs for students<br>▪ Student management data programs<br>▪ Digital portfolios<br>▪ Technology related rubrics for staff members and students | ▪ District Technology Coordinator<br>▪ Technology Integration Specialists<br>▪ Technology Integration teachers<br>▪ OU, Sullivan, Ulster and PNW BOCES<br>▪ Technology Learning Center and Media Library<br>▪ Professional Reference Library<br>▪ NYS Education Department Web Portal<br>▪ Expert consultants<br>▪ MicroNews- Ulster BOCES<br>▪ Internet<br>▪ Assistive Technology Coordinator<br>▪ Visitations<br>▪ Conferences<br>▪ E-Mail<br>▪ District website<br>▪ School websites<br>▪ 30 Hour staff development time<br>▪ Support Seminars<br>▪ Technology presentations at PTA meetings<br>▪ Technology Task Force<br>▪ Summer Google Camp<br>▪ School Tool Gradebook | On-going |
| ▪ SMART Schools Bond funds will be used to upgrade security, technology equipment, bandwith and infrastructure | ▪ DLT and BOE will provide input, review and approval of the expenditure of SMART Schools funds | | | |
| | ▪ Curriculum will be written to include technology in all subject areas. Some examples could be streaming video and PowerPoint | | | |
| ▪ Technology will be utilized by teachers in order to support instruction and manage administrative duties | ▪ Ongoing curriculum-based staff training in the area of technology will be offered to ease and excite staff into its use and possibilities, enhancing learning<br><br>▪ Staff training with the Acceptable Use Policies at the various grade levels will be offered, as will copyright issues, and other Internet concerns | | | |
| ▪ Assistive technology will be implemented for students with special needs in order to support their learning | ▪ Integrate technology in all staff training<br><br>▪ Develop a program to provide opportunities for teachers to obtain additional technology for innovative uses and to pilot new technology (e.g. local grant for teachers to apply and get new technology) | | | |
| ▪ School Tool grade book will be used by teachers in grades 6-12 and access will be available through Student and Parent Portals | ▪ Use research based software and online resources<br><br>▪ Provide training for staff to support 21st Century learning environments as aligned to 1STE/NETS standards | | | |

- Math Coaches
- Technology Integration Teachers-Elementary and Secondary
- Google Classroom resources

- My Learning Plan will be used to register attendance at Faculty Meeting, Inservice training and PD in and outside of the district for SRP's and teachers

**Goal #5:** Continue a mentor program to support new teachers and provide them with learning opportunities on instructional best practices focused on maximizing student achievement.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ New teachers will be provided with an aligned mentor and will collaborate on a regular basis in order to support and enhance classroom instruction and management | ▪ Mentors are chosen for expertise in related discipline and knowledge in best practices<br>▪ On-going monthly trainings will be provided for teacher mentors in the study of the theory of adult learning, the theory of teacher development, the elements of a mentoring relationship, peer coaching techniques, and time management methodology<br>▪ Documentation of mentoring to be completed and turned in by mentor to ASI | ▪ Interviews with new staff<br>▪ APPR<br>▪ Surveys<br>▪ Workshop feedback forms<br>▪ Meeting agendas and attendance rosters<br>▪ Logs of meetings with Secondary mentors which are Department Chairs (weekly meetings) | ▪ Administrative Council<br>▪ Instructional Council<br>▪ Teacher mentors<br>▪ Department Chairs/Meetings<br>▪ Expert consultants<br>▪ OU, Sullivan, PNW and Ulster BOCES<br>▪ Professional Reference Library @ OU BOCES<br>▪ Summer staff development<br>▪ Supt. Conference Day<br>▪ 30 Hour staff development time<br>▪ Peer sharing<br>▪ PBTA/NYSUT | On-going |
| ▪ New teachers will be supported with training in the areas that support instruction and classroom management<br>▪ New teachers will be supported with training to assure teacher retention | ▪ Provide orientation for new teachers<br>▪ Establish workshops where new staff will be brought up-to-date with trainings aligned with current practices and given resource books for professional reading<br>▪ New staff will be introduced to other staff development opportunities and resources<br>▪ New staff will be provided with a vehicle for conducting peer visitations and access to imbedded instruction<br>▪ Mentoring activities will include modeling and observing instruction, instructional planning, peer coaching, and orienting the new teacher to the school culture | ▪ Feedback<br>▪ Surveys<br>▪ Communication Log<br>▪ Evaluations<br>▪ APPR<br>▪ Student work<br>▪ Lesson plans<br>▪ Record of teacher tenure rates | ▪ Administrative Council<br>▪ District/building administrators<br>▪ Instructional Council<br>▪ District Literacy Team<br>▪ Teacher mentors<br>▪ Staff Development Coordinator<br>▪ OU BOCES; Ulster BOCES<br>▪ Professional Reference Library @ OU BOCES<br>▪ Support Seminars<br>▪ Summer curriculum writing<br>▪ Summer staff development<br>▪ Superintendent's Conference Days<br>▪ Local colleges/universities<br>▪ Teacher Centers<br>▪ Conferences/workshops<br>▪ Peer visitations<br>▪ Mentor modeling best practices | On-going |

12

## Goal #6:  Develop effective collaboration with parents and community members in order to support student success.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Increased opportunities will be provided to educate parents to become effective partners in their children's education.<br>▪ Increase communication between parents and school which will keep parents informed and involved.<br>▪ Parents will receive emergency and informational communication via cell phone, home phone, text and email | ▪ Plan and hold Parent Forums on a regular basis<br>▪ Plan and hold Informational Nights<br>▪ Plan and hold educationally fun Family Nights that model common core learning strategies<br>▪ Plan and hold parent workshops based on surveys and interests (Title I)<br>▪ Conduct parent workshops at PTA meetings regarding curriculum, current instructional strategies as technology<br>▪ Create and distribute parent handbooks and literature, hard copy and on-line<br>▪ Provide staff training for dealing with difficult parents<br>▪ Provide teacher training on links for parent communications through Internet<br>▪ A home-school link will be established in every school<br>▪ District web-site | ▪ Increased parent involvement in schools and related school organizations<br>▪ Increased parent response on sign-and-return slips for parent/student handbooks and code of conduct<br>▪ Parent surveys<br>▪ Building reports on parent outreach<br>▪ Increased parent participation/attendance at Parent/Teacher conferences<br>▪ School Messenger data<br>▪ School Tool Data | ▪ Cooperative Extension<br>▪ Administrative Council<br>▪ Instructional Council<br>▪ Building Leadership Teams<br>▪ District Leadership Team<br>▪ Guidance counselors<br>▪ Building/District administrators<br>▪ PTAs/PTOs<br>▪ BOE Meetings<br>▪ Building and District Newsletters<br>▪ Budget meetings<br>▪ Parent resources listed in newsletters<br>▪ Pine Bush District website<br>▪ ADAC<br>▪ OC Dept. of Mental Health<br>▪ Voicemail<br>▪ Parent groups<br>▪ Professional Support Staff<br>▪ Student and Parent Portals | On-going |
| ▪ Implementation of new district website to be more accessible, user friendly and ADA Compliant | ▪ Continue partnership with Capital Region BOCES to develop a comprehensive communication plan that will include the development of a new website | ▪ Community Input Survey<br>▪ Staff Input Survey<br>▪ BOE presentations<br>▪ DLT presentations<br>▪ Cabinet meetings | ▪ Planning meetings and phone conferences with Capital Region BOCES (Adrianne Leon and Jesse Gigandet) and the Superintendent, ASI and Asst. Supf for Business and the Director of Technology | Potential Launch in September 2018 |
| ▪ Revision of Code of Conduct | ▪ Code of Conduct Committee with stakeholders from all representatives will meet annually to review and revise the Code of Conduct | ▪ Meeting agenda<br>▪ Revised Code of Conduct | ▪ District Code of Conduct Committee<br>▪ Superintendent<br>▪ Building Administrators | Spring 2019 |

| | | | | |
|---|---|---|---|---|
| ▪ Nurtured Heart Workshop series | ▪ 2 Series of 6 educational sessions will be offered to all district parents (Winter and Spring) | ▪ Advertisement flyers<br>▪ Registration and attendance from sessions | ▪ Assistant Director of Special Programs-certified trainer | Fall 2018 and Spring 2019 |
| ▪ Development of an extensive District Communication Plan to improve public relations and awareness of school/district initiatives and events | ▪ District will enter into a Cross-Contract with Capital Region BOCES to hire a Public Relations Specialist that will be in district three days per week. She will assist with website development, district calendars and newsletters, and publicizing the Capital Project that is under development. She will also establish relationship with community media outlets in order to increase positive PR. | ▪ Publications, newspaper articles and website | ▪ Linda Smith-Hancharick Capital Region BOCES | Throughout the school year |
| ▪ The Superintendent will facilitate the Strategic Planning Process that incorporates the District's Vision, Mission and Values and Beliefs statements | ▪ Students, faculty, administrators, parents, community members and local business members have participated in the development of an extensive 5 year plan. The following Teams were formed with cross-representation develop goals and an Action Plan:<br>Academics, Families/Community, Metrics, Schools, Students, Teachers, Technology, and Well-Being. | ▪ Team Meeting Minutes (Teams will meet twice per month from Dec-May in 2017-2018)<br>▪ Team Leader Meeting Minutes (once per month)<br>▪ Draft of Strategic Plan: July/August 2018 | ▪ Superintendent, Team Co-Chairs | District and Community Launch: September 2018 |

PINE BUSH CENTRAL SCHOOL DISTRICT
**Professional Development Plan**
*Revised Goals 2017-2018*

**Goal #1:  Raise student achievement in accordance with New York State Common Core Learning Standards in all areas.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | EVIDENCE | RESOURCES/STAFF INVOLVED | TARGET DATE |
|---|---|---|---|---|
| ■ The PBCSD will analyze student data in grades K-8 in order to determine if students are meeting grade level expectations of the NYS Common Core Learning Standards in ELA and Math | ■ Share a complete data analysis of all state assessments at building Faculty Meetings | ■ Principals/AP's will develop a powerpoint presentation regarding building results | ■ Data from NYSED, Regional Information Center, and BARS report | September 2017 |
| | ■ Thoroughly analyze student performance results  administration of the STAR Early Literacy, Reading and Math assessments in grades K-8 by teacher and building at least 4X per year | ■ STAR Early Literacy, Reading and Math results reports | ■ Renaissance Data Dashboard, Building Administrators | Superintendent's Conference Days (11/7 &11/22/17) |
| | ■ Review School Report Card from 2016-2017 at BOE Meeting and Instructional Council with Department Chairs and Principals | ■ Meeting Minutes | ■ NYSED School Report Card | December 2018 |
| | ■ AIS Teachers will Identify students that need AIS support based on STAR assessment results as per the District AIS Framework posted on District Website | ■ AIS Teacher schedules | ■ Building administrators, Guidance Counselors | September 2017 |
| | ■ Develop plan of action for each student at RTI (Response to Intervention) Meetings that are held at each building on a monthly basis. | ■ Monthly RTI meeting minutes by building | ■ Principals and input from classroom teachers, Special Ed Team Leaders, School Psychologists, Social Workers and School Counselors | Monthly Sept- June |

1

| | | | | Assessments will be administered 2-3X/year |
|---|---|---|---|---|
| The PBCSD will facilitate Professional Learning Communities in ELA in order to build consistency across the district and improve instructional strategies | • Implementation of the Fountas and Pinnell Benchmark Transition Kits in grades K-5 | • Revised books and forms will be provided to all teachers to include in their kits | • Heinemann Publishers: Dale Severyn will facilitate 4 full day sessions matching appropriate grade levels to the Systems they use in December 2017 | September 2017-May 2018 |
| | • K-5 Grade Level Leaders will revise/enhance thematic units based on Common Core Domains and modules that integrate Literacy, Science and Social Studies | • Implementation during the 2017-2018 school year | • ASI, Literacy Consultant/ 3 full days of PD per grade level during the school year | |
| | • Create common mid-terms and finals at the Middle School level that are aligned to the Standards across the district in English, SS, Science, Math and Foreign Language | • Mid-terms administrated in January 2018 and Finals in June 2018 | • ASI and Department Chairs will facilitate 2 half day PD sessions and work will be completed at Department Meetings | January and June 2018 |
| | • Continue review and revision of 3 common writing tasks per grade level K-8 (one per trimester/quarter) | • Student Writing Portfolios | • ASI, English Department Chair and Literacy Consultant will work with teachers to complete at Grade Level Leader and Department Meetings | Ongoing throughout the school year |
| | • Development of Curriculum Map for Social Studies in grades 6-8 that incorporates the Next Gen SS Standards | • Grades 6-8 SS Curriculum Map will be shared via google docs | • ASI will facilitate at 11/7 and 11/22/17 Superintendent Conference Days and Dept Chair will continue the work at monthly meetings | November 2017 |
| | • Implementation of Learning Targets in all classrooms in grades PK-12 | • Evidence of Learning Targets in classrooms and revision of APPR Lesson plans | • EL Learning will facilitate 3 full days ( 1 for administrators, 1 for Elementary GLC's and 1 for Secondary Team Leaders and Dept. Chairs) and follow up with Learning Walks (4 days per elementary over the course of the year) | Ongoing throughout the school year |
| | • Improving Writing skills in grades 9-12 | • PD session on Nov 7 Superintendent Conference Day and follow up at Dept Mtgs | • Hudson Valley Writing Project and English Dept. Chair | Nov/Dec 2017 |

3

## Goal #1: Raise student achievement in accordance with New York State Learning Standards in all areas (continued).

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | EVIDENCE | RESOURCES/STAFF | TARGET DATE |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| The PBCSD will implement common schedules of Faculty Meetings and Department Meetings in order to review and/or introduce common professional development topics including the topics listed in the next column. | <ul><li>Developing of summative and formative assessments</li><li>Collecting evidence of student performance on summative assessments</li><li>Encouraging students to be involved in the development of Learning Targets</li><li>Teaching strategies to guide and instruct a Standards-based curriculum</li><li>Collaborative planning</li><li>Differentiated instruction</li><li>Integrating writing across the content areas</li><li>Using Professional Periods at the HS and Team Planning periods at the MS to offer struggling students extra support</li><li>Strategies for conducting productive Parent/Teacher Conferences as a collaborative process to improve student performance</li></ul> | <ul><li>Student work with revisions</li><li>Student-generated rubrics</li><li>Videos/photos/portfolios/work samples</li><li>Self reflections/evaluations/observations</li><li>Samples of formative and summative assessments</li><li>Scored papers using rubrics</li><li>Fountas & Pinnell Benchmarks assessment reports</li><li>STAR results reports</li><li>Observational surveys/checklists</li><li>Performance assessments</li><li>APPR observations</li><li>Grade books</li><li>Lesson plans</li><li>Graduation rates</li><li>Dropout rates</li><li>PD1-4 report (Students with Disabilities)</li><li>Team meeting minutes</li></ul> | <ul><li>Building and District Level Administrators</li><li>Department Chairs</li><li>Grade Level Chairs</li><li>Special Ed Team Leaders</li><li>MS Team Leaders</li><li>School Psychologists</li><li>School Social Workers</li></ul> | Ongoing throughout the 2017-2018 school year |
| The PBCSD will offer a series of professional development sessions to administrators aligned with district initiatives that support their instructional leadership. | <ul><li>Pam Rosa, as associate of the Danielson group will provide PD regarding the Danielson "Clusters" in order to build consistency among administrators and introduce new skills for having professional conversations during pre- and post-observation conferences</li><li>Sue Pressler will conduct follow-up "coaching" sessions with pairs of administrators in their buildings</li><li>All administrators will conduct Independent Evaluations of teachers outside of their buildings</li></ul> | <ul><li>All information will be contained in the google doc folder entitled, "PB Leadership Collaborative"</li><li>Evidence will be collected and discussed and annotated in teacher observations</li><li>Independent Evaluations will be signed and retained</li></ul> | <ul><li>Pam Rosa, Rosa Educational Consulting, Inc.</li><li>Sue Pressler</li><li>All PBCSD administrators</li></ul> | <ul><li>August 2017 and January 2018</li><li>Coaching sessions throughout the school year</li><li>Throughout the school year</li></ul> |

4

## Goal #2: Create and maintain learning environments where students can achieve success.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Excelsior Learning academies will be continued at Pine Bush High School (9-12) to provide students with integrated instruction in the following fields:<br>• Human Services Academy<br>• Law Academy<br>• Medical Academy<br>• Business Communications Academy<br>• Engineering Academy<br>• Academy of Finance<br>• Pathways for academic success will offer classes in grade 10 and 11 and culminate at the Excelsior level at grade 12 | ▪ Each Excelsior Learning Academy Team of teachers will meet monthly with the HS Principal to develop plans and evaluate progress on the following topics:<br>• Creating smaller learning communities where teachers and students focus on common interests, creating relationships that foster mutual respect and academic excellence for both college and the workplace<br>• Revising curriculum based on input from various stakeholders<br>• Planning and scheduling Field Experiences and community speakers from the organizations included in the Resources section<br>• Professional Boards will be created to oversee and facilitate portions of the individual academy programs<br>• An Academy Expo will be held yearly at a BOE meeting to exhibit the excellence and accomplishments of this program, attracting future students to interest areas<br>• The academy teachers will develop a Student Survey to evaluate the programs at the end of grade 12<br>• Plan for the Excelsior Academies being offered will be revised and evaluated on a yearly basis, with the possibility of additional academies<br>• Student enrollment for each Academy will be evaluated on an annual basis<br>• Excelsior teachers will develop Talking Points for Guidance counselors and department chairs to present to grade 11 students that promote course the Excelsior Academies at the HS | ▪ Teacher feedback<br>▪ Student feedback<br>▪ Student pre-post-assessments<br>▪ Student work<br>▪ Evaluations<br>▪ Self reflections<br>▪ Teacher Standards rubric<br>▪ Curriculum units<br>▪ Attendance<br>▪ Student enrollment<br>▪ Internships<br>▪ Evaluation of each academy<br>▪ Student achievement comparison data prior to and during academy years<br>▪ College surveys | ▪ SREB/HSTW<br>▪ District/High School Administrators<br>▪ Board of Professionals for each Academy<br>▪ OU, Sullivan, Ulster and PNW BOCES<br>▪ SUNY New Paltz, SUNY Orange, SUNY Sullivan<br>▪ Dominican College<br>▪ Mount St. Mary College<br>▪ Partnerships with other high schools<br>▪ Community/business partnerships<br>▪ Town of Crawford Police<br>▪ Town of Wallkill Police<br>▪ Orange County District Attorney's Office<br>▪ ADAC<br>▪ Orange County Dept. of Mental Health<br>▪ Orange County Dept. of Social Services<br>▪ BOE Members<br>▪ Internships<br>▪ US Army<br>▪ Pratt-Whitney<br>▪ Academy Expo<br>▪ Guidance Counselors<br>▪ Trained staff<br>▪ Peer visitations<br>▪ Support Seminars<br>▪ Career shadows | Meetings will occur throughout the 2017-2018 school year and the following Program Evaluations will take place in June 2018:<br>▪ Conduct Student Meetings to assess the strengths and weaknesses of the programs<br>▪ Excelsior Board will meet to assess the programs and plan for 2019-2020 |

**Goal #2: Create and maintain learning environments where students can achieve success (continued).**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Develop smaller learning communities within our middle schools that maintain a demanding yet supportive environment with several vehicles for community outreach. | ▪ Develop integrated, cohesive, standards-based curriculum units with rigorous content and clear goals, modeling best practices facilitated by Literacy Consultant, Department Chairs and ASI | ▪ Student performance on common mid-terms and finals in the 4 core subjects and Spanish | ▪ Building/District Administrators<br>▪ Dept. chairs/meetings<br>▪ Literacy Consultant | On-going |
|  | ▪ Grade 6 Math, Special Ed and AIS teachers will attend 3 half day Professional Development sessions per year facilitated by District Math Coaches to revise common curriculum maps for CC Math Instruction and integrate math manipulatives into daily math instruction | ▪ Revised Curriculum Maps that address pre/post NYS Assessments CC Math Modules<br>▪ Evidence of using new instructional strategies in teacher observations in math classes | ▪ Math Coaches and ASI | On-going |
|  | ▪ Development of 2 MS Summer Academies to provide students with extra opportunities for challenging learning activities that are engaging and relevant to the school district, community and nation. The culminating project for each will involve a community service project that will continue through the next school year. | ▪ Teacher-developed curriculum guides for each program that will be created during half day release time and curriculum development hours after school | ▪ Engineering Adventures units<br>▪ Local businesses<br>▪ County agencies<br>▪ Speakers<br>▪ Field Experiences | Curriculum development in Spring 2017<br><br>Implementation of MS Academies in July 2017 |
|  | ▪ Select teachers will implement the Sounds in Motion program in PK, K and 1st grade classrooms. Teachers will participate in 2 full days of PD during the summer and PB teachers will supervise Support Seminars throughout the school year | ▪ Teacher observations, Walk Throughs, Parent Presentation in the Spring | ▪ Sounds in Motion facilitator, Frances Santore<br>▪ Teacher's Guide<br>▪ PBCSD made support resources<br>▪ Alpha Tales books and tech support (Scholastic) | August 2017<br><br>Monthly Support Seminars |

| | | | |
|---|---|---|---|
| ▪ Implementation of a No Place for Hate committee/ program in each school. | ▪ Development of District NPFH Annual Plan<br>▪ PD for teachers at faculty meetings and SRP's on half day Parent/Teacher conference days<br>▪ Plan assembly programs for students and staff in all buildings in NPFH, character education, gangs, bullying, and respect<br>▪ Implement PBIS Team at each building that supports NPFH initiative and develop three building-wide activities that are approved by the Anti-Defamation League- monthly meetings<br>▪ Implement NPFH "Be An Ally" program at the elementary levels<br>▪ Implementation Elementary Level from the "Anti-Bias Building Blocks" curriculum and from the "Empowering Students, Challenging Bias" curriculum at the MS level (both are ADL Resources | ▪ Discipline reports<br>▪ Behavior referrals<br>▪ ISS rates<br>▪ OSS rates<br>▪ Student community service<br>▪ NPFH Action Plan | ▪ ADL consultants<br>▪ District NPFH Committee Members<br>▪ Orange County Human Rights Commission<br>▪ Rockland County Holocaust Center<br>▪ Building/District Administrators<br>▪ Center for Dispute Resolution<br>▪ ADL's Curriculum Guides for "Anti-Bias Building Blocks" and "Empowering Students, Challenging Bias" | On-going throughout the school year |
| ▪ The district will develop partnerships with community agencies in order to improve student awareness of social issues and access to community resources | ▪ The Orange County Alcohol and Drug Abuse Council will work with a district-wide committee entitled "Project Impact", to provide programming for students and staff regarding substance abuse<br>▪ The Greater Pine Bush Partnership will also assist with these efforts | ▪ Project IMPACT Action Plan<br>▪ Meeting minutes | ▪ ADAC/ ASI will co-chair district-wide committee with representation from all buildings<br>▪ The ASI and a teacher will represent the district at monthly Partnership Meetings, Annette Kahrs,<br>▪ Partnership Director | Ongoing throughout the school year<br><br>Monthly meetings |
| | ▪ The Orange County Department of Mental Health will establish 2 clinics within the district to provide outside counseling and assessment services to students. Those Social Worker will also provide PD at Faculty Meetings | ▪ Contracts and Site Approvals with the OC Dept of Mental Health | ▪ ASI and OCDOMH staff: Angela Turk, Director of Children's Services, Pamela Lesmana, LSW and Karen Kolb MSW | Ongoing throughout the school year |

7

**Goal #3: Establish professional learning communities to ensure that all classroom environments include instructional best practices to maximize student learning potential.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| • Learning communities will be established where teachers collaborate with colleagues to improve student achievement, while advancing knowledge and practice in their field | • Provide 2 half day PD sessions per year for teachers of grades 6-8 to develop 2 "Enduring Issues" essays per grade level that are aligned with the new curriculum map (MS teachers from both MS will meet as grade levels to complete this work) | • APPR evidence<br>• Curriculum units<br>• Support Seminar Minutes/Evaluations<br>• Lesson plans<br>• Revised curriculum maps will shared via google docs as they are developed | • District and building administrators<br>• Instructional Council<br>• Building/District Administrators<br>• Department Chairs/Meetings<br>• OU/Sullivan/ NW Putnam/ Sullivan and BOCES workshops | On-going |
| | • Teachers/assistants will attend professional development opportunities which will improve instructional practices | • My Learning Plan attendance rosters<br>• Superintendent Conference and Half Day Agendas | • Workshop attendance at OU, Sullivan and PNW BOCES<br>• Attendance Rosters for district provided PD | Ongoing |
| | • All instructional staff will be trained in the Nurtured Heart Approach-a whole child, positive approach to teaching, learning and setting limits and expectations for children | • My Learning Plan attendance rosters<br>• Special Ed Dept Meeting attendance rosters<br>• Faculty Meeting Agendas | • Assistant Director of Special Programs (certified trainer) | Ongoing |
| | • Handle With Care training-2 full days of training for participants, 3 full days to become certified trainers.  Appropriate for Special Education teachers, School Psychologists, Social Workers and building administrators | • Handle With Care completion certificates in personnel files | • Certified Handle With Care facilitators (Walt Piszchala) | September 2017 |
| | • Leverage the expertise of ENL and TESOL teachers and increase their professional capacities to include peer visitation and mentoring | • Peer visitations<br>• Mentoring meeting notes<br>• ENL Department Meeting notes | • Summer curriculum writing<br>• Summer staff development<br>• Supt.'s Conference Days<br>• Local colleges/universities: | Ongoing |

8

| | | |
|---|---|---|
| ▪ Require that 15% of professional development hours for all teachers and administrators and 50% of professional development for all ESL teachers be specific to the needs of ENL's, specifically language acquisition and cultural competency | ▪ Increase the offerings of professional development that promote integrated language and content instruction to support language development through language-focused scaffolds<br><br>▪ Provide opportunities for ENL teachers to collaborate purposely and consistently with content-area teachers to promote academic achievement<br><br>▪ Increase access to ENL PD offerings at OU/Sullivan and PNW BOCES for all teaching staff | ▪ Lesson Plans<br>▪ Parent feedback<br>▪ GLL Meeting agendas<br>▪ Instructional Council Meeting Agendas and minutes<br>▪ My Learning Plan attendance rosters | ▪ SUNY Orange, SUNY New Paltz, SUNY Albany, SUNY Sullivan, Mount St. Mary's College. Dominican College, Nyack College<br>▪ 30 Hour staff development time<br>▪ Peer observations<br>▪ Teacher or Parent surveys<br>▪ Grade level curriculum planning meetings<br>▪ HRBAC |

**Goal #4: Integrate technology to enhance learning, improve student achievement, and maximize student proficiency in utilizing up-to-date technology, as well as improving communication between parents and teachers.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Technology will be integrated and utilized as a means of accessing, analyzing, interpreting, synthesizing, applying, and communicating information to enhance teaching and learning | ▪ Upgrade technology in schools and departments, according to five year plan. Technology should include latest computers, Lady Bug projectors, LCD monitors, and SmartBoards. Upgrades should also include overall infrastructure of intranet | ▪ Technology Surveys | ▪ District Technology Coordinator | On-going |
| | | ▪ Curriculum | | |
| | | ▪ APPR | ▪ Technology Integration Specialists | |
| | | ▪ Evaluations | ▪ Technology Integration teachers | |
| | ▪ A technology survey will be distributed to staff to determine technological training needs | ▪ Assistive Technology referrals | ▪ OU, Sullivan, Ulster and PNW BOCES | |
| ▪ SMART Schools Bond funds will be used to upgrade security, technology equipment, bandwidth and infrastructure | ▪ DLT and BOE will provide input, review and approval of the expenditure of SMART Schools funds | ▪ Use of School Tool | ▪ Technology Learning Center and Media Library | |
| | | ▪ Number of teacher, team, and department websites implemented/school websites | ▪ Professional Reference Library | |
| | ▪ Curriculum will be written to include technology in all subject areas. Some examples could be streaming video and PowerPoint | ▪ Refer to technology plan | ▪ NYS Education Department Web Portal | |
| | | ▪ Use on-line data programs for students | ▪ Expert consultants | |
| ▪ Technology will be utilized by teachers in order to support instruction and manage administrative duties | ▪ Ongoing curriculum-based staff training in the area of technology will be offered to ease and excite staff into its use and possibilities, enhancing learning | ▪ Student management data programs | ▪ MicroNews- Ulster BOCES | |
| | | ▪ Digital portfolios | ▪ Internet | |
| | ▪ Staff training with the Acceptable Use Policies at the various grade levels will be offered, as will copyright issues, and other Internet concerns | ▪ Technology related rubrics for staff members and students | ▪ Assistive Technology Coordinator | |
| | | | ▪ Visitations | |
| ▪ Assistive technology will be implemented for students with special needs in order to support their learning | ▪ Integrate technology in all staff training | | ▪ Conferences | |
| | ▪ Develop a program to provide opportunities for teachers to obtain additional technology for innovative uses and to pilot new technology (e.g. local grant for teachers to apply and get new technology) | | ▪ E-Mail | |
| | | | ▪ District website | |
| | | | ▪ School websites | |
| | | | ▪ 30 Hour staff development time | |
| ▪ School Tool grade book will be used by teachers in grades 6-12 and access will be available through Student and Parent Portals | ▪ Use research based software and online resources | | ▪ Support Seminars | |
| | ▪ Provide training for staff to support 21st Century learning environments as aligned to 1STE/NETS standards | | ▪ Technology presentations at PTA meetings | |
| | | | ▪ Technology Task Force | |
| | | | ▪ Summer Google Camp | |
| | | | ▪ School Tool Gradebook | |

- Math Coaches
- Technology Integration Teachers-Elementary and Secondary
- Google Classroom resources

- My Learning Plan will be used to register attendance at Faculty Meeting, Inservice training and PD in and outside of the district for SRP's and teachers

**Goal #5: Continue a mentor program to support new teachers and provide them with learning opportunities on instructional best practices focused on maximizing student achievement.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ New teachers will be provided with an aligned mentor and will collaborate on a regular basis in order to support and enhance classroom instruction and management | ▪ Mentors are chosen for expertise in related discipline and knowledge in best practices<br>▪ On-going monthly trainings will be provided for teacher mentors in the study of the theory of adult learning, the theory of teacher development, the elements of a mentoring relationship, peer coaching techniques, and time management methodology<br>▪ Documentation of mentoring to be completed and turned in by mentor to ASI | ▪ Interviews with new staff<br>▪ APPR<br>▪ Surveys<br>▪ Workshop feedback forms<br>▪ Meeting agendas and attendance rosters<br>▪ Logs of meetings with Secondary mentors which are Department Chairs (weekly meetings) | ▪ Administrative Council<br>▪ Instructional Council<br>▪ Teacher mentors<br>▪ Department Chairs/Meetings<br>▪ Expert consultants<br>▪ OU, Sullivan, PNW and Ulster BOCES<br>▪ Professional Reference Library @ OU BOCES<br>▪ Summer staff development<br>▪ Supt. Conference Day<br>▪ 30 Hour staff development time<br>▪ Peer sharing<br>▪ PBTA/NYSUT | On-going |
| ▪ New teachers will be supported with training in the areas that support instruction and classroom management<br>▪ New teachers will be supported with training to assure teacher retention | ▪ Provide orientation for new teachers<br>▪ Establish workshops where new staff will be brought up-to-date with trainings aligned with current practices and given resource books for professional reading<br>▪ New staff will be introduced to other staff development opportunities and resources<br>▪ New staff will be provided with a vehicle for conducting peer visitations and access to imbedded instruction<br>▪ Mentoring activities will include modeling and observing instruction, instructional planning, peer coaching, and orienting the new teacher to the school culture | ▪ Feedback<br>▪ Surveys<br>▪ Communication Log<br>▪ Evaluations<br>▪ APPR<br>▪ Student work<br>▪ Lesson plans<br>▪ Record of teacher tenure rates | ▪ Administrative Council<br>▪ District/building administrators<br>▪ Instructional Council<br>▪ District Literacy Team<br>▪ Teacher mentors<br>▪ Staff Development Coordinator<br>▪ OU BOCES; Ulster BOCES<br>▪ Professional Reference Library @ OU BOCES<br>▪ Support Seminars<br>▪ Summer curriculum writing<br>▪ Summer staff development<br>▪ Superintendent's Conference Days<br>▪ Local colleges/universities<br>▪ Teacher Centers<br>▪ Conferences/workshops<br>▪ Peer visitations<br>▪ Mentor modeling best practices | On-going |

**Goal #6: Develop effective collaboration with parents and community members in order to support student success.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Increased opportunities will be provided to educate parents to become effective partners in their children's education.<br><br>▪ Increase communication between parents and school which will keep parents informed and involved.<br><br>▪ Parents will receive emergency and informational communication via cell phone, home phone, text and email | ▪ Plan and hold Parent Forums on a regular basis<br>▪ Plan and hold Informational Nights<br>▪ Plan and hold educationally fun Family Nights that model common core learning strategies<br>▪ Plan and hold parent workshops based on surveys and interests (Title I)<br>▪ Conduct parent workshops at PTA meetings regarding curriculum, current instructional strategies an technology<br>▪ Create and distribute parent handbooks and literature, hard copy and on-line<br>▪ Provide staff training for dealing with difficult parents<br>▪ Provide teacher training on links for parent communications through Internet<br>▪ A home-school link will be established in every school<br>▪ District web-site | ▪ Increased parent involvement in schools and related school organizations<br>▪ Increased parent response on sign-and-return slips for parent/student handbooks and code of conduct<br>▪ Parent surveys<br>▪ Building reports on parent outreach<br>▪ Increased parent participation/attendance at Parent/Teacher conferences<br>▪ School Messenger data<br>▪ School Tool Data | ▪ Cooperative Extension<br>▪ Administrative Council<br>▪ Instructional Council<br>▪ Building Leadership Teams<br>▪ District Leadership Team<br>▪ Guidance counselors<br>▪ Building/District administrators<br>▪ PTAs/PTOs<br>▪ BOE Meetings<br>▪ Building and District Newsletters<br>▪ Budget meetings<br>▪ Parent resources listed in newsletters<br>▪ Pine Bush District website<br>▪ ADAC<br>▪ OC Dept. of Mental Health<br>▪ Voicemail<br>▪ Parent groups<br>▪ Professional Support Staff<br>▪ Student and Parent Portals | On-going |
| ▪ Revision of district website to be more accessible, user friendly and ADA Compliant | ▪ Develop partnership with Capital Region BOCES to develop a comprehensive communication plan that will include the development of a new website | ▪ Community Input Survey<br>▪ Staff Input Survey<br>▪ BOE presentations<br>▪ DLT presentations<br>▪ Cabinet meetings | ▪ Planning meetings and phone conferences with Capital Region BOCES (Adrianne Leon and Jesse Gigandet) and the Superintendent, ASI and Asst. Supf for Business and the Director of Technology | Ongoing<br><br>Potential Launch in Spring 2018 |
| ▪ Revision of Code of Conduct | ▪ Code of Conduct Committee with stakeholders from all representatives will meet annually to review and revise the Code of Conduct | ▪ Meeting agenda<br>▪ Revised Code of Conduct | ▪ District Code of Conduct Committee<br>▪ Superintendent<br>▪ Building Administrators | Spring 2018 |

13

| Strategy | Activity | Evidence | Responsible | Timeline |
|---|---|---|---|---|
| ▪ Nurtured Heart Workshop series | ▪ 2 Series of 6 educational sessions will be offered to all district parents (Winter and Spring) | ▪ Advertisement flyers<br>▪ Registration and attendance from sessions | ▪ Assistant Director of Special Programs-certified trainer | Fall 2017 and Spring 2018 |
| ▪ Development of an extensive District Communication Plan to improve public relations and awareness of school/district initiatives and events | ▪ District will enter into a Cross-Contract with Capital Region BOCES to hire a Public Relations Specialist that will be in district three days per week. She will assist with website development, district calendars and newsletters, and publicizing the Capital Project that is under development. She will also establish relationship with community media outlets in order to increase positive PR. | ▪ Publications, newspaper articles and website | ▪ Linda Smith-Hancharick Capital Region BOCES | Throughout the school year |
| ▪ The Superintendent will facilitate the Strategic Planning Process that incorporates the District's Vision, Mission and Values and Beliefs statements | ▪ Students, faculty, administrators, parents, community members and local business members will participate in the development of an extensive 5 year plan. The following Teams will be formed with cross-representation develop goals and an Action Plan: Academics, Families/Community, Metrics, Schools, Students, Teachers, Technology, and Well-Being. | ▪ Team Meeting Minutes (Teams will meet twice per month from Dec-May)<br>▪ Team Leader Meeting Minutes (once per month)<br>▪ Draft of Strategic Plan: June 2018 | ▪ Superintendent, Team Co-Chairs | Ongoing throughout the school Year |

PINE BUSH CENTRAL SCHOOL DISTRICT
## Professional Development Plan
*Revised Goals 2016-2017*

**Goal #1: Raise student achievement in accordance with New York State Common Core Learning Standards in all areas.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | EVIDENCE | RESOURCES/STAFF INVOLVED | TARGET DATE |
|---|---|---|---|---|
| • The PBCSD will analyze student data in grades K-8 in order to determine if students are meeting grade level expectations of the NYS Common Core Learning Standards in ELA and Math | • Share a complete data analysis of all state assessments at building Faculty Meetings | • Principals/AP's will develop a powerpoint presentation regarding building results | • Data from NYSED, Regional Information Center, and BARS report | September 2016 |
| | • Thoroughly analyze student performance results administration of the STAR Early Literacy, Reading and Math assessments in grades K-8 by teacher and building at least 2X per year | • STAR Early Literacy, Reading and Math results reports | • Renaissance Data Dashboard | September 2016 and January 2017 |
| | • Review School Report Card from 2015-2016 at Instructional Council with Department Chairs and Principals | • Meeting Minutes | • NYSED School Report Card | Nov/Dec 2017 |
| | • AIS Teachers will identify students that need AIS support based on STAR assessment results as per the District AIS Framework posted on District Website | • AIS Teacher schedules | • Building administrators, Guidance Counselors | September 2016 |
| | • Develop plan of action for each student at RTI (Response to Intervention) Meetings that are held at each building on a monthly basis. | • Monthly RTI meeting minutes by building | • Principals and input from classroom teachers, Special Ed Team Leaders, School Psychologists, Social Workers and School Counselors | Monthly Sept-June |

| | | | | |
|---|---|---|---|---|
| ▪ The PBCSD will facilitate Professional Learning Communities in ELA in order to build consistency across the district and improve instructional strategies | ▪ The ASI will meet with Elementary Grade Level Leaders to review and revise K-5 computerized Standards-based Report Cards and Progress Reports They will turnkey any changes to all other teachers at a follow-up faculty meeting | ▪ Revised Report Cards and Progress Reports will be uploaded to the district's data base | ▪ ASI, Elementary Grade Level Leaders and Principals | Sept/Oct 2016 |
| | ▪ K-5 Grade Level Leaders will develop thematic units based on Common Core Domains and modules that integrate Literacy, Science and Social Studies | ▪ Products will be rolled out to all teachers at faculty meeting at the end of May for implementation for the 2017-2018 school year | ▪ ASI, Literacy Consultant/ 3 full days of PD per grade level during the school year | May 2017 |
| | ▪ Create common mid-terms and finals at the Middle School level that are aligned to the Standards across the district | ▪ Mid-terms administrated in January 2017 and Finals in June 2017 | ▪ ASI and Department Chairs will facilitate 2 half day PD sessions and work will be completed at Department Meetings | January and June 2017 |
| | ▪ Continue review and revision of 3 common writing tasks per grade level K-8 | ▪ Student Writing Portfolios | ▪ ASI, English Department Chair and Literacy Consultant will work with teachers to complete at Grade Level Leader and Department Meetings | Ongoing throughout the school year |

## Goal #1:  Raise student achievement in accordance with New York State Learning Standards in all areas (continued).

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | EVIDENCE | RESOURCES/STAFF | TARGET DATE |
|---|---|---|---|---|
| The PBCSD will implement common schedules of Faculty Meetings and Department Meetings in order to review and/or introduce common professional development topics including: | ▪ Developing of summative and formative assessments<br>▪ Collecting evidence of student performance on summative assessments<br>▪ Encouraging students to be involved in the learning and assessment process<br>▪ Teaching strategies to guide and instruct a Standards-based curriculum<br>▪ Collaborative planning<br>▪ Differentiated instruction<br>▪ Integrating writing across the content areas<br>▪ Using Professional Periods at the HS and Team Planning periods at the MS to offer struggling students extra support<br>▪ Strategies for conducting productive Parent/Teacher Conferences as a collaborative process to improve student performance | ▪ Student work with revisions<br>▪ Student-generated rubrics<br>▪ Videos/photos/portfolios/work samples<br>▪ Self reflections/evaluations/observations<br>▪ Samples of formative and summative assessments<br>▪ Scored papers using rubrics<br>▪ Fountas & Pinnell Benchmarks assessment reports<br>▪ STAR results reports<br>▪ Observational surveys/checklists<br>▪ Performance assessments<br>▪ APPR observations<br>▪ Grade books<br>▪ Lesson plans<br>▪ Graduation rates<br>▪ Dropout rates<br>▪ PD1-4 report (Students with Disabilities)<br>▪ Team meeting minutes | ▪ Building and District Level Administrators<br>▪ Department Chairs<br>▪ Grade Level Leaders<br>▪ Team Leaders | Ongoing throughout the 2016-2017 school year |

## Goal #2:  Create and maintain learning environments where students can achieve success.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Excelsior Learning academies will be continued at Pine Bush High School (9-12) to provide students with integrated instruction in the following fields:<br><br>◆ Human Services Academy<br>◆ Law Academy<br>◆ Medical Academy<br>◆ Business Communications Academy<br>◆ Engineering Academy<br>◆ Academy of Finance<br><br>▪ Pathways for academic success will offer classes in grade 10 and 11 and culminate at the Excelsior level at grade 12 | Each Excelsior Learning Academy Team of teachers will meet monthly with the HS Principal to develop plans and evaluate progress on the following topics:<br>▪ Creating smaller learning communities where teachers and students focus on common interests, creating relationships that foster mutual respect and academic excellence for both college and the workplace<br>▪ Revising curriculum based on input from various stakeholders<br>▪ Planning and scheduling Field Experiences and community speakers from the organizations included in the Resources section<br>▪ Professional Boards will be created to oversee and facilitate portions of the individual academy programs<br>▪ An Academy Expo will be held yearly at a BOE meeting to exhibit the excellence and accomplishments of this program, attracting future students to interest areas<br>▪ The academy teachers will develop a Student Survey to evaluate the programs at the end of grade 12<br>▪ Plan for the Excelsior Academies being offered will be revised and evaluated on a yearly basis, with the possibility of additional academies<br>▪ Student enrollment for each Academy will be evaluated on an annual basis<br>▪ Excelsior teachers will develop Talking Points for Guidance counselors and department chairs to present to grade 11 students that promote course the Excelsior Academies at the HS | ▪ Teacher feedback<br>▪ Student feedback<br>▪ Student pre-post-assessments<br>▪ Student work<br>▪ Evaluations<br>▪ Self reflections<br>▪ Teacher Standards rubric<br>▪ Curriculum units<br>▪ Attendance<br>▪ Student enrollment<br>▪ Internships<br>▪ Evaluation of each academy<br>▪ Student achievement comparison data prior to and during academy years<br>▪ College surveys | ▪ SREB/HSTW<br>▪ District/High School Administrators<br>▪ Board of Professionals for each Academy<br>▪ OU, Sullivan, Ulster and PNW BOCES<br>▪ SUNY New Paltz, SUNY Orange, SUNY Sullivan<br>▪ Dominican College<br>▪ Mount St. Mary College<br>▪ Partnerships with other high schools<br>▪ Community/business partnerships<br>▪ Town of Crawford Police<br>▪ Town of Wallkill Police<br>▪ Orange County District Attorney's Office<br>▪ ADAC<br>▪ Orange County Dept. of Mental Health<br>▪ Orange County Dept. of Social Services<br>▪ BOE Members<br>▪ Internships<br>▪ US Army<br>▪ Pratt-Whitney<br>▪ Academy Expo<br>▪ Guidance Counselors<br>▪ Trained staff<br>▪ Peer visitations<br>▪ Support Seminars<br>▪ Career shadows | Meetings will occur throughout the 2016-2017 school year and the following Program Evaluations will take place in June 2017:<br><br>▪ Conduct Student Meetings to assess the strengths and weaknesses of the programs<br><br>▪ Excelsior Board will meet to assess the programs and plan for 2019-2020 |

## Goal #2:  Create and maintain learning environments where students can achieve success (continued).

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Develop smaller learning communities within our middle schools that maintain a demanding yet supportive environment with several vehicles for community outreach. | ▪ Develop integrated, cohesive, standards-based curriculum units with rigorous content and clear goals, modeling best practices facilitated by Literacy Consultant, Department Chairs and ASI | ▪ Student performance on common mid-terms and finals in the 4 core subjects and Spanish | ▪ Building/District Administrators<br>▪ Dept. chairs/meetings<br>▪ Literacy Consultant | On-going |
| | ▪ Grade 6 Math, Special Ed and AIS teachers will attend 3 half day Professional Development sessions per year facilitated by District Math Coaches to revise common curriculum maps for CC Math Instruction and integrate math manipulatives into daily math instruction | ▪ Revised Curriculum Maps that address pre/post NYS Assessments CC Math Modules<br><br>▪ Evidence of using new instructional strategies in teacher observations in math classes | ▪ Math Coaches and ASI | On-going |
| | ▪ Development of 2 MS Summer Academies to provide students with extra opportunities for challenging learning activities that are engaging and relevant to the school district, community and nation. The culminating project for each will involve a community service project that will continue through the next school year. | ▪ Teacher-developed curriculum guides for each program that will be created during half day release time and curriculum development hours after school | ▪ Engineering Adventures units<br>▪ Local businesses<br>▪ County agencies<br>▪ Speakers<br>▪ Field Experiences | Curriculum development in Spring 2017<br><br>Implementation of MS Academies in July 2017 |
| | ▪ Student Leadership training with the ADL and supervised by MS Assistant Principals | | ▪ Museum of Tolerance/Wisenthal Center<br>▪ Anti-Defamation League trainers | |

Pine Bush Central Schools – Professional Development Plan

5

| | | | | |
|---|---|---|---|---|
| ▪ Implementation of a No Place for Hate committee/ program in each school. | ▪ Development of District NPFH Annual Plan<br>▪ PD for teachers at faculty meetings and SRP's on half day Parent/Teacher conference days<br>▪ Plan assembly programs for students and staff in all buildings in NPFH, character education, gangs, bullying, and respect<br>▪ Implement PBIS Team at each building that supports NPFH initiative and develop three building-wide activities that are approved by the Anti-Defamation League-monthly meetings<br>▪ Continue NPFH Peer Leadership programs at the Middle and High school levels | ▪ Discipline reports<br>▪ Behavior referrals<br>▪ ISS rates<br>▪ OSS rates<br>▪ Student community service | ▪<br>▪ ADL consultants<br>▪ District NPFH Committee Members<br>▪ Wisenthal Center<br>▪ Rockland County Holocaust Center<br>▪ Building/District Administrators<br>▪ Project Impact<br>▪ Center for Dispute Resolution | On-going throughout the school year |

**Goal #3:  Establish professional learning communities to ensure that all classroom environments include instructional best practices to maximize student learning potential.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Learning communities will be established where teachers collaborate with colleagues to improve student achievement, while advancing knowledge and practice in their field | ▪ Provide 3 half day PD sessions per year for teachers of grades K-5 to implement Putnam-Northern Westchester Social Studies units that are aligned with SS Common Core Standards and integrate into Curriculum Maps | ▪ APPR evidence ▪ Curriculum units ▪ Support Seminar Minutes/Evaluations ▪ Lesson plans ▪ Revised curriculum maps will be rolled out in May 2017 | ▪ District and building administrators ▪ Instructional Council ▪ Building/District Administrators ▪ K-5 Grade Level Leader meetings ▪ Department Chairs/Meetings ▪ Expert Consultants ▪ OU/Sullivan/ NW Putnam/ Sullivan and BOCES workshops | On-going |
| | ▪ Teachers/assistants will attend professional development opportunities which will improve instructional practices across the special education continuum | ▪ My Learning Plan attendance rosters | ▪ Workshop attendance at OU, Sullivan and PNW BOCES ▪ Professional Reference Library @ OU BOCES ▪ Support Seminars | Ongoing |
| | ▪ All instructional staff will be trained in the Nurtured Heart Approach-a whole child, positive approach to teaching, learning and setting limits and expectations for children | ▪ My Learning Plan attendance rosters ▪ Special Ed Dept Meeting attendance rosters ▪ Instructional Council agenda | ▪ Assistant Director of Special Programs (certified trainer) | Ongoing |
| | ▪ Handle With Care training-2 full days of training for participants, 3 full days to become certified trainers.  Appropriate for Special Education teachers, School Psychologists, Social Workers and building administrators | ▪ Handle With Care completion certificates in personnel files | ▪ Certified Handle With Care facilitators | December 2016 |

7

| | | Ongoing |
|---|---|---|
| • Require that 15% of professional development hours for all teachers and administrators and 50% of professional development for all ESL teachers be specific to the needs of ENL's, specifically language acquisition and cultural competency | • Leverage the expertise of ENL and TESOL teachers and increase their professional capacities to include peer visitation and mentoring<br>• Increase the offerings of professional development that promote integrated language and content instruction to support language development through language-focused scaffolds<br>• Provide opportunities for ENL teachers to collaborate purposely and consistently with content-area teachers to promote academic achievement<br>• Increase access to ENL PD offerings at OU/Sullivan and PNW BOCES for all teaching staff | • Peer visitations<br>• Mentoring meeting notes<br>• ENL Department Meeting notes<br>• Lesson Plans<br>• Parent feedback<br>• GLL Meeting agendas<br>• Instructional Council Meeting Agendas and minutes<br>• My Learning Plan attendance rosters | • Summer curriculum writing<br>• Summer staff development<br>• Supt.'s Conference Days<br>• Local colleges/universities: SUNY Orange, SUNY New Paltz, SUNY Albany, SUNY Sullivan, Mount St. Mary's College. Dominican College, Nyack College<br>• 30 Hour staff development time<br>• Peer observations<br>• Teacher or Parent surveys<br>• Grade level curriculum planning meetings<br>• HRBAC |

**Goal #4:** Integrate technology to enhance learning, improve student achievement, and maximize student proficiency in utilizing up-to-date technology, as well as improving communication between parents and teachers.

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Technology will be integrated and utilized as a means of accessing, analyzing, interpreting, synthesizing, applying, and communicating information to enhance teaching and learning<br><br>▪ SMART Schools Bond funds will be used to upgrade security, technology equipment, bandwidth and infrastructure<br><br>▪ Technology will be utilized by teachers in order to support instruction and manage administrative duties<br><br>▪ Assistive technology will be implemented for students with special needs in order to support their learning<br><br>▪ School Tool grade book will be used by teachers in grades 6-12 and access will be available through Student and Parent | ▪ Upgrade technology in schools and departments, according to five year plan. Technology should include latest computers, Lady Bug projectors, LCD monitors, and SmartBoards. Upgrades should also include overall infrastructure of intranet<br><br>▪ A technology survey will be distributed to staff to determine technological training needs<br><br>▪ DLT and BOE will provide input, review and approval of the expenditure of SMART Schools funds<br><br>▪ Curriculum will be written to include technology in all subject areas. Some examples could be streaming video and PowerPoint<br><br>▪ Ongoing curriculum-based staff training in the area of technology will be offered to ease and excite staff into its use and possibilities, enhancing learning<br><br>▪ Staff training with the Acceptable Use Policies at the various grade levels will be offered, as will copyright issues, and other Internet concerns<br><br>▪ Integrate technology in all staff training<br><br>▪ Develop a program to provide opportunities for teachers to obtain additional technology for innovative uses and to pilot new technology (e.g. local grant for teachers to apply and get new technology)<br><br>▪ Use research based software and online resources<br><br>▪ Provide training for staff to support 21st Century learning environments as aligned | ▪ Technology Surveys<br>▪ Curriculum<br>▪ APPR<br>▪ Evaluations<br>▪ Assistive Technology referrals<br>▪ Use of School Tool<br>▪ Number of teacher, team, and department websites implemented/school websites<br>▪ Refer to technology plan<br>▪ Use on-line data programs for students<br>▪ Student management data programs<br>▪ Digital portfolios<br>▪ Technology related rubrics for staff members and students | ▪ District Technology Coordinator<br>▪ Technology Integration Specialists<br>▪ Technology Integration teachers<br>▪ OU, Sullivan, Ulster and PNW BOCES Technology Learning Center and Media Library<br>▪ Professional Reference Library<br>▪ NYS Education Department Web Portal<br>▪ Expert consultants<br>▪ MicroNews- Ulster BOCES<br>▪ Internet<br>▪ Assistive Technology Coordinator<br>▪ Visitations<br>▪ Conferences<br>▪ E-Mail<br>▪ District website<br>▪ School websites<br>▪ 30 Hour staff development time<br>▪ Support Seminars<br>▪ Technology presentations at PTA meetings<br>▪ Technology Task Force<br>▪ Summer Google Camp<br>▪ School Tool Gradebook | On-going |

**Pine Bush Central Schools – Professional Development Plan**

| Portals | | |
|---|---|---|
| | to 1STE/NETS standards | Math Coaches |
| | ▪ My Learning Plan will be used to register attendance at Faculty Meeting, Inservice training and PD in and outside of the district for SRP's and teachers | ▪ Technolgy Integration Teachers-Elementary and Secondary |
| | | ▪ Google Classroom resources |

**Goal #5:   Continue a mentor program to support new teachers and provide them with learning opportunities on instructional best practices focused on maximizing student achievement.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ New teachers will be provided with an aligned mentor and will collaborate on a regular basis in order to support and enhance classroom instruction and management | ▪ Mentors are chosen for expertise in related discipline and knowledge in best practices<br>▪ On-going monthly trainings will be provided for teacher mentors in the study of the theory of adult learning, the theory of teacher development, the elements of a mentoring relationship, peer coaching techniques, and time management methodology<br>▪ Documentation of mentoring to be completed and turned in by mentor to ASI | ▪ Interviews with new staff<br>▪ APPR<br>▪ Surveys<br>▪ Workshop feedback forms<br>▪ Meeting agendas and attendance rosters<br>▪ Logs of meetings with Secondary mentors which are Department Chairs (weekly meetings) | ▪ Administrative Council<br>▪ Instructional Council<br>▪ Teacher mentors<br>▪ Department Chairs/Meetings<br>▪ Expert consultants<br>▪ OU, Sullivan, PNW and Ulster BOCES<br>▪ Professional Reference Library @ OU BOCES<br>▪ Summer staff development<br>▪ Supt. Conference Day<br>▪ 30 Hour staff development time<br>▪ Peer sharing<br>▪ PBTA/NYSUT | On-going |
| ▪ New teachers will be supported with training in the areas that support instruction and classroom management<br>▪ New teachers will be supported with training to assure teacher | ▪ Provide orientation for new teachers<br>▪ Establish workshops where new staff will be brought up-to-date with trainings aligned with current practices and given resource books for professional reading<br>▪ New staff will be introduced to other staff development opportunities and resources<br>▪ New staff will be provided with a vehicle | ▪ Feedback<br>▪ Surveys<br>▪ Communication Log<br>▪ Evaluations<br>▪ APPR<br>▪ Student work<br>▪ Lesson plans | ▪ Administrative Council<br>▪ District/building administrators<br>▪ Instructional Council<br>▪ District Literacy Team<br>▪ Teacher mentors<br>▪ Staff Development Coordinator<br>▪ OU BOCES; Ulster BOCES | On-going |

**Pine Bush Central Schools – Professional Development Plan**

10

| | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| retention | for conducting peer visitations and access to imbedded instruction<br>▪ Mentoring activities will include modeling and observing instructional planning, peer coaching, and orienting the new teacher to the school culture | ▪ Record of teacher tenure rates | ▪ Professional Reference Library @ OU BOCES<br>▪ Support Seminars<br>▪ Summer curriculum writing<br>▪ Summer staff development<br>▪ Superintendent's Conference Days<br>▪ Local colleges/universities<br>▪ Teacher Centers<br>▪ Conferences/workshops<br>▪ Peer visitations<br>▪ Mentor modeling best practices | |

**Goal #6: Develop effective collaboration with parents and community members in order to support student success.**

| INDICATORS OF ACHIEVEMENT | ACTION PLAN | METHOD OF ASSESSMENT | RESOURCES | TARGET DATE |
|---|---|---|---|---|
| ▪ Increased opportunities will be provided to educate parents to become effective partners in their children's education.<br>▪ Increase communication between parents and school which will keep parents informed and involved.<br>▪ Development of a Strategic Plan for the next 10 years that encompasses Vision and Mission statements and an Action Plan<br>▪ Parents will receive emergency and informational communication via cell phone, home phone, | ▪ Plan and hold Parent Forums on a regular basis<br>▪ Plan and hold Informational Nights<br>▪ Plan and hold educationally fun Family Nights that model common core learning strategies<br>▪ Plan and hold parent workshops based on surveys and interests (Title I)<br>▪ Conduct parent workshops at PTA meetings regarding curriculum, current instructional strategies an technology<br>▪ Create and distribute parent handbooks and literature, hard copy and on-line<br>▪ Provide staff training for dealing with difficult parents<br>▪ Provide teacher training on links for parent communications through Internet<br>▪ A home-school link will be established in every school<br>▪ District web-site<br>▪ Community Summits will be held once per year<br>▪ Strategic Planning will be conducted | ▪ Increased parent involvement in schools and related school organizations<br>▪ Increased parent response on sign-and-return slips for parent/student handbooks and code of conduct<br>▪ Parent surveys<br>▪ Building reports on parent outreach<br>▪ Increased parent participation/attendance at Parent/Teacher conferences | ▪ Cooperative Extension<br>▪ Administrative Council<br>▪ Instructional Council<br>▪ Building Leadership Teams<br>▪ District Leadership Team<br>▪ Guidance counselors<br>▪ Building/District administrators<br>▪ PTAs/PTOs<br>▪ BOE Meetings<br>▪ Expert consultants-Robert Hendricks (Legacy Planning)<br>▪ Building and District Newsletters<br>▪ Budget meetings<br>▪ Parent resources listed in newsletters<br>▪ Pine Bush District website<br>▪ ADAC<br>▪ OC Dept. of Mental Health<br>▪ Voicemail<br>▪ Parent groups | On-going |

text and email

consistently at the building and district levels

| | | | | |
|---|---|---|---|---|
| ▪ Revision of district website to be more accessible and user friendly | ▪ Develop partnership with Capital Region BOCES to develop a comprehensive communication plan that will include the development of a new website | ▪ Community Input Survey<br>▪ Staff Input Survey<br>▪ BOE presentations | ▪ Professional Support Staff<br>▪ Student and Parent Portals<br>▪ Planning meetings and phone conferences with Capital Region BOCES and the Superintendent, ASI and Asst. Supf for Business and the Director of Technology | January–June 2017 |
| ▪ Revision of Code of Conduct | ▪ Code of Conduct Committee with stakeholders from all representatives will meet annually to review and revise the Code of Conduct | ▪ Meeting agenda<br>▪ Revised Code of Conduct | ▪ District Code of Conduct Committee<br>▪ Superintendent<br>▪ Building Administrators | Spring 2017 |
| ▪ Nurtured Heart Workshop series | ▪ 2 Series of 6 educational sessions will be offered to all district parents (Winter and Spring) | ▪ Advertisement flyers<br>▪ Registration and attendance from sessions | ▪ Assistant Director of Special Programs-certified trainer | Winter and Spring 2017 |

# Appendix 7

### PINE BUSH CENTRAL SCHOOL DISTRICT
#### Job Description
#### Title VI Coordinators

- The recipient of Title VI complaints must inform the Coordinator of all reports and complaints raising Title VI issues, even if the complaint was initially filed with another individual or the investigation will be conducted by another individual or office. Coordinators must monitor outcomes, identify and address any patterns, and assess effects on the campus climate.

- **Involvement in policies** – Coordinators must have knowledge of the district's policies and procedures on harassment based on race, color, and national origin, including anti-Semitism, and should be involved in the drafting and revision of such policies and procedures to help ensure that they comply with the requirements of Title VI.

- **Visibility** – Coordinators should take affirmative steps to make themselves visible throughout the district and to the school community.

- **Training** – Coordinators must be appropriately trained and possess comprehensive knowledge in all areas over which they have responsibility in order to effectively carry out those responsibilities, including the district's policies and procedures on harassment based on race, color and national origin, including anti-Semitism, and all complaints raising Title VI issues throughout the institution.

# Appendix 8



Pine Bush Central School District > Parent / Community > **Annual Notifications**

# ANNUAL NOTIFICATIONS

## INDEX

- Asbestos Surveillance Inspections
- Body Mass Index Reporting to New York State
- Child Abuse Hotline Notification
- Dignity For All Students Act (DASA)
- Federal Family Educational Rights & Privacy Act (FERPA)
- Military Notification
- Non-Discrimination Notice
- Parents' Bill of Rights for Data Privacy & Security
- Pest Management
- Publicity Notice
- Standard Work Day and Reporting Resolution for Elected and Appointed Officials 🗎
- Student Bill of Rights
- Student Non-Discrimination Grievance Procedure
- Student Privacy
- Title I Parent Involvement Policy

## ASBESTOS SURVEILLANCE INSPECTIONS

In accordance with federal and state laws, the Pine Bush Central School District is required to post the following notice to the general public and to all employees of the school district:

Be advised that in the past year, two asbestos surveillance inspections have been performed at all school buildings in the Pine Bush Central School District.

The reports of these inspections and the building Asbestos Management Plan are available for review at the district office and the main office of each of our schools.

[back to top of page]

# BODY MASS INDEX REPORTING TO NEW YORK STATE

As part of a required school health examination, a student is weighed and his/her height is measured. These numbers are used to figure out the student's body mass index or 'BMI'. The BMI helps the doctor or nurse know if the student's weight is in a healthy range or is too high or too low. Recent changes to the New York State Education Law require that BMI and weight status group be included as part of the student's school health examination every other year. A sample of school districts will be selected to take part in a survey by the New York State Department of Health. If Pine Bush is selected to be part of the survey, we will be reporting to New York State Department of Health information about our students' weight status groups. Only summary information is sent. No names and no information about individual students are sent. However, you may choose to have your child's information excluded from this survey report.

The information sent to the New York State Department of Health will help health officials develop programs that make it easier for children to be healthier.

If you do not wish to have your child's weight status group information included as part of the Health Department's survey, please contact your child's school nurse.

[back to top of page]

# CHILD ABUSE HOTLINE NOTIFICATION

If you suspect a child is being abused or maltreated (neglected), report it by calling 1-800-342-3720, a toll-free 24-hour hotline operated by the New York State Office of Children and Family Services. If you believe a child is in immediate danger, call 911 or

your local police department. Information about reporting child abuse and maltreatment (neglect) is available online at http://ocfs.ny.gov/main/cps/.

[back to top of page]

# MILITARY NOTIFICATION

Pursuant to federal law, the Pine Bush Central School District must disclose to military recruiters, upon request, the names, addresses and telephone numbers of high school students. Parents/guardians or students age 18 or older who do not want this information released to military recruiters should contact the Pine Bush High School Guidance Office, P.O. Box 670 / Route 302. Pine Bush, NY 12566.

[back to top of page]

# NON-DISCRIMINATION POLICY

The Pine Bush Central School District prohibits and condemns all forms of discrimination and harassment on the basis of race, color, creed, religion, national origin, political affiliation, weight, sex, sexual orientation, age, marital status, military status, veteran status, disability, use of a recognized guide dog, hearing dog or service dog, domestic violence victim status or other protected categories under state and federal law, by employees, school volunteers, students, and non-employees such as contractors and vendors as well as any third parties who are participating in, observing, or otherwise engaging in activities subject to the supervision and control of the District.  Inquiries regarding this non-discrimination policy may be directed to:

- Issues pertaining to: race, color, national origin, sex, age, and disability (Title IX & VI Compliance Officer and Section 504 Compliance Officer);
    - Donna Geidel (845) 744-2031, ext. 4011, donna.geidel@pinebushschools.org
- Issues pertaining to: race, color, national origin, sex, age, and disability (Title IX & VI Compliance Officer);
    - Ryan Reed (845) 744-2031, ext. 3508, ryan.reed@pinebushschools.org
- Issues pertaining to disability (IDEA/ADA and Section 504 Compliance Officer);
    - Terrilyn Cohn (845) 744-2031, ext. 4801, terrilyn.cohn@pinebushschools.org
- Issues pertaining to disability (IDEA/ADA and Section 504 Compliance Officer)
    - Rosemary Mannino (845) 744-2031, ext. 4802, rosemary.mannino@pinebushschools.org

Inquiries regarding discrimination on the bases listed above may also be made to the United States Department of Education, Office of Civil Rights, 32 Old Slip, 26th Floor, New York, NY 10005, (646) 428-3800, ocr.newyork@ed.gov.

- Complaint form 🗎

[back to top of page]

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT

The Family Educational Rights and Privacy Act (FERPA) affords parents and students over 18 years of age ("eligible students") certain rights with respect to the student's education records. These rights are:

1. The right to inspect and review the student's education records within 45 days of the day the School receives a request for access. Parents or eligible students should submit to the School principal a written request that identifies the record(s) they wish to inspect. The School official will make arrangements for access and notify the parent or eligible student of the time and place where the records may be inspected.

2. The right to request the amendment of the student's education records that the parent or eligible student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.
   Parents or eligible students who wish to ask the School to amend a record should write the School principal, clearly identify the part of the record they want changed, and specify why it should be changed.
   If the School decides not to amend the record as requested by the parent or eligible student, the School will notify the parent or eligible student of the decision and advise them of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent or eligible student when notified of the right to a hearing.

3. The right to privacy of personally identifiable information in the student's education records, except to the extent that FERPA authorizes disclosure without consent.
   One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a

person employed by the School as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel); a person serving on the School Board; a person or company with whom the School has outsourced services or functions it would otherwise use its own employees to perform (such as an attorney, auditor, medical consultant, or therapist); a parent or student serving on an official committee, such as a disciplinary or grievance committee; or a parent, student, or other volunteer assisting another school official in performing his or her tasks.

A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.

Upon request, the School discloses education records without consent to officials of another school district in which a student seeks or intends to enroll, or is already enrolled if the disclosure is for purposes of the student's enrollment or transfer.

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the School to comply with the requirements of FERPA. The name and address of the Office that administers FERPA are: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Ave., SW Washington, DC 20202.

## STUDENT DIRECTORY INFORMATION

This District designates the following items, in accordance with Policy 7240, as directory information, and may disclose any of these items without prior written consent, unless the building principal is notified to the contrary, in writing, by the parent/guardian or eligible student by the end of the first fourteen (14) days of the school year: name, address, telephone listing, email address, date and place of birth, major course of study, dates of attendance, grade level, participation in school activities or sports, weight and height of members of athletic teams, degrees and awards received, student ID number, and photograph. The District will not release a student's social security number.

[back to top of page]

# PEST MANAGEMENT

New York State Education Law requires the district to provide written notification to all persons in parental relation, faculty and staff regarding the potential use of pesticides periodically throughout the school year. The district is required to maintain a list of persons in parental relation, faculty and staff who wish to receive 48-hour prior written notification of certain pesticide applications. If you would like to be added to this list, please contact James Licardi, Director of Operations and Maintenance, Pine Bush Central School District, P.O. Box 700, Route 302, Pine Bush, NY 12566.

The following pesticide applications are not subject to prior notification requirements:

- A school remains unoccupied for a continuous 72 hours following an application;
- Anti-microbial products;
- Nonvolatile rodenticides or insecticidal baits in tamper resistant bait stations, silica gel and other nonvolatile ready-to-use pastes, foams or gels in areas inaccessible to children;
- Boric acid and disodium octaborate tetrahydrate;
- The application of EPA designated biopesticides or exempt materials under 40CFR152.25;
- The use of aerosol products with a directed spray in containers of 18 fluid ounces or less when used to protect individuals from an imminent threat from stinging and biting insects including venomous spiders, bees, wasps and hornets.

[back to top of page]

# PARENTS' BILL OF RIGHTS FOR DATA PRIVACY AND SECURITY

The Pine Bush Central School District is committed to ensuring student privacy in accordance with local, state and federal regulations and district policies. To this end and pursuant to U.S. Department of Education (DOE) regulations (Education Law §2-d), the district is providing the following Parents' Bill of Rights for Data Privacy and Security:

- A student's personally identifiable information cannot be sold or released for any commercial or marketing purposes.
- Parents have the right to inspect and review the complete contents of their child's education record, including any student data maintained by the Pine Bush Central School District. This right of inspection of records is consistent with the federal

Family Educational Rights and Privacy Act (FERPA). Under the more recently adopted regulations (Education Law §2-d), the rights of inspection are extended to include data, meaning parents have the right to inspect or receive copies of any data in their child's educational record. The New York State Education Department (SED) will develop further policies and procedures related to these rights in the future.

- State and federal laws protect the confidentiality of personally identifiable information and safeguards associated with industry standards and best practices, including but not limited to, encryption, firewalls and password protection, must be in place when data is stored or transferred.

- A complete list of all student data elements collected by the state is available for public review in an Excel file at http://www.p12.nysed.gov/irs/sirs/documentation/NYSEDstudentData.xlsx. Parents may also obtain a copy of this list by writing to the Office of Information & Reporting Services, New York State Education Department, Room 863 EBA, 89 Washington Avenue, Albany, N.Y. 12234.

- Parents have the right to have complaints about possible breaches of student data addressed. **Complaints to SED should be directed to:** Chief Privacy Officer, New York State Education Department, 89 Washington Avenue, Albany, NY 12234; the e-mail address is cpo@mail.nysed.gov ✉. SED's complaint process is under development and will be established through regulations from the department's chief privacy officer, who has yet to be appointed.

[back to top of page]

# PUBLICITY NOTICE

From time to time, students are photographed, videotaped, and/or interviewed by school district staff and/or representatives of outside news media agencies for the purpose of student achievement recognition or to inform the community of school district activities, events, programs, and/or other considerations.

Parents who do not want their children's name, age, grade, photograph, statements, or achievements included in school district publications (such as booklets, brochures, newsletters, and the school district calendar) or appearing on the district Web site, must contact the school principal.

[back to top of page]

# STUDENT NON-DISCRIMINATION GRIEVANCE PROCEDURE

Individual complaints and grievances shall be handled in accordance with the following guidelines:

## STAGES

### STAGE I – COMPLIANCE OFFICER OR HIS/HER DESIGNEE

1. Within thirty (30) days after the events giving rise to the grievance, the grievant shall file a grievance in writing with the Compliance Officer and/or his/her designee including the date, time, place and specifics of the incident, including the names of witnesses, if any, who may be able to corroborate the student's allegations regarding the discriminatory actions, and any evidence that may be relevant to the grievance.
   (Oral grievances shall also be accepted but may be reduced to writing in order to ensure accuracy and
   consistency). The Compliance Officer and/or his/her designee shall promptly investigate the complaint and discuss the grievance with the grievant. All parties to the complaint, including any student, district employee
   and/or third party, shall cooperate in such investigation.
2. The Compliance Officer and/or his/her designee shall promptly initiate and coordinate a thorough and impartial investigation and shall review any evidence that has been presented, and meet with the grievant, the accused/respondent, and any named witnesses. The Compliance Officer and/or his/her designee will also meet with any named district employee and/or third parties offered by the student or any other individual that the Compliance Officer and/or his/her designee believes will aid in the investigation.
3. Within thirty (30) days of the receipt of the grievance, the Compliance Officer shall make a finding that discrimination based on the grievant's membership in a protected category has or has not occurred and shall inform the grievant and the accused/respondent of the outcome of the investigation. The findings shall be issued in writing as to whether the allegations were substantiated or unsubstantiated. (Should the Compliance Officer be unable to render his/her decision in the specified amount of time, the Compliance Officer shall notify the grievant and the accused/respondent of such delay). In the event the Compliance Officer finds that there has been a violation, s/he shall propose a resolution of the complaint.

4. If the grievant or the accused/respondent is not satisfied with the finding of the Compliance Officer, or with the proposed resolution of the grievance, the grievant or the accused/respondent may, within thirty (30) days after s/he has received the report of the Compliance Officer, file a written request for review by the Superintendent.

## STAGE II – SUPERINTENDENT OF SCHOOLS

1. The Superintendent may request that the grievant, the accused/respondent, the Compliance Officer, student, third party or any member of the school district staff present a written statement setting forth any information that such person has relative to the grievance and the facts surrounding it.

2. The Superintendent shall notify all parties concerned as to the time and place when an informal hearing will be held where such parties may appear and present oral and/or written statements supplementing their position in the complaint. Such hearing shall be held within thirty (30) days of receipt of the appeal by the Superintendent.

3. Within thirty (30) days of the hearing, the Superintendent shall render his/her determination in writing. Such determination shall include a finding that there has or has not been discrimination based on the grievant's membership in a protected category, and/or a proposal for equitably resolving the complaint. The grievant and the accused/respondent shall be informed of the outcome of the Superintendent's determination.

4. If either the grievant or the accused/respondent is not satisfied with the determination of the Superintendent, the grievant or the accused/respondent may, within thirty (30) days after the date of the determination, file with the Clerk of the Board of Education, a written request for review by the Board.

## STAGE III – BOARD OF EDUCATION

1. 1. When a request for review by the Board of Education has been made, the Superintendent shall submit all materials relative to the case to the president of the Board.

2. The Board shall notify all parties concerned of the time and place when review of the record will be held. Such hearing will be held within thirty (30) days of the receipt of the request for review. The Board shall only review those documents that have been presented during Stages I and II of the grievance procedure.

3. The Board shall render a decision in writing within thirty (30) days after the hearing has been concluded. The grievant and the accused/respondent shall be informed of the outcome of the Board's decision.

## DISCIPLINE

Any student found to have violated this policy may be subject to disciplinary action in accordance with the applicable law and/or the District Code of Conduct. Any employee found to have violated this policy may be subject to
disciplinary action in accordance with the applicable law and/or his/her collective bargaining agreement.

Any third party found to have violated this policy (third parties may access the District's grievance procedures available to employees) may also be subject to disciplinary action in accordance with the applicable law and the
District Code of Conduct.

The District will take steps to prevent further harassment and to correct the effects of any harassment or discrimination.

## NON-RETALIATION

The Pine Bush Central School district prohibits any retaliatory behavior, including, but not limited to intimidation, reprisal, and harassment, directed against the grievant and any participants and/or witnesses in an investigation pursuant to this grievance procedure. Follow-up inquiries shall be made to ensure that discrimination has not resumed and that the grievant and any participants and/or witnesses have not suffered retaliation.

## CONFIDENTIALITY

All grievances shall be held in confidence and disclosed only to the extent necessary for purposes of investigation or as required by law.

## STUDENT COMPLAINTS TO GOVERNMENTAL AGENCIES

The District acknowledges that while it would like students to raise issues of discrimination pursuant to this policy and regulation so that they can be addressed by the District, any student or his/her parent/guardian has the legal right to immediately make a complaint to the appropriate governmental entity: U.S. Department of Education, Office for Civil Rights, New York Regional Office, 32 Old Slip, 26th Floor, New York, NY 10005 or 646-428-3800

Please take notice that the failure to file a complaint within the statutory period may result in the loss of your legal rights.

[back to top of page]

# STUDENT PRIVACY

The Protection of Pupil Rights Amendment provides parents/guardians with certain rights regarding the conduct of surveys, collection and use of information for marketing purposes, and certain physical exams.  In particular, if a survey is funded in whole or part by the U.S. Department of Education, parents/guardians have the right to consent before students are required to complete a survey that asks about any of the following protected areas:

- Political affiliations or beliefs of the student or student's parents/guardians;
- Mental or psychological problems of the student or student's family;
- Sexual behavior or attitudes;
- Illegal, anti-social, self-incriminating, or demeaning behavior;
- Critical appraisals of others with whom respondents have close family relationships;
- Legally recognized privileged relationships, such as with lawyers, doctors, or ministers;
- Religious practices, affiliations, or beliefs of the student or student's parent; or
- Income, other than as required by law to determine program eligibility.

Parents/guardians will also receive a notice and an opportunity to opt students out of the following:

- Any other survey that asks about the above protected areas;
- Any non-emergency, invasive physical exam or screening required as a condition of attending school or school functions, with the exception of physical exams or screenings required or permitted by state law (e.g. hearing, vision, or scoliosis); and
- Activities involving collection, disclosure, or use of personal information collected from students for marketing or to sell or otherwise distribute the information to others.

Parents/guardians have the right to inspect any surveys that ask about the above protected areas, as well as surveys created by third parties that are used to collect personal information from students for marketing purposes, and instructional materials used as part of the curriculum.

Case 7:12-cv-02303-KMK   Document 190   Filed 02/22/19   Page 182 of 212

The school district will directly notify parents/guardians of its student privacy policy at the start of each school year and after any substantive changes. Parents/guardians will also be provided with reasonable notification of specific activities or surveys covered by this policy and the ability to opt their child out of such activities.

These rights transfer from the parents/guardians to a child who is at least 18 years old or an emancipated minor.

Anyone who believes their rights have been violated may file a complaint with: Family Policy Compliance Office; U.S. Department of Education; 400 Maryland Avenue, SW; Washington, D.C.  20202.

[back to top of page]

3420F
1 of 2

# PINE BUSH CENTRAL SCHOOL DISTRICT
## COMPLAINT FORM

*In order to assist the Pine Bush Central School District in providing for the prompt, thorough, and equitable resolution of discrimination and/or harassment allegations, please fill out the following form to the best of your abilities and submit it to the Civil Rights Compliance Officer, _____,*

*Questions regarding the completion or submission of this form can be directed to the District's Civil Rights Compliance Officer(s) or a trusted staff member with whom you feel comfortable.*

Name of complainant: _____   Date submitted: _____

Address: _____

Home phone: _____   Cell: _____   Work: _____
                                   (please circle the number you'd prefer us to call)

Email: _____

Name of Victim (if different than complainant): _____

The victim is: (check all that apply):

_____ An employee, holding the position of _____ at _____ (location)
_____ A student, grade _____ at _____ (school or location)
_____ A parent or community member
_____ Other (please specify your relationship with or association to the District) _____

Basis of this complaint/grievance:
_____ Race, color, creed, national origin      _____ Sexual harassment      _____ Age
_____ (Including Anti-Semitism)
_____ Sex, gender, sexual orientation      _____ Marital status      _____ Retaliation
_____ Disability                           _____ Genetic status
_____ Military/veteran status              _____ Religion
_____ Domestic violence victim status      _____ Criminal arrest or conviction record
_____ Other/Not sure (Please briefly explain): _____
        _____

Name and/or description of accused person(s) or offending occurrence: _____

_____

Description of alleged incident or occurrence: _____

_____

Date, time and place of violation(s): _____

(Continued)

3420F
2 of 2

## PINE BUSH CENTRAL SCHOOL DISTRICT
## COMPLAINT FORM (Cont'd.)

Witnesses, if any, or others who should be contacted with knowledge important to this investigation, including contact information for each:

_____

Others you may have discussed this complaint/grievance/incident with, including contact information for each:

_____

_____

_____

Has this incident or occurrence been previously reported?   [ ] Y   [ ] N    If yes, when and to whom?

_____

If the incident or occurrence has been previously reported, describe the remedy, outcome or resolution:

_____

_____

_____        _____
Date                                                        Signature of Complainant

***(This form is to be used for all complaints within the Pine Bush Central School District, including incidents of alleged discrimination or harassment)***

# Appendix 9

School Climate Student Questionnaire 2018-19

## Q1 What is the name of your school?

Answered: 2,300    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Crispell Middle School | 26.26% | 604 |
| Circleville Middle School | 22.35% | 514 |
| Pine Bush High School | 51.39% | 1,182 |
| TOTAL | | 2,300 |

School Climate Student Questionnaire 2018-19

# Q2 What grade level are you in?

Answered: 2,300    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Grade 6 | 15.78% | 363 |
| Grade 7 | 16.52% | 380 |
| Grade 8 | 16.17% | 372 |
| Grade 9 | 14.96% | 344 |
| Grade 10 | 13.26% | 305 |
| Grade 11 | 9.78% | 225 |
| Grade 12 | 13.52% | 311 |
| TOTAL | | 2,300 |

School Climate Student Questionnaire 2018-19

# Q3 Students in our school get along.

Answered: 2,300    Skipped: 0



🟩 Stongly Agree    🟦 Agree    🟨 Neutral    🟦 Disagree    🟧 Strongly Disagree

|  | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 4.26%<br>98 | 34.57%<br>795 | 50.00%<br>1,150 | 7.96%<br>183 | 3.22%<br>74 | 2,300 | 2.71 |

School Climate Student Questionnaire 2018-19

## Q4 Students choose to interact primarily with people most like themselves.

Answered: 2,300    Skipped: 0



■ Stongly Agree   ■ Agree   ■ Neutral   ■ Disagree   ■ Strongly Disagree

| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 16.78% 386 | 44.91% 1,033 | 28.70% 660 | 7.78% 179 | 1.83% 42 | 2,300 | 2.33 |

School Climate Student Questionnaire 2018-19

# Q5 Students in our school know how to report harassment or discrimination based on actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, and sex to school officials.

Answered: 2,300     Skipped: 0



Stongly Agree  ■ Agree  ■ Neutral  ■ Disagree  ■ Strongly Disagree

| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 12.78%<br>294 | 30.74%<br>707 | 31.30%<br>720 | 18.26%<br>420 | 6.91%<br>159 | 2,300 | 2.76 |

School Climate Student Questionnaire 2018-19

# Q6 Since September 2017, students in our school have heard antisemitic slurs, observed inappropriate actions in conjunction with anti-Semitic epithets, or observed swastikas in our buildings.

Answered: 2,300   Skipped: 0



|  | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 8.39% 193 | 23.22% 534 | 29.78% 685 | 25.78% 593 | 12.83% 295 | 2,300 | 3.11 |

School Climate Student Questionnaire 2018-19

## Q7 Students in our schools would feel comfortable reporting bullying, cyberbullying, harassment or intimidation to school officials.



Answered: 2,300     Skipped: 0

Stongly Agree   Agree   Neutral   Disagree   Strongly Disagree

|  | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 9.70%<br>223 | 28.22%<br>649 | 33.39%<br>768 | 21.39%<br>492 | 7.30%<br>168 | 2,300 | 2.88 |

School Climate Student Questionnaire 2018-19

## Q8 Teachers in our school actively work to create a safe and welcoming environment for every student.

Answered: 2,300    Skipped: 0



| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 29.09%<br>669 | 39.70%<br>913 | 21.30%<br>490 | 6.91%<br>159 | 3.00%<br>69 | 2,300 | 2.15 |

School Climate Student Questionnaire 2018-19

## Q9 Every student in our school feels like he or she belongs here.

Answered: 2,300    Skipped: 0



| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 7.43%<br>171 | 22.39%<br>515 | 35.83%<br>824 | 22.96%<br>528 | 11.39%<br>262 | 2,300 | 3.08 |

School Climate Student Questionnaire 2018-19

## Q10 My school creates opportunities for students to get to know each other.

Answered: 2,300     Skipped: 0



| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 15.70% 361 | 42.00% 966 | 25.04% 576 | 12.83% 295 | 4.43% 102 | 2,300 | 2.48 |

School Climate Student Questionnaire 2018-19

# Q11 In our school, teachers, administrators, staff, students and parents listen to one another.

Answered: 2,300     Skipped: 0



| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 12.78% 294 | 34.52% 794 | 32.96% 758 | 13.22% 304 | 6.52% 150 | 2,300 | 2.66 |

School Climate Student Questionnaire 2018-19

## Q12 I look forward to coming to school in the morning.

Answered: 2,300    Skipped: 0



| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 9.91% 228 | 22.61% 520 | 33.35% 767 | 14.17% 326 | 19.96% 459 | 2,300 | 3.12 |

School Climate Student Questionnaire 2018-19

## Q13 In our school, there are consequences for bullying.

Answered: 2,300   Skipped: 0



| | STONGLY AGREE | AGREE | NEUTRAL | DISAGREE | STRONGLY DISAGREE | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 27.65%<br>636 | 40.09%<br>922 | 20.65%<br>475 | 8.09%<br>186 | 3.52%<br>81 | 2,300 | 2.20 |

School Climate Student Questionnaire 2018-19

## Q14 Since September 2017, have you ever heard anti-Semitic slurs, Holocaust "jokes", the word "Jew" in a pejorative sense, or white power chants, seen Hitler salutes, other students throwing pennies or observed swastikas in your school?

Answered: 2,300    Skipped: 0



■ Never   ■ Rarely   ■ Sometimes   ■ Often   ■ Frequently

| | NEVER | RARELY | SOMETIMES | OFFEN | FREQUENTLY | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 38.09% | 28.61% | 22.48% | 5.91% | 4.91% | | |
| | 876 | 658 | 517 | 136 | 113 | 2,300 | 2.11 |

School Climate Student Questionnaire 2018-19

## Q15 Since September 2017, have you ever witnessed any biased vandalism and/or graffiti at school?

Answered: 2,300   Skipped: 0



| | NEVER | RARELY | SOMETIMES | OFTEN | FREQUENTLY | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 49.09% 1,129 | 25.57% 588 | 16.39% 377 | 5.30% 122 | 3.65% 84 | 2,300 | 1.89 |

School Climate Student Questionnaire 2018-19

# Q16 Since September 2017, have you ever overheard any offensive slurs, jokes, stereotypic remarks at school?

Answered: 2,300    Skipped: 0



| | NEVER | RARELY | SOMETIMES | OFTEN | FREQUENTLY | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 15.35% 353 | 21.04% 484 | 29.52% 679 | 17.09% 393 | 17.00% 391 | 2,300 | 2.99 |

School Climate Student Questionnaire 2018-19

## Q17 Since September 2017, have you ever witnessed teasing or bullying of another student or friend?

Answered: 2,300    Skipped: 0



| | NEVER | RARELY | SOMETIMES | OFTEN | FREQUENTLY | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| (no label) | 23.04% 530 | 26.70% 614 | 29.43% 677 | 11.74% 270 | 9.09% 209 | 2,300 | 2.57 |

SCHOOL CLIMATE STUDENT QUESTIONNAIRE - Google ...          https://docs.google.com/a/pinebushschools.org/forms/d/1bP\

tim.mains@pinebushschools.org  ▾

**Edit this form**

# 2384 responses

View all responses    Publish analytics             _District_ _

## Summary

### What is the name of your school?



| | | |
|---|---|---|
| Crispell Middle School | **606** | 25.4% |
| Circleville Middle School | **442** | 18.5% |
| Pine Bush High School | **1336** | 56% |

### What grade level are you in?



| | | |
|---|---|---|
| Grade 6 | **335** | 14.1% |
| Grade 7 | **322** | 13.5% |
| Grade 8 | **373** | 15.6% |
| Grade 9 | **381** | 16% |
| Grade 10 | **262** | 11% |
| Grade 11 | **343** | 14.4% |

Grade 12    368    15.4%

**1. Students in our school get along well.**



| | | |
|---|---|---|
| Strongly Agree | 83 | 3.5% |
| Agree | 835 | 35% |
| Neutral | 1222 | 51.3% |
| Disagree | 196 | 8.2% |
| Strongly Disagree | 48 | 2% |

**2. Students choose to interact primarily with people most like themselves.**



| | | |
|---|---|---|
| Strongly Agree | 507 | 21.3% |
| Agree | 1142 | 47.9% |
| Neutral | 565 | 23.7% |
| Disagree | 154 | 6.5% |
| Strongly Disagree | 16 | 0.7% |

**3. Students in our school know how to report harassment or discrimination based on actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, and sex to school officials.**

| Strongly Agree | 292 | 12.2% |
|---|---|---|
| Agree | 813 | 34.1% |
| Neutral | 766 | 32.1% |
| Disagree | 397 | 16.7% |
| Strongly Disagree | 116 | 4.9% |

**4. Students in our school have heard antisemitic slurs, observed inappropriate actions in conjunction with anti-Semitic epithets, or observed swastikas in our buildings.**



| Strongly Agree | 308 | 12.9% |
|---|---|---|
| Agree | 738 | 31% |
| Neutral | 647 | 27.1% |
| Disagree | 451 | 18.9% |
| Strongly Disagree | 240 | 10.1% |

**5. Students in our school would feel comfortable reporting bullying, cyberbullying, harassment or intimidation to school officials.**



| | | |
|---|---|---|
| Strongly Agree | **234** | 9.8% |
| Agree | **677** | 28.4% |
| Neutral | **864** | 36.2% |
| Disagree | **488** | 20.5% |
| Strongly Disagree | **121** | 5.1% |

**6. Teachers in our school actively work to create a safe and welcoming environment for every student.**



| | | |
|---|---|---|
| Strongly Agree | **789** | 33.1% |
| Agree | **955** | 40.1% |
| Neutral | **473** | 19.8% |
| Disagree | **123** | 5.2% |
| Strongly Disagree | **44** | 1.8% |

**7. Every student in our school feels like he or she belongs here.**



| | | |
|---|---|---|
| Strongly Agree | **145** | 6.1% |
| Agree | **596** | 25% |

|  |  |  |
|---|---|---|
| Neutral | 897 | 37.6% |
| Disagree | 519 | 21.8% |
| Strongly Disagree | 227 | 9.5% |

**8. My school creates opportunities for students to get to know each other.**



|  |  |  |
|---|---|---|
| Strongly Agree | 385 | 16.1% |
| Agree | 1014 | 42.5% |
| Neutral | 648 | 27.2% |
| Disagree | 257 | 10.8% |
| Strongly Disagree | 80 | 3.4% |

**9. In our school, teachers, administrators, staff, students and parents listen to one another.**



|  |  |  |
|---|---|---|
| Strongly Agree | 295 | 12.4% |
| Agree | 935 | 39.2% |
| Neutral | 800 | 33.6% |
| Disagree | 274 | 11.5% |
| Strongly Disagree | 80 | 3.4% |

**10. I look forward to coming to this school in the morning.**

| | | |
|---|---|---|
| Strongly Agree | 274 | 11.5% |
| Agree | 632 | 26.5% |
| Neutral | 801 | 33.6% |
| Disagree | 320 | 13.4% |
| Strongly Disagree | 357 | 15% |

## 11. In our school, there are consequences for bullying.



| | | |
|---|---|---|
| Strongly Agree | 759 | 31.8% |
| Agree | 994 | 41.7% |
| Neutral | 444 | 18.6% |
| Disagree | 128 | 5.4% |
| Strongly Disagree | 59 | 2.5% |

## 12. Biased vandalism and/or graffiti at school





| never: 1 | 856 | 35.9% |
| 2 | 889 | 37.3% |
| 3 | 480 | 20.1% |
| 4 | 117 | 4.9% |
| frequently: 5 | 42 | 1.8% |

## 13. Offensive slurs, jokes, stereotypic remarks



| never: 1 | 212 | 8.9% |
| 2 | 503 | 21.1% |
| 3 | 752 | 31.5% |
| 4 | 515 | 21.6% |
| frequently: 5 | 402 | 16.9% |

## 14. Student teasing or bullying of another student.



|  | never: 1 | 300 | 12.6% |
|--|----------|-----|-------|
|  | 2 | 776 | 32.5% |
|  | 3 | 717 | 30.1% |
|  | 4 | 372 | 15.6% |
| frequently: 5 |  | 220 | 9.2% |

**15. Have you ever heard anti-Semitic slurs, Holocaust "jokes", the word "Jew" in a pejorative sense, or white power chants, seen Hitler salutes, other students throwing pennies or observed swastikas in your school?**



|  | never: 1 | 987 | 41.4% |
|--|----------|-----|-------|
|  | 2 | 503 | 21.1% |
|  | 3 | 413 | 17.3% |
|  | 4 | 254 | 10.7% |
| frequently: 5 |  | 227 | 9.5% |



# Appendix 10

| Survey Question | 2017 | 2018 |
|---|---|---|
| Q6. Since September 2017, students in our school have heard anti-Semitic slurs, observed inappropriate actions in conjunction with anti-Semitic epithets or observed swastikas in our buildings. | Strongly Agree – 12.9%<br>Agree – 31%<br>Neutral – 27.1%<br>Disagree – 18.9%<br>Strongly Disagree – 10.1% | Strongly Agree – 8.39%<br>Agree – 23.33%<br>Neutral – 29.78%<br>Disagree – 25.78%<br>Strongly Disagree – 12.83% |
| Q14. Have you ever heard anti-Semitic slurs, Holocaust "jokes", the word "Jew" in a pejorative sense or white power chants, seen Hitler salutes, other students throwing pennies or observed swastikas in your school | Never – 41.4%<br>Rarely – 21.1%<br>Sometimes – 17.3%<br>Often – 10.7%<br>Frequently – 9.5% | Never –38.09%<br>Rarely – 28.48%<br>Sometimes – 22.48%<br>Often – 5.91%<br>Frequently – 4.91% |