UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/17/2026

T.E., et. al.,

Plaintiffs,

v.

PINE BUSH CENTRAL SCHOOL DISTRICT, et. al.,

Defendants.

12-CV-2303 (NSR)

WHEREAS, Plaintiffs commenced the above-captioned action (the "Action");

WHEREAS, this Court approved the settlement on July 10, 2015, Dkt. 168;

WHEREAS, the Court approved the establishment of an irrevocable *inter vivos* trust (the "Trust") to hold Plaintiff T.E. (Taylor Eccleston's) settlement funds on July 10, 2025, Dkts. 149-6, 168;

WHEREAS, the Trust is held in an account in the custody of JP Morgan Chase Bank ("Chase");

WHEREAS, the Trust directs payment of $250,000 to Taylor Eccleston when she reaches the age of twenty-one and payment of the remaining settlement funds to Taylor Eccleston when she reaches the age of twenty-five, Dkt. 149-6;

WHEREAS, Plaintiff Taylor Eccleston reached the age of twenty-five on November 14, 2022 and is entitled to the balance of the settlement funds remaining in the Trust; and

Where as Chase has been served with a copy of Plaintiff's application seeking the release of the Trust Funds and has failed to response to the application nor provide a legal basis why the funds should not be release to Plaintiff T.E. (Taylor Eccleston).

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1. Chase shall, within five business days of receipt of a copy this Order, release the remaining funds in the Trust directly to Taylor Eccleston, who has reached the age of adulthood, without any precondition, and without the involvement of a successor trustee.

2. Plaintiff is directed to serve a copy of this Order upon Chase and counsel for Chase via certified mail and file proof on the docket.

SO ORDERED:

Dated: White Plains, NY
September 17, 2026

HON. Nelson S. Roman
US District Court Judge, SDNY